## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DELL, INC.; GATEWAY, INC.; ACER INC.; ACER AMERICA ) <br> CORPORATION; AOC INTERNATIONAL; AOC ) <br> INTERNATIONAL (USA) LTD.; AU OPTRONICS ) <br> CORPORATION; AU OPTRONICS CORPORATION ) <br> AMERICA a/k/a AU OPTRONICS AMERICA, INC.; BENQ ) <br> CORPORATION; BENQ AMERICA CORPORATION; ) <br> CHUNGHWA PICTURE TUBES, LTD. a/k/a CHUNGHWA ) <br> PICTURE TUBES COMPANY; TATUNG COMPANY; ) <br> TATUNG COMPANY OF AMERICA, INC.; COMPAL ) <br> ELECTRONICS, INC.; DELTA ELECTRONICS, INC.; DELTA ) <br> PRODUCTS CORPORATION; JEAN CO., LTD.; LITE-ON ) <br> TECHNOLOGY CORPORATION; LITE-ON, INC. a/k/a ) <br> LITEON TRADING USA, INC.; PROVIEW INTERNATIONAL ) <br> HOLDINGS, LTD.; PROVIEW TECHNOLOGY, INC.; and ) <br> QUANTA DISPLAY, INC. ) <br> ) <br> **Defendants.** ) | C.A. No.: 05-0027 SLR <br><br> **Jury Trial Demanded** |

## AFFIDAVIT PURSUANT TO D. DEL. LR 4.1 (b)

| STATE OF DELAWARE | : |
|---|---|
| | : SS: |
| COUNTY OF NEW CASTLE | : |

**BE IT REMEMBERED** that on this 3rd day of March, A.D. 2005, personally came

before me, the Subscriber, a Notary Public for the State and County aforesaid, Richard K. Herrmann,

attorney for the Plaintiff, who being sworn according to law did depose and say as follows:

RKH/109368-0002/1092996/1

**DEFENDANT AU OPTRONICS CORPORATION AMERICA
a/k/a AU OPTRONICS AMERICA, INC.**

1. That to the best of his knowledge, the Defendant AU Optronics Corporation America a/k/a AU Optronics America, Inc. is a nonresident of the State of Delaware whose name and address is as follows:

> AU Optronics Corporation America
> a/k/a AU Optronics America, Inc.
> 1800 Wyatt Drive, Suite 7
> Santa Clara, CA  95054

2. That on January 19, 2005, the Complaint in the above-captioned action was filed; that on that same day the Clerk issued a Summons to serve the Secretary of State pursuant to 10 Del. C. § 3104.

3. That on January 25, 2005, the Return of Service was filed, a copy of which is attached as Exhibit A.

4. That on February 3, 2005, the said Richard K. Herrmann, Esquire, caused a copy of the Notice, attached hereto as Exhibit B, to be mailed by Registered Mail to the following defendant: AU Optronics Corporation America a/k/a AU Optronics America, Inc.

5. That on February 21, 2005, he, Richard K. Herrmann, Esquire, received from the postal authority the domestic return receipt signed by the following: C. Dugger.  The said receipt is attached hereto as Exhibit C.

6. That the said receipt has the same registered number, to-wit: RB 420 560 084 US, as the receipt received at the time of the mailing of said notice, attached hereto as Exhibit D.

**DEFENDANT JEAN CO., LTD.**

7. That to the best of his knowledge, the Defendant Jean Co., Ltd. is a nonresident of the State of Delaware whose name and address is as follows:

>Jean Co., Ltd.
>7F, 2, Rui-Guang Rd.
>Nei-Hu, Taipei
>Taiwan, R.O.C.

8. That on January 19, 2005, the Complaint in the above-captioned action was filed; that on that same day the Clerk issued a Summons to serve the Secretary of State pursuant to 10 Del. C. § 3104.

9. That on January 25, 2005, the Return of Service was filed, a copy of which is attached as Exhibit E.

10. That on February 3, 2005, the said Richard K. Herrmann, Esquire, caused a copy of the Notice, attached hereto as Exhibit F, to be mailed by Registered Mail to the following defendant: Jean Co., Ltd.

11. That on February 25, 2005, he, Richard K. Herrmann, Esquire, received from the postal authority the international return receipt attached hereto as Exhibit G.

12. That the said receipt has the same registered number, to-wit: RB 420 560 257 US, as the receipt received at the time of the mailing of said notice, attached hereto as Exhibit H.

**DEFENDANT QUANTA DISPLAY, INC.**

13. That to the best of his knowledge, the Defendant Quanta Display, Inc. is a nonresident of the State of Delaware whose name and address is as follows:

>Quanta Display, Inc.
>No. 189, Hwa Ya 2 Road
>Kuei Shan Hsing
>Tao Yuan Shien
>Taiwan, R.O.C.

14. That on January 19, 2005, the Complaint in the above-captioned action was filed; that on that same day the Clerk issued a Summons to serve the Secretary of State pursuant to 10 Del. C. § 3104.

- 3 -

15. That on January 25, 2005, the Return of Service was filed, a copy of which is attached as Exhibit I.

16. That on February 3, 2005, the said Richard K. Herrmann, Esquire, caused a copy of the Notice, attached hereto as Exhibit J, to be mailed by Registered Mail to the following defendant: Quanta Display, Inc.

17. That on March 1, 2005, he, Richard K. Herrmann, Esquire, received from the postal authority the international return receipt attached hereto as Exhibit K.

18. That the said receipt has the same registered number, to-wit: RB 420 560 230 US, as the receipt received at the time of the mailing of said notice, attached hereto as Exhibit L.


Dated: March 3, 2005             /s/ Richard K. Herrmann
                                 Richard K. Herrmann #405
                                 MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                 222 Delaware Avenue, 10th Floor
                                 Wilmington, Delaware 19801
                                 (302) 888-6800
                                 rherrmann@morrisjames.com

                                 Attorneys for Plaintiff
                                 GUARDIAN INDUSTRIES CORP.


SWORN TO AND SUBSCRIBED before me the day and year aforesaid:

                                  /s/ Loretta M. Lawrence
                                     Notary Public

- 4 -

RKH/109368-0002/1092996/1

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2005, I electronically filed the foregoing document, **AFFIDAVIT PURSUANT TO D.DEL. LR 4.1 (b)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, Delaware 19899-2207


      */s/ Richard K. Herrmann*
      Richard K. Herrmann (#405)
      MORRIS, JAMES, HITCHENS & WILLIAMS LLP
      222 Delaware Avenue, 10th Floor
      Wilmington, Delaware 19801
      302.888.6800
      rherrmann@morrisjames.com

      Attorneys for Plaintiff
      GUARDIAN INDUSTRIES CORP.