# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court District of Delaware

GUARDIAN INDUSTRIES CORP.

**SUMMONS IN A CIVIL CASE**

V.

DELL, INC.; et al.

CASE NUMBER: 05-27

FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE 2005 JAN 25 PM 4:20

TO: (Name and address of Defendant)
AU Optronics Corporation America a/k/a AU Optronics America, Inc.
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann
Mary B. Matterer
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within Twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

1-24-05
DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE January 24, 2005 |
|---|---|
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were ______

☐ Returned ______

☒ Other (specify): Served on AU Optronics Corporation America AKA AU Optronics America, Inc c/o Secretary of State of Delaware located at 401 Federal Street Dover DE 19901 service accepted by Mary Jo Gehringer at 5:06 pm

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/24/05 Edward J Jones
*Date* *Signature of Server*

32 Wockerman Sq Ste 109 Dover DE 19904
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.

# EXHIBIT B




Phone: (302) 425-6434
Fax: (302) 425-6464
Email: herrmann@blankrome.com

February 3, 2005

**VIA REGISTERED MAIL NO. RB 420 560 084 US**
**RETURN RECEIPT REQUESTED**

AU Optronics Corporation America
a/k/a AU Optronics America, Inc.
1800 Wyatt Drive, Suite 7
Santa Clara, CA 95054

Re: ***Guardian Industries Corp. v. Dell, Inc. et al.***
**D.Del., C.A. No. 05-27 SLR**

To whom it may concern:

Please be advised that AU Optronics Corporation America a/k/a AU Optronics America, Inc. has been served with Process (Summons) and Complaint in Delaware pursuant to 10 Del. C. § 3104. Service of the original Summons and Complaint in the above referenced case have been served upon the Delaware Secretary of State as agent for acceptance of legal process. Under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon AU Optronics Corporation America a/k/a AU Optronics America, Inc. within Delaware.

Enclosed please find a copy of the Summons and Return of Service and the Complaint. Thank you for your attention to this matter.

Yours,

Richard K. Herrmann

RKH:sch
Enclosure

# EXHIBIT C

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

rec'd 2/21/2005

Richard K. Herrmann, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AU Optronics Corporation America
a/k/a AU Optronics America, Inc.
1800 Wyatt Drive, Suite 7
Santa Clara, CA 95054

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X C. Dugger ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Dugger
C. Date of Delivery 2-16-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☑ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* RB 420 560 084 US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

# EXHIBIT D

Blank

Registered No. RB 420 560 024 US

Date Stamp

RODNEY SQUARE WILMINGTON FEB 2005

| To Be Completed By Post Office | | |
|---|---|---|
| Reg. Fee $ 7.50 | | |
| Handling Charge $ | Return Receipt $ | |
| Postage $ 5.55 | Restricted Delivery $ | |
| Received by | | |
| Customer Must Declare Full Value $ | With Postal Insurance / Without Postal Insurance | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Richard K. Herrmann, Blank Rome LLP, 1201 Market Street, Ste 800, Wilmington, DE 19801

TO: AU Optronics Corporation America a/k/a AU Optronics America, Inc., 1800 Wyatt Drive, Suite 7, Santa Clara CA 95054

PS Form **3806**, June 2002 **Receipt for Registered Mail** *Copy 1 - Customer (See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®

**Declaration of Value:** *You must declare the full value* of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make ... contents, damage, or alleged rifling

PS Form **3806**, June 2002, (Customer Copy - ...

... this receipt for Registered Mail claims and inquiries

# EXHIBIT E

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court District of Delaware

GUARDIAN INDUSTRIES CORP.

## SUMMONS IN A CIVIL CASE

V.

DELL, INC.; et al.

CASE NUMBER: 05-27

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JAN 25 PM 4:16

TO: (Name and address of Defendant)
Jean Co., Ltd.
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann
Mary B. Matterer
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within Twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

1-24-05
DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE January 24, 2005 |
|---|---|
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

☐ Returned

☒ Other (specify): Served on Jenn Co, Ltd c/o Secretary of State of Delaware, located At 401 Federal Street, Dover DE 19901 Service Accepted by Mary Jo Behringer at 5:06 pm

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/24/05
Date

[signature]
*Signature of Server*

32 Loockerman Sq Ste 109 Dover DE 19904
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.

# EXHIBIT F




Phone: (302) 425-6434
Fax: (302) 425-6464
Email: herrmann@blankrome.com

February 3, 2005

**VIA REGISTERED MAIL NO. RB 420 560 257 US**
**RETURN RECEIPT REQUESTED**

Jean Co., Ltd.
7F, 2, Rui-Guang Rd.
Nei-Hu, Taipei
Taiwan, R.O.C.

Re: ***Guardian Industries Corp. v. Dell, Inc. et al.***
**D.Del., C.A. No. 05-27 SLR**

To whom it may concern:

Please be advised that Jean Co., Ltd. has been served with Process (Summons) and Complaint in Delaware pursuant to 10 Del. C. § 3104. Service of the original Summons and Complaint in the above referenced case have been served upon the Delaware Secretary of State as agent for acceptance of legal process. Under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon Jean Co., Ltd. within Delaware.

Enclosed please find a copy of the Summons and Return of Service and the Complaint. Thank you for your attention to this matter.

Yours,

Richard K. Herrmann

RKH:sch
Enclosure

# EXHIBIT G

UNITED STATES POSTAL SERVICE

**Return Receipt for International Mail**

*(Registered, Insured, Recorded Delivery, Express Mail)*

Administration des Postes des Etats-Unis d'Amerique

Par Avion

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free

A renvoyer par la voie la plus rapide (aérienne ou de surface) à découvert et en franchise de port

The sender completes and indicates the address for the return of this receipt. *(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm *(Nom ou raison sociale)*

Richard K. Herrmann, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

Street and Number *(Rue et no.)*

City, State and ZIP + 4 *(Localité et code postal)*

UNITED STATES OF AMERICA Etats-Unis d'Amerique

PS Form **2865**, February 1997 **Avis de réception** **CN07** *(Old C5)*

---

| Item Description *(Nature de l'envoi)* | ☒ Registered Article *(Envoi recommandé)* | ☐ Letter *(Lettre)* | ☐ Printed Matter *(Imprimé)* | ☐ Other *(Autre)* | ☐ Recorded Delivery *(Envoi à livraison attestée)* | ☐ Express Mail International |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| ☐ Insured Parcel *(Colis avec valeur déclarée)* | Insured Value *(Valeur déclarée)* | Article Number: RB 420 560 257 US |
| Office of Mailing *(Bureau de dépôt)* | | Date of Posting *(Date de dépôt)* |

Completed by the office of origin. *(A remplir par le bureau d'origine.)*

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*: Jean Co., Ltd.

Street and No. *(Rue et No.)*: 7F, 2, Rui-Guang Rd.

Place and Country *(Localité et pays)*: Nei-Hu, Taipei, Taiwan, R.O.C.

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. *(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

Postmark of the office of destination *(Timbre du bureau de destination)*

☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)* | Date

Signature of Addressee *(Signature du destinataire)* | Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*

Completed at destination. *(A compléter à destination.)*

PS Form **2865**, February 1997 *(Reverse)*

# EXHIBIT H

Blank K

Registered No. RB 420 560 257 US

Date Stamp

To Be Completed By Post Office

| | | | |
|---|---|---|---|
| Reg. Fee | $ 7.50 | | |
| Handling Charge | $ | Return Receipt | $ 1.75 |
| Postage | $ 17.85 | Restricted Delivery | $ |
| Received by | JC | | |

Customer Must Declare Full Value $ 0

- [ ] With Postal Insurance
- [ ] Without Postal Insurance

WILMINGTON DE 19801 ROONEY SQ STA FEB 3 2005

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM:
Richard K. Herrmann
Blank Rome LLP
1201 Market St., Ste 800
Wilmington, DE 19801

TO:
Jean Co., Ltd.
7F, 2, Rui-Guang Road
Nei-Hu, Taipei
Taiwan R.O.C.

PS Form 3806, June 2002 — Receipt for Registered Mail — Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

---

**Declaration of Value:** *You must declare the full value* of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

**Save this receipt for Registered Mail claims and inquiries**

PS Form **3806**, June 2002, *(Customer Copy - Reverse)*

# EXHIBIT I

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court District of Delaware

GUARDIAN INDUSTRIES CORP.

**SUMMONS IN A CIVIL CASE**

V.

DELL, INC.; et al.

CASE NUMBER: 05-27

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JAN 25 PM 4:18

TO: (Name and address of Defendant)
Quanta Display, Inc.
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann
Mary B. Matterer
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within Twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

1-24-05

DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE January 24 2005 |
|---|---|
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were ______

☐ Returned ______

☒ Other (specify): served on Quanta Display Inc c/o Secretary of State of Delaware located at 401 Federal Street Dover DE 19901 Service accepted by Mary Jo Gehringer at 3:06 pm

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/24/05 (Date) Edward J Jones (Signature of Server)

32 Lockerman Sq Ste 109 Dover DE 19904 (Address of Server)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc

# EXHIBIT J




Phone: (302) 425-6434
Fax: (302) 425-6464
Email: herrmann@blankrome.com

February 3, 2005

**VIA REGISTERED MAIL NO. RB 420 560 230 US**
**RETURN RECEIPT REQUESTED**

Quanta Display, Inc.
No. 189, Hwa Ya 2nd Road
Kuei Shan Hsing
Tao Yuan Shien
Taiwan, R.O.C.

**Re: *Guardian Industries Corp. v. Dell, Inc. et al.***
**D.Del., C.A. No. 05-27 SLR**

To whom it may concern:

Please be advised that Quanta Display, Inc. has been served with Process (Summons) and Complaint in Delaware pursuant to 10 Del. C. § 3104. Service of the original Summons and Complaint in the above referenced case have been served upon the Delaware Secretary of State as agent for acceptance of legal process. Under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon Quanta Display, Inc. within Delaware.

Enclosed please find a copy of the Summons and Return of Service and the Complaint. Thank you for your attention to this matter.

Yours,

Richard K. Herrmann

RKH:sch
Enclosure

# EXHIBIT K

UNITED STATES POSTAL SERVICE®

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

RECEIVED
MAR 01 2005
RICHARD K. HERRMANN

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt (Timbre du bureau renvoyant l'avis)

Return by the quickest route (air or surface mail), à découvert and postage free

A renvoyer par la voie la plus rapide (aérienne ou de surface) à découvert et en franchise de port

The sender completes and indicates the address for the return of this receipt (A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis)

Name or Firm (Nom ou raison sociale) Richard K. Herrmann, Esq
Blank Rome LLP
1201 Market Street
Street and Number (Rue et no.) Suite 800
Wilmington, DE 19801
City, State, and ZIP+4 (Localité et code postal)

UNITED STATES OF AMERICA Etats-Unis d'Amérique

PS Form **2865**, February 1997 *Avis de réception* **CN07** (Old C5)

---

Completed by the office of origin (A remplir par le bureau d'origine.)

| | | | | |
|---|---|---|---|---|
| Item Description (Nature de l'envoi.) | ☒ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) | | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number RB 420 560 230 US | | |
| Office of Mailing (Bureau de dépôt) | | Date of Posting (Date de dépôt) | | |
| Addressee Name or Firm (Nom ou raison sociale du destinataire) Quanta Display, Inc. | | | | |
| Street and No. (Rue et No.) No. 189, Hwa Ya 2nd Road, Kuei Shan Hsing, Tao Yuan Shien | | | | |
| Place and Country (Localité, pays) Taiwan, R.O.C. | | | | |

Completed at destination (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmarks: 2005. 2. 15; 94. 2. 15-17

PS Form **2865**, February 1997 (Reverse)

# EXHIBIT L

Registered No. RB 162 020 283 US

Date Stamp
Blank

| To Be Completed By Post Office | | | |
|---|---|---|---|
| Reg. Fee $ 7.50 | | | |
| Handling Charge $ | | Return Receipt $ 1.75 | |
| Postage $ 17.35 | | Restricted Delivery $ | |
| Received by M | | | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | |
|---|---|
| Customer Must Declare Full Value $ 0 | ☐ With Postal Insurance ☐ Without Postal Insurance |
| FROM | Richard K. Herrmann<br>Blank Rome LLP<br>1201 Market St, Ste 800<br>Wilmington, DE 19801 |
| TO | Quanta Display, Inc.<br>No. 189, Hwa Ya 2nd Road<br>Kuei Shan Hsing<br>Tao Yuan Shien, Taiwan, R.O.C. |

PS Form 3806, June 2002 **Receipt for Registered Mail** Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

**Declaration of Value:** *You must declare the full value* of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

**Save this receipt for Registered Mail claims and inquiries**

PS Form **3806**, June 2002 *(Customer Copy - Reverse)*