IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **DELL, INC.;** ) <br> **GATEWAY, INC.;** ) <br> **ACER INC.;** ) <br> **ACER AMERICA CORPORATION;** ) <br> **AOC INTERNATIONAL;** ) <br> **AOC INTERNATIONAL (USA) LTD.;** ) <br> **AU OPTRONICS CORPORATION;** ) <br> **AU OPTRONICS CORPORATION AMERICA a/k/a** ) <br> **AU OPTRONICS AMERICA, INC.;** ) <br> **BENQ CORPORATION;** ) <br> **BENQ AMERICA CORPORATION;** ) <br> **CHUNGHWA PICTURE TUBES, LTD. a/k/a** ) <br> **CHUNGHWA PICTURE TUBES COMPANY;** ) <br> **TATUNG COMPANY;** ) <br> **TATUNG COMPANY OF AMERICA, INC.;** ) <br> **COMPAL ELECTRONICS, INC.;** ) <br> **DELTA ELECTRONICS, INC.;** ) <br> **DELTA PRODUCTS CORPORATION;** ) <br> **JEAN CO., LTD.;** ) <br> **LITE-ON TECHNOLOGY CORPORATION:** ) <br> **LITE-ON, INC. a/k/a LITEON TRADING USA, INC.;** ) <br> **PROVIEW INTERNATIONAL HOLDINGS, LTD.;** ) <br> **PROVIEW TECHNOLOGY, INC.; and** ) <br> **QUANTA DISPLAY, INC.** ) <br> ) <br> **Defendants.** ) <br> ) | **C.A. No.: 05-27 SLR** <br><br> **Judge Sue L. Robinson** |

**STIPULATED ORDER**

WHEREAS, defendant Quanta Display, Inc. is a Taiwanese corporation;

WHEREAS, Quanta Display and Guardian Industries Corp. wish to fairly and expeditiously resolve, without need for court intervention, any possible disputes over service of process; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that:

1. Quanta Display, in accordance with Federal Rules of Civil Procedure 4(d), waives service of process through Taiwan judicial authorities and will not make any challenge to service. Quanta Display will retain all other defenses and objections to the lawsuit or to the jurisdiction or venue of the court.

2. Quanta Display shall answer or otherwise respond to the complaint on or before May 16, 2005.

| | |
|---|---|
| */s/ Kevin M. Baird* | */s/ Richard K. Herrmann* |
| Kevin M. Baird (I.D. No. 4219) | Richard K. Herrmann (I.D. No. 405) |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Mary B. Matterer (I.D. No. 2696) |
| 1000 West Street, 17th Floor | MORRIS JAMES HITCHENS & WILLIAMS LLP |
| Wilmington, DE 19801 | 222 Delaware Avenue, 10th Floor |
| 302.571.6600 | Wilmington, Delaware 19801 |
| kbaird@ycst.com | 302.888.6800 |
| | rherrmann@morrisjames.com |
| Peter J. Wied | mmatterer@morrisjames.com |
| ALSCHULER GROSSMAN STEIN & KAHAN LLP | |
| 1620 26th Street, Fourth Floor, N Tower | Bryan S. Hales |
| Santa Monica, CA 90404-4060 | Craig D. Leavell |
| 310.907.1000 | Meredith Zinanni |
| | Eric Hayes |
| | KIRKLAND & ELLIS LLP |
| *Counsel for Quanta Display, Inc.* | 200 East Randolph Drive |
| | Chicago, Illinois 60601 |
| | 312.861.2000 |
| | |
| | *Counsel for Guardian Industries Corp.* |

SO ORDERED this _____ day of _____, 2005.

_____
Judge Sue L. Robinson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March, 2005, I electronically filed the foregoing document, **STIPULATED ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, Delaware 19899-2207

Additionally, I hereby certify that on the 4th day of March, 2005, the foregoing document was served via email on the following non-registered participants:

Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
corbint@howrey.com

> /s/ Richard K. Herrmann
> Richard K. Herrmann (#405)
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, Delaware 19801
> 302.888.6800
> rherrmann@morrisjames.com
>
> Attorneys for Plaintiff
> GUARDIAN INDUSTRIES CORP.