IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP.<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.;<br>GATEWAY, INC.;<br>ACER INC.;<br>ACER AMERICA CORPORATION;<br>AOC INTERNATIONAL;<br>AOC INTERNATIONAL (USA) LTD.;<br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION AMERICA a/k/a<br>AU OPTRONICS AMERICA, INC.;<br>BENQ CORPORATION;<br>BENQ AMERICA CORPORATION;<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a<br>CHUNGHWA PICTURE TUBES COMPANY;<br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>COMPAL ELECTRONICS, INC.;<br>DELTA ELECTRONICS, INC.;<br>DELTA PRODUCTS CORPORATION;<br>JEAN CO., LTD.;<br>LITE-ON TECHNOLOGY CORPORATION:<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.;<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.;<br>PROVIEW TECHNOLOGY, INC.; and<br>QUANTA DISPLAY, INC.<br><br>Defendants. | C.A. No.: 05-27 SLR<br><br>Judge Sue L. Robinson |

STIPULATED ORDER

WHEREAS, defendant Lite-On Technology Corporation is a Taiwanese corporation;

WHEREAS, defendant Lite-On, Inc. is a California corporation; and

WHEREAS Lite-On Technology Corporation, Lite-On, Inc., and Guardian Industries Corp. wish to fairly and expeditiously resolve, without need for court intervention, any possible disputes over service of process; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that:

1. Lite-On Technology Corporation and Lite-On, Inc. waive service of process under the Hague Convention and in accordance with Federal Rules of Civil Procedure 4(d), and will not make any challenge to service.

2. Lite-On Technology Corporation and Lite-On, Inc. shall answer or otherwise respond to the complaint on or before April 1, 2005.

_____
Tina Lin

*Counsel for Lite-On Technology Corp. and Lite-On, Inc.*

_____
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric Hayes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
312.861.2000

*Counsel for Guardian Industries Corp.*

SO ORDERED this _____ day of _____, 2005.

_____
Judge Sue L. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2005, I electronically filed the foregoing document, **STIPULATED ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, Delaware 19899-2207

Kevin M. Baird, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 14th day of March, 2005, the foregoing document was served via email on the following non-registered participants:

Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
corbint@howrey.com

                                      /s/ Richard K. Herrmann
                                      Richard K. Herrmann (#405)
                                      MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                      222 Delaware Avenue, 10th Floor
                                      Wilmington, Delaware 19801
                                      302.888.6800
                                      rherrmann@morrisjames.com

                                      Attorneys for Plaintiff
                                      GUARDIAN INDUSTRIES CORP.