# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) C.A. No. 05-0027 SLR | |
| DELL, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions pro hac vice of Bryan S. Hales, Craig D. Leavell, Eric D. Hayes and Meredith Zinanni of the law firm of Kirkland & Ellis to represent Guardian Industries Corp. in this matter.

Dated: March 15, 2005              */s/ Richard K. Herrmann*
                                   Richard K. Herrmann (I.D. # 405)
                                   MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                   222 Delaware Avenue, 10th Floor
                                   P.O. Box 2306
                                   Wilmington, DE  19899
                                   (302) 888-6800
                                   rherrmann@morrisjames.com

                                   Attorneys for Plaintiff
                                   GUARDIAN INDUSTRIES CORP.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Texas and Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: March 4, 2005

Signed: *Bry S Hales*
Bryan S. Hales, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: March 3, 2005

Signed: _____
Craig D. Leavell, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: March 4, 2005         Signed: /s/ Eric D. Hayes
                                    Eric D. Hayes, Esq.
                                    Kirkland & Ellis
                                    200 East Randolph Drive
                                    Chicago, IL 60601
                                    (312) 861-2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: March 3, 2005

Signed: _____
Meredith Zinanni, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March, 2005, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz, Esq. | Gerard M. O'Rourke, Esq. |
| David E. Moore, Esq. | Connolly Bove Lodge & Hutz LLP |
| Potter Anderson & Corroon | 1007 North Orange Street, P.O. Box 2207 |
| Hercules Plaza, 6th Floor | Wilmington, Delaware 19899-2207 |
| 1313 N. Market Street | |
| Wilmington, DE  19801 | Kevin M. Baird, Esq. |
| | Young, Conaway, Stargatt & Taylor LLP |
| Jeffrey S. Goddess, Esq. | The Brandywine Building |
| Rosenthal Monhait Gross & Goddess, P.A. | 1000 West Street, 17th Floor |
| 919 Market Street, Suite 1401 | Wilmington, DE  19801 |
| Wilmington, DE  19801 | |

Additionally, I hereby certify that on the 15th day of March, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Teresa M. Corbin, Esq. | York M. Faulkner, Esq. |
| Howrey Simon Arnold & White LLP | Finnegan Henderson Farabow Garrett & Dunner, LLP |
| 525 Market Street, Suite 3600 | Two Freedom Square |
| San Francisco, CA  94105 | 11955 Freedom Drive |
| corbint@howrey.com | Reston, VA  20190-5675 |
| | york.faulkner@finnegan.com |

                                                        */s/ Richard K. Herrmann*
                                              Richard K. Herrmann (#405)
                                              MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                              222 Delaware Avenue, 10th Floor
                                              Wilmington, Delaware 19801
                                              302.888.6800
                                              rherrmann@morrisjames.com

                                              Attorneys for Plaintiff
                                              GUARDIAN INDUSTRIES CORP.