IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-0027 SLR |
| v. ) | |
| ) | Jury Trial Demanded |
| DELL, INC.; GATEWAY, INC.; ACER INC.; ACER AMERICA ) | |
| CORPORATION; AOC INTERNATIONAL; AOC ) | |
| INTERNATIONAL (USA) LTD.; AU OPTRONICS ) | |
| CORPORATION; AU OPTRONICS CORPORATION ) | |
| AMERICA a/k/a AU OPTRONICS AMERICA, INC.; BENQ ) | |
| CORPORATION; BENQ AMERICA CORPORATION; ) | |
| CHUNGHWA PICTURE TUBES, LTD. a/k/a CHUNGHWA ) | |
| PICTURE TUBES COMPANY; TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; COMPAL ) | |
| ELECTRONICS, INC.; DELTA ELECTRONICS, INC.; DELTA ) | |
| PRODUCTS CORPORATION; JEAN CO., LTD.; LITE-ON ) | |
| TECHNOLOGY CORPORATION; LITE-ON, INC. a/k/a ) | |
| LITEON TRADING USA, INC.; PROVIEW INTERNATIONAL ) | |
| HOLDINGS, LTD.; PROVIEW TECHNOLOGY, INC.; and ) | |
| QUANTA DISPLAY, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT PURSUANT TO D. DEL. LR 4.1 (b)

STATE OF DELAWARE       :
                           : SS:
COUNTY OF NEW CASTLE   :

      **BE IT REMEMBERED** that on this 16th day of March, A.D. 2005, personally came

before me, the Subscriber, a Notary Public for the State and County aforesaid, Richard K. Herrmann,

attorney for the Plaintiff, who being sworn according to law did depose and say as follows:

## DEFENDANT TATUNG COMPANY

1.     That to the best of his knowledge, the Defendant Tatung Company is a nonresident of the State of Delaware whose name and address is as follows:

> Tatung Company
> 22, Chungshan N. road, 3rd Section
> Taipei
> Taiwan, 104, R.O.C.

2.     That on January 19, 2005, the Complaint in the above-captioned action was filed; that on that same day the Clerk issued a Summons to serve the Secretary of State pursuant to 10 Del. C. § 3104.

3.     That on January 25, 2005, the Return of Service was filed, a copy of which is attached as Exhibit A.

4.     That on February 3, 2005, the said Richard K. Herrmann, Esquire, caused a copy of the Notice, attached hereto as Exhibit B, to be mailed by Registered Mail to the following defendant: Tatung Company.

5.     That on March 3, 2005, he, Richard K. Herrmann. Esquire, received from the postal authority the domestic return receipt attached hereto as Exhibit C.

6.     That the said receipt has the same registered number, to-wit: RB 420 560 190 US. as the receipt received at the time of the mailing of said notice, attached hereto as Exhibit D.

RKH/109368-0002/1097276/1

Dated: March 16, 2005

Richard K. Herrmann #405
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff
GUARDIAN INDUSTRIES CORP.


SWORN TO AND SUBSCRIBED before me the day and year aforesaid:

Notary Public

- 3 -

# EXHIBIT   A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court   District of   Delaware

GUARDIAN INDUSTRIES CORP.

**SUMMONS IN A CIVIL CASE**

V.

DELL, INC.; et al.

CASE NUMBER:  05-27

TO: (Name and address of Defendant)
Tatung Company
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE 19901

2005 JAN 25 PM 4: 21

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann
Mary B. Matterer
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within _____ Twenty (20) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

PETER T. DALLEC

_____
CLERK

_____
(By) DEPUTY CLERK

1-24-05

_____
DATE

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 24, 2005 | |
| NAME OF SERVER *(PRINT)* Edward Jones | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): *Served on TATUNG Company C/o secretary of State of Delaware located At 401 Federal Street Dover DE 19901 Service accepted by Mary Jo Cochenour At 5:06 P.m.*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/24/05
            Date

Signature of Server

*32 Woodlemans St. 109 Dover DE 19904*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.

# EXHIBIT B



BLANK ROME LLP
COUNSELORS AT LAW

Phone:      (302) 425-6434
Fax:        (302) 425-6464
Email:      herrmann@blankrome.com

February 3, 2005

**VIA REGISTERED MAIL NO. RB 420 560 190 US**
**RETURN RECEIPT REQUESTED**

Tatung Company
22, Chungshan N. Road, 3rd Section
Taipei
Taiwan, 104, R.O.C.

    Re: *Guardian Industries Corp. v. Dell, Inc. et al.*
       **D.Del., C.A. No. 05-27 SLR**

To whom it may concern:

   Please be advised that Tatung Company has been served with Process (Summons) and Complaint in Delaware pursuant to 10 Del. C. § 3104. Service of the original Summons and Complaint in the above referenced case have been served upon the Delaware Secretary of State as agent for acceptance of legal process. Under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon Tatung Company within Delaware.

   Enclosed please find a copy of the Summons and Return of Service and the Complaint. Thank you for your attention to this matter.

           Yours,

           Richard K. Herrmann

RKH:sch
Enclosure

Chase Manhattan Centre  1201 Market Street  Suite 800  Wilmington, DE 19801
www.BlankRome.com

119090.00602/40150207v1  Delaware  •  Florida  •  Maryland  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC

# EXHIBIT   C

| Item Description (Nature de l'envoi) | ☒ Article (Envoi recommandé) Registered | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number RB 420 560 190 US | | |

Office of Mailing (Bureau de dépôt)      Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Tatung Company

Street and No. (Rue et No.)
22, Chungshan N. Road, 3rd Section

Place and Country (Localité et pays)
Taipei
Taiwan, 104, R.O.C.

This receipt must be signed by the addressee, or, if that is not authorized to sign under the regulations of the country of destination, or if that regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou, si les règlements du pays de destination le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination/Timbre du bureau de destination

PS Form **2865**, February 1997 *(Reverse)*

---

**UNITED STATES POSTAL SERVICE** ®

## Return Receipt for International Mail
*(Registered, Insured, Recorded Delivery, Express Mail)*

Administration des Postes des Etats-Unis d'Amérique

RECEIVED
MAR 03 2005
RICHARD K. HERRMANN

*Par Avion*

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), a découvert and postage free.

The sender completes and indicates the address for the return of this receipt.
*(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm *(Nom ou raison sociale)*
Richard K. Herrmann, Esq.
Blank Rome LLP

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

Street and Number *(Rue et no.)*
1201 Market Street
Suite 800

City, State, and ZIP + 4 *(Localitié et code postal)*
Wilmington, DE 19801

UNITED STATES OF AMERICA     Etats-Unis d'Amérique

PS Form **2865**, February 1997    *Avis de reception*     **CN07** *(Old C5)*

# EXHIBIT   D



Registered No. RB 420 560 190 US

Date Stamp

Reg. Fee $ 7.50

Handling Charge $

Return Receipt $

Postage $ 7.35

Restricted $ Delivery

Received by:

To Be Completed By Post Office

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
Richard K. Herrmann
Blank Rome LLP
1201 Market Street, Ste 800
Wilmington, DE 19801

TO
Tatung Company
22, Chungshan N. Rd, 3rd section
Taipei
Taiwan, 104, R.O.C.

PS Form 3806, June 2002    **Receipt for Registered Mail**    *Copy 1 - Customer*
*(See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2005, I electronically filed the foregoing

document, **AFFIDAVIT PURSUANT TO D.DEL. LR 4.1 (b)**, with the Clerk of the Court using

CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, Delaware 19899-2207

Kevin M. Baird, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 15th day of March, 2005, the foregoing document

was served via email on the following non-registered participants:

Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
corbint@howrey.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett &
Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
york.faulkner@finnegan.com

Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Attorneys for Plaintiff
GUARDIAN INDUSTRIES CORP.

- 4 -