IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-27-SLR |
| | ) | |
| DELL, INC. et al. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL OF KEVIN M. BAIRD AS COUNSEL FOR DEFENDANT QUANTA DISPLAYS, INC.

PLEASE TAKE NOTICE that, pursuant to D. Del. LR. 83.7, Kevin M. Baird, Esq.

withdraws from its representation of Quanta Display, Inc. in this action. Quanta Display, Inc.

continues to be represented in this action by Josy W. Ingersoll and the law firm of Young

Conaway Stargatt & Taylor, LLP, as well as by the law firm of Alschuler Grossman Stein &

Kahan LLP.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (# 1088)
Kevin M. Baird (# 4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kbaird@ycst.com

*Attorneys for Quanta Displays, Inc.*

OF COUNSEL:

Peter J. Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000

Dated: March 29, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, Esquire hereby certify that on March 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue
> Wilmington, DE  19801

I further certify that on March 29, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Bryan S. Hales, Esquire
> Craig D. Leavell, Esquire
> Meredith Zinanni, Esquire
> Eric Hayes, Esquire
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL  60601

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll  (No. 1088)
Kevin M. Baird (No. 4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kbaird@ycst.com
Attorneys for Quanta Display, Inc.