IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-27-SLR |
| v. | ) | |
| | ) | Jury Trial Demanded |
| DELL, INC.; | ) | |
| GATEWAY, INC.; | ) | |
| HEWLETT-PACKARD COMPANY; | ) | |
| ACER INC.; | ) | |
| ACER AMERICA CORPORATION; | ) | |
| AOC INTERNATIONAL; | ) | |
| ENVISION PERIPHERALS, INC.; | ) | |
| TPV TECHNOLOGY, LTD.; | ) | |
| TPV INTERNATIONAL (USA), INC.; | ) | |
| AU OPTRONICS CORPORATION; | ) | |
| AU OPTRONICS CORPORATION AMERICA a/k/a | ) | |
| AU OPTRONICS AMERICA, INC.; | ) | |
| BENQ CORPORATION; | ) | |
| BENQ AMERICA CORPORATION; | ) | |
| CHUNGHWA PICTURE TUBES, LTD. a/k/a | ) | |
| CHUNGHWA PICTURE TUBES COMPANY; | ) | |
| TATUNG COMPANY; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; | ) | |
| BOE HYDIS TECHNOLOGY COMPANY, LTD.; | ) | |
| BOE HYDIS AMERICA INC.; | ) | |
| CHI MEI OPTOELECTRONICS; | ) | |
| COMPAL ELECTRONICS, INC.; | ) | |
| DELTA ELECTRONICS, INC.; | ) | |
| DELTA PRODUCTS CORPORATION; | ) | |
| DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY, LTD.; | ) | |
| HANNSTAR DISPLAY CORPORATION; | ) | |
| JEAN CO., LTD.; | ) | |
| LITE-ON TECHNOLOGY CORPORATION: | ) | |
| LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; | ) | |
| MAG TECHNOLOGY COMPANY, LTD.; | ) | |
| MAG TECHNOLOGY USA, INC.; | ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; | ) | |
| PROVIEW TECHNOLOGY, INC.; | ) | |
| PROVIEW ELECTRONICS COMPANY, LTD.; and | ) | |
| QUANTA DISPLAY, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATED ORDER**

WHEREAS, defendant Lite-On Technology Corporation is a Taiwanese corporation;

WHEREAS, defendant Lite-On, Inc. is a California corporation; and

WHEREAS Lite-On Technology Corporation, Lite-On, Inc., and Guardian Industries Corp. wish to fairly and expeditiously resolve, without need for court intervention, any possible disputes over personal jurisdiction; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that:

1. Lite-On Technology Corporation and Lite-On, Inc. waive any challenge to the personal jurisdiction of this Court over them in this matter.

2. Lite-On Technology Corporation and Lite-On, Inc. shall answer or otherwise respond to the First Amended Complaint on or before May 2, 2005.

| | |
|---|---|
| /s/ Richard K. Herrmann | /s/ Richard L. Horwitz |
| Richard K. Herrmann (#405)<br>MORRIS JAMES HITCHENS & WILLIAMS<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br><br>Bryan S. Hales<br>Craig D. Leavell<br>Meredith Zinanni<br>Eric Hayes<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, Illinois  60601<br>312.861.2000<br><br>*Counsel for Guardian Industries Corp.* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Counsel for Lite-On Technology Corporation and Lite-On, Inc.* |

SO ORDERED this _____ day of _____, 2005.

_____
Judge Sue L. Robinson

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2005, I electronically filed the foregoing document, **STIPULATED ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz, Esq. | Gerard M. O'Rourke, Esq. |
| David E. Moore, Esq. | Connolly Bove Lodge & Hutz LLP |
| Potter Anderson & Corroon | 1007 North Orange Street, P.O. Box 2207 |
| Hercules Plaza, 6th Floor | Wilmington, Delaware 19899-2207 |
| 1313 N. Market Street | |
| Wilmington, DE  19801 | Josy W. Ingersoll, Esq. |
| | Young, Conaway, Stargatt & Taylor LLP |
| Jeffrey S. Goddess, Esq. | The Brandywine Building |
| Rosenthal Monhait Gross & Goddess, P.A. | 1000 West Street, 17th Floor |
| 919 Market Street, Suite 1401 | Wilmington, DE  19801 |
| Wilmington, DE  19801 | |

Additionally, I hereby certify that on the 31st day of March, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Teresa M. Corbin, Esq. | York M. Faulkner, Esq. |
| Howrey Simon Arnold & White LLP | Finnegan Henderson Farabow Garrett & Dunner |
| 525 Market Street, Suite 3600 | Two Freedom Square |
| San Francisco, CA  94105 | 11955 Freedom Drive |
| corbint@howrey.com | Reston, VA  20190-5675 |
| | york.faulkner@finnegan.com |
| Roderick B. Williams, Esq. | |
| Avelyn M. Ross, Esq. | Peter J. Wied, Esq. |
| Vinson & Elkins | Alschuler Grossman Stein & Kahan LLP |
| 2801 Via Fortuna, Suite 100 | 1620 26th Street, Fourth Floor, N Tower |
| Austin, TX  78746-7568 | Santa Monica, CA  90404-4060 |
| rickwilliams@velaw.com | pwied@agsk.com |
| aross@velaw.com | |

- 4 -

| | |
|---|---|
| Robert J. Gunther, Jr., Esq.<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022<br>robert.gunther@lw.com<br>kurt.rogers@lw.com | Robert C. Weems, Esq.<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA  94960<br>rcweems@comcast.net |

    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*