AO 440  (Rev. 8/01)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Delaware

GUARDIAN INDUSTRIES CORP.,
Plaintiff,

V.

DELL, INC.,  et al.
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05-27 SLR

TO: (Name and address of Defendant)
BOE HYDIS Technology Company, Ltd.
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
302.888.6800

an answer to the complaint which is served on you with this summons, within _____ Twenty (20) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

PETER T. DALLEO

4/1/05

CLERK

(By) DEPUTY CLERK

DATE

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/1/05 |
|---|---|

| NAME OF SERVER *(PRINT)* EDWARD JONES | TITLE PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☑ Other (specify): PERSONALLY SERVED BOE HYDIS TECHNOLOGY CO, LTD by SERVING
ITS REGISTERED AGENT, DELAWARE SECRETARY OF STATE, AT 401 FEDERAL ST
DOVER DE 19901 AT 3:55PM PERSON ACCEPTING SERVICE : MARTINA M
MARTIN

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/1/05
         Date

*Signature of Server*

PARCELS INC
32 W LOOCKERMAN St
WILM DE 19901

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2005, I electronically filed the

foregoing document, **RETURN OF SERVICE**, with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, Delaware 19899-2207

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 6th day of April, 2005, the foregoing document

was served via email on the following non-registered participants:

Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
rickwilliams@velaw.com
aross@velaw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
york.faulkner@finnegan.com

Peter J.Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA 90404-4060
pwied@agsk.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
robert.gunther@lw.com
kurt.rogers@lw.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960
rcweems@comcast.net


_____ */s/ Richard K. Herrmann* _____
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*