IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-27-SLR |
| v. ) | |
| ) | Jury Trial Demanded |
| DELL, INC.; ) | |
| GATEWAY, INC.; ) | |
| HEWLETT-PACKARD COMPANY; ) | |
| ACER INC.; ) | |
| ACER AMERICA CORPORATION; ) | |
| AOC INTERNATIONAL; ) | |
| ENVISION PERIPHERALS, INC.; ) | |
| TPV TECHNOLOGY, LTD.; ) | |
| TPV INTERNATIONAL (USA), INC.; ) | |
| AU OPTRONICS CORPORATION; ) | |
| AU OPTRONICS CORPORATION AMERICA a/k/a ) | |
| AU OPTRONICS AMERICA, INC.; ) | |
| BENQ CORPORATION; ) | |
| BENQ AMERICA CORPORATION; ) | |
| CHUNGHWA PICTURE TUBES, LTD. a/k/a ) | |
| CHUNGHWA PICTURE TUBES COMPANY; ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| BOE HYDIS TECHNOLOGY COMPANY, LTD.; ) | |
| BOE HYDIS AMERICA INC.; ) | |
| CHI MEI OPTOELECTRONICS; ) | |
| COMPAL ELECTRONICS, INC.; ) | |
| DELTA ELECTRONICS, INC.; ) | |
| DELTA PRODUCTS CORPORATION; ) | |
| DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY, LTD.; ) | |
| HANNSTAR DISPLAY CORPORATION; ) | |
| JEAN CO., LTD.; ) | |
| LITE-ON TECHNOLOGY CORPORATION; ) | |
| LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; ) | |
| MAG TECHNOLOGY COMPANY, LTD.; ) | |
| MAG TECHNOLOGY USA, INC.; ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; ) | |
| PROVIEW TECHNOLOGY, INC.; ) | |
| PROVIEW ELECTRONICS COMPANY, LTD.; and ) | |
| QUANTA DISPLAY, INC. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT PURSUANT TO D. DEL. LR 4.1 (b)**

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS: |
| COUNTY OF NEW CASTLE | : |

BE IT REMEMBERED that on this 11th day of April, A.D. 2005, personally came before me, the Subscriber, a Notary Public for the State and County aforesaid, Richard K. Herrmann, attorney for the Plaintiff, who being sworn according to law did depose and say as follows:

**DEFENDANT CHUNGHWA PICTURE TUBES, LTD. a/k/a CHUNGHWA PICTURE TUBES COMPANY**

1. That to the best of his knowledge, the Defendant Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company is a nonresident of the State of Delaware whose name and address is as follows:

> Chunghwa Picture Tubes, Ltd.
> a/k/a Chunghwa Picture Tubes Company
> No. 1127, Ho-ping Road
> Tanan, Pahte, Taoyuan
> Taiwan R.O.C.

2. That on January 19, 2005, the Complaint in the above-captioned action was filed; that on January 24, 2005 the Clerk issued a Summons to serve the Secretary of State pursuant to 10 Del. C. § 3104.

3. That on January 25, 2005, the Return of Service was filed, a copy of which is attached as Exhibit A.

4. That on February 3, 2005, the said Richard K. Herrmann, Esquire, caused a copy of the Notice, attached hereto as Exhibit B, to be mailed by Registered Mail to the following defendant: Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company.

5. That on March 28, 2005, he, Richard K. Herrmann, Esquire, received from the postal authority the domestic return receipt attached hereto as Exhibit C.

6. That the said receipt has the same registered number, to-wit: RB 420 560 186 US, as the receipt received at the time of the mailing of said notice, attached hereto as Exhibit D.

Dated: April 11, 2005

Richard K. Herrmann #405
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff
GUARDIAN INDUSTRIES CORP.

SWORN TO AND SUBSCRIBED before me the day and year aforesaid:

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2005, I electronically filed the foregoing document, **AFFIDAVIT PURSUANT TO D.DEL. L.R. 4.1(b)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, Delaware 19899-2207

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 11th day of April, 2005, the foregoing document was served via email on the following non-registered participants:

Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
rickwilliams@velaw.com
aross@velaw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
york.faulkner@finnegan.com

Peter J. Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA 90404-4060
pwicd@agsk.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
robert.gunther@lw.com
kurt.rogers@lw.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960
rcweems@comcast.net

/s/ Richard K. Herrmann

Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*

# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court   District of   Delaware

GUARDIAN INDUSTRIES CORP.

**SUMMONS IN A CIVIL CASE**

V.

DELL, INC.; et al.

CASE NUMBER: 05-27

TO: (Name and address of Defendant)
Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE 19901

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann
Mary B. Matterer
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                1-24-05
CLERK                                           DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 24, 2005 |
| NAME OF SERVER (PRINT) Edward Jones | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Served on Chunghwa Pictures Tubes, Ltd AKA Chunghwa Picture Tubes Company c/o Secretary of State of Delaware located at 401 Federal Street, Dover DE 19901. Service was accepted by Mary Jo Coehringer at 5:06 pm

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/24/05
                  Date

_Signature of Server_  Edward J Jones I

_Address of Server_  32 Zuckerman Sq Ste 109 Dover DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc

# EXHIBIT B



BLANK ROME LLP
COUNSELORS AT LAW

Phone:  (302) 425-6434
Fax:    (302) 425-6464
Email:  herrmann@blankrome.com

February 3, 2005

**VIA REGISTERED MAIL NO. RB 420 560 186 US**
**RETURN RECEIPT REQUESTED**

Chunghwa Picture Tubes, Ltd.
a/k/a Chunghwa Picture Tubes Company
No. 1127, Ho-ping Road
Tanan, Pahte, Taoyuan
Taiwan, R.O.C.

        Re:  *Guardian Industries Corp. v. Dell, Inc. et al.*
             D.Del., C.A. No. 05-27 SLR

To whom it may concern:

      Please be advised that Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company has been served with Process (Summons) and Complaint in Delaware pursuant to 10 Del. C. § 3104. Service of the original Summons and Complaint in the above referenced case have been served upon the Delaware Secretary of State as agent for acceptance of legal process. Under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company within Delaware.

      Enclosed please find a copy of the Summons and Return of Service and the Complaint. Thank you for your attention to this matter.

                                Yours,

                                Richard K. Herrmann

RKH:sch
Enclosure

Chase Manhattan Centre 1201 Market Street Suite 800 Wilmington, DE 19801
www.BlankRome.com

Delaware • Florida • Maryland • New Jersey • New York • Ohio • Pennsylvania • Washington, DC

119090.00602/40150205v1

# EXHIBIT C

*[Rotated 90° - USPS Return Receipt for International Mail, PS Form 2865, February 1997]*

**Item Description (Nature de l'envoi):** ☒ Registered Article (Envoi recommandé) / ☐ Letter (Lettre) / ☐ Printed Matter (Imprimé) / ☐ Other (Autre) / ☐ Recorded Delivery (Envoi à livraison attestée) / ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée)

**Insured Value (Valeur déclarée):**

**Article Number:** RB 420 920 186 US

**Office of Mailing (Bureau de dépôt):**

**Date of Posting (Date de dépôt):**

**Addressee Name or Firm (Nom ou raison sociale):** Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company

**Street and No. (Rue et No.):** No. 1127, Ho-ping Road

**Place and Country (Localité et pays):** Tanan, Pahte, Taoyuan, Taiwan, R.O.C.

☐ Signature of Addressee (Signature du destinataire)
☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

Date

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis

UNITED STATES POSTAL SERVICE®

RECEIVED
MAR 28 2005
RICHARD K. HERRMANN

Par Avion

The sender completes and indicates the address for the return of this receipt. (A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

**Name or Firm (Nom ou raison sociale):** Richard K. Herrmann, Esq.
Blank Rome LLP

**Street and Number (Rue et no.):** 1201 Market Street
Suite 800

**City, State, and ZIP + 4 (Localité et code postal):** Wilmington, DE 19801

Return by the quickest route (air or surface mail), à découvert and postage free
A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

Administration des Postes des Etats-Unis d'Amérique

UNITED STATES OF AMERICA/États-Unis d'Amérique

Avis de réception

PS Form 2865, February 1997 CN07 (Old C5)

# EXHIBIT D

Case 1:05-cv-00027-SLR Document 61 Filed 04/11/2005 Page 13 of 14

| | | | | | |
|---|---|---|---|---|---|
| Registered No. RB4205601860US | | | | | Date Stamp |
| To Be Completed By Post Office | Reg. Fee $ | $7.50 | | | Blank<br>0501 |
| | Handling Charge $ | $0.00 | Return Receipt $ | $1.75 | [Wilmington USPS postmark 02/03/2005] |
| | Postage $ | $17.35 | Restricted Delivery $ | $0.00 | |
| | Received by | | | | Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |
| | Customer Must Declare Full Value $ $0.00 | | ☐ With Postal Insurance<br>☐ Without Postal Insurance | | |

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM:
Richard K. Herrmann
Blank Rome LLP
1201 Market Street, Ste 800
Wilmington, DE 19801

TO:
Chunghwa Picture Tubes, Ltd.
a/k/a Chunghwa Picture Tubes Co
No. 1127, Ho-ping Road
Tauyan, Pahte, Taoyuan, Taiwan, ROC

PS Form 3806, June 2002        Receipt for Registered Mail        Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®