IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DELL, INC.; GATEWAY, INC.; )<br>HEWLETT-PACKARD COMPANY; ACER INC.; )<br>ACER AMERICA CORPORATION; AOC INTERNATIONAL; )<br>ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; )<br>TPV INTERNATIONAL (USA), INC.; )<br>AU OPTRONICS CORPORATION; )<br>AU OPTRONICS CORPORATION AMERICA a/k/a )<br>AU OPTRONICS AMERICA, INC.; )<br>BENQ CORPORATION; BENQ AMERICA CORPORATION; )<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a )<br>CHUNGHWA PICTURE TUBES COMPANY; )<br>TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; )<br>BOE HYDIS TECHNOLOGY COMPANY, LTD.; )<br>BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; )<br>COMPAL ELECTRONICS, INC.; DELTA ELECTRONICS, INC.; )<br>DELTA PRODUCTS CORPORATION; )<br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY, LTD.; )<br>HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; )<br>LITE-ON TECHNOLOGY CORPORATION: )<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; )<br>MAG TECHNOLOGY COMPANY, LTD.; )<br>MAG TECHNOLOGY USA, INC.; )<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.; )<br>PROVIEW TECHNOLOGY, INC.; )<br>PROVIEW ELECTRONICS COMPANY, LTD.; and )<br>QUANTA DISPLAY, INC. )<br>)<br>Defendants. )<br>) | Case No.: 05-27-SLR<br><br>**Jury Trial Demanded** |

**STIPULATED ORDER**

WHEREAS, defendant Mag Technology Co., Ltd. is a Taiwanese corporation;

WHEREAS, defendant Mag Technology USA, Inc. is a California corporation;

WHEREAS, Mag Technology Co., Mag Technology USA, and Guardian Industries Corp. have negotiated an agreement regarding service and response deadlines,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. Mag Technology Co. waives service of process through the Taiwanese judicial authorities and in accordance with Federal Rules of Civil Procedure 4(d).

2. Mag Technology Co. and Mag Technology USA waive any challenge to method of service.

3. Mag Technology Co. and Mag Technology USA shall answer, move or otherwise respond to the First Amended Complaint on or before May 16, 2005.

/For/ /s/
_____
Richard K. Herrmann
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric Hayes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

*Counsel for Guardian Industries Corp.*

/s/
_____
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Counsel for Mag Technology Co., Ltd. and Mag Technology USA, Inc.*


SO ORDERED this _____ day of _____, 2005.

_____
Judge Sue L. Robinson

679021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 21, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Gerard M. O'Rouke
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Jeffrey S. Goddess
Rosenthal Monhait Gross & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Josy W. Ingersoll
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

_____
David E. Moore

678105