**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP.                                ) | |
|               Plaintiff,                                ) | |
| v.                                ) | C.A. No. 05-27- SLR |
| DELL, INC.; GATEWAY, INC.; HEWLETT-PACKARD COMPANY; ACER INC.; ACER AMERICA CORPORATION; AOC INTERNATIONAL; ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD., TPV INTERNATIONAL (USA), INC.; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA a/k/a AU OPTRONICS AMERICA, INC.; BENQ CORPORATION; BENQ AMERICA CORPORATION; CHUNGHWA PICTURE TUBES, LTD. a/k/a CHUNGHWA PICTURE TUBES COMPANY; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; BOE HYDIS TECHNOLOGY COMPANY, LTD.; BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; COMPAL ELECTRONICS, INC.; DELTA ELECTRONICS, INC.; DELTA PRODUCTS CORPORATION; DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY, LTD.; HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; LITE-ON TECHNOLOGY CORPORATION; LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; MAG TECHNOLOGY COMPANY, LTD.; MAG TECHNOLOGY USA, INC.; PROVIEW INTERNATIONAL HOLDINGS, LTD.; PROVIEW TECHNOLOGY, INC.; PROVIEW ELECTRONICS COMPANY, LTD.; and QUANTA DISPLAY, INC.                                ) | JURY TRIAL DEMANDED |
|               Defendants.                                ) | |

**STIPULATED DISMISSAL**

WHEREAS, plaintiff, Guardian Industries Corp. and defendants, Delta Electronics, Inc., Delta Products Corporation, and Delta Electronics (Thailand) Public Company, Ltd., as indicated by the signature of counsel appearing below, have agreed to the dismissal of defendants Delta Electronics, Inc., Delta Products Corporation, and Delta Electronics (Thailand) Public Company, Ltd., from this action

pursuant to Rule 41 of the Federal Rules of Civil Procedure and subject to the terms of this Order and a confidential Settlement Agreement, dated March 31, 2005.

NOW THEREFORE, it is ordered as follows:

1. The claims by Guardian Industries Corp. against Delta Electronics, Inc., Delta Products Corporation, and Delta Electronics (Thailand) Public Company, Ltd. are hereby dismissed with prejudice, with respect to Delta Electronics, Inc., Delta Products Corporation, and Delta Electronics (Thailand) Public Company, Ltd.

2. Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of the claims against Delta Electronics, Inc., Delta Products Corporation, and Delta Electronics (Thailand) Public Company, Ltd. and the counterclaims against Guardian Industries Corp.

STIPULATED AND AGREED

| MORRIS JAMES HITCHENS & WILLIAMS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Richard K. Herrmann<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiff Guardian Industries Corp.* | *Attorneys for Defendants Delta Electronics, Inc., Delta Products Corporation, and Delta Electronics (Thailand) Public Company, Ltd.* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

678582

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 22, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Gerard M. O'Rouke
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Jeffrey S. Goddess
Rosenthal Monhait Gross & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

Josy W. Ingersoll
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

/s/ David E. Moore
David E. Moore

678582