IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br><br> Plaintiff, <br> v. <br><br> DELL, INC.; GATEWAY, INC.; <br> HEWLETT-PACKARD COMPANY; ACER INC.; <br> ACER AMERICA CORPORATION; AOC INTERNATIONAL; <br> ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; <br> TPV INTERNATIONAL (USA), INC.; <br> AU OPTRONICS CORPORATION; <br> AU OPTRONICS CORPORATION AMERICA a/k/a <br> AU OPTRONICS AMERICA, INC.; <br> BENQ CORPORATION; BENQ AMERICA CORPORATION; <br> CHUNGHWA PICTURE TUBES, LTD. a/k/a <br> CHUNGHWA PICTURE TUBES COMPANY; <br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; <br> BOE HYDIS TECHNOLOGY COMPANY, LTD.; <br> BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; <br> COMPAL ELECTRONICS, INC.; DELTA ELECTRONICS, INC.; <br> DELTA PRODUCTS CORPORATION; <br> DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY, LTD.; <br> HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; <br> LITE-ON TECHNOLOGY CORPORATION: <br> LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; <br> MAG TECHNOLOGY COMPANY, LTD.; <br> MAG TECHNOLOGY USA, INC.; <br> PROVIEW INTERNATIONAL HOLDINGS, LTD.; <br> PROVIEW TECHNOLOGY, INC.; <br> PROVIEW ELECTRONICS COMPANY, LTD.; and <br> QUANTA DISPLAY, INC. <br><br> Defendants. | Case No.: 05-27-SLR <br><br> Jury Trial Demanded |

## STIPULATED ORDER

WHEREAS, defendant Envision Peripherals, Inc. is a California corporation;

WHEREAS, Envision Peripherals, Inc. and Guardian Industries Corp. have negotiated an agreement regarding service and response deadlines,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1.  Envision Peripherals, Inc. waives any challenges to service of process or to this Court's personal jurisdiction over it.

2.  Envision Peripherals, Inc. shall answer or otherwise respond to the First Amended Complaint on or before July 1, 2005.

3.  This stipulation is without prejudice to either party requesting a further extension of time to answer or otherwise respond.

| | |
|---|---|
| /s/ Jeffrey A. Snyder | /s/ Richard K. Herrmann |
| Jeffrey A. Snyder | Richard K. Herrmann (I.D. No. 405) |
| Serena Patitucci Torvik | Mary B. Matterer (I.D. No. 2696) |
| THOITS, LOVE, HERSHBERGER & MCLEAN | MORRIS JAMES HITCHENS & WILLIAMS |
| 245 Lytton Avenue, Suite 300 | 222 Delaware Avenue, 10th Floor |
| Palo Alto, California 94301 | Wilmington, Delaware 19801 |
| 650.327.4200 | 302.888.6800 |
| | |
| *Counsel for Envision Peripherals, Inc.* | Bryan S. Hales |
| | Craig D. Leavell |
| | Meredith Zinanni |
| | Eric D. Hayes |
| | KIRKLAND & ELLIS LLP |
| | 200 East Randolph Drive |
| | Chicago, Illinois 60601 |
| | 312.861.2000 |
| | |
| | *Counsel for Guardian Industries Corp.* |

SO ORDERED this _____ day of _____, 2005.

_____
Judge Sue L. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2005, I electronically filed the foregoing document, **STIPULATED ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, Delaware 19899-2207

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 25th day of April, 2005, the foregoing document was served via email on the following non-registered participants:

Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
rickwilliams@velaw.com
aross@velaw.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
robert.gunther@lw.com
kurt.rogers@lw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
york.faulkner@finnegan.com

Peter J. Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA 90404-4060
pwied@agsk.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960
rcweems@comcast.net

Jeffrey A. Snyder, Esq.
Thoits, Love, Hershberger & McLean
245 Lytton Avenue, Suite 300
Palo Alto, CA 94301
jsnyder@thoits.com




      /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*