IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL INC.;<br>GATEWAY, INC.;<br>ACER INC.;<br>ACER AMERICA CORPORATION;<br>AOC INTERNATIONAL,<br>AOC INTERNATIONAL (USA) LTD.;<br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION AMERICA a/k/a<br>AU OPTRONICS AMERICA, INC.;<br>BENQ CORPORATION,<br>BENQ AMERICA CORPORATION;<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a<br>CHUNGHWA PICTURE TUBES COMPANY;<br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>COMPAL ELECTRONICS, INC.;<br>DELTA ELECTRONICS, INC.;<br>DELTA PRODUCTS CORPORATION,<br>JEAN CO., LTD.;<br>LITE-ON TECHNOLOGY CORPORATION;<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.;<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.;<br>PROVIEW TECHNOLOGY, INC.; and<br>QUANTA DISPLAY, INC.,<br><br>Defendants. | Case No.: 05-27 SLR |

**<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>**

RLF1-2868555-1

PLEASE TAKE NOTICE that the law firm of Richards, Layton & Finger substitutes its appearance for the law firm of Rosenthal, Monhait, Gross & Goddess as local counsel for Defendants Tatung Company and Tatung Company of America, Inc.

OF COUNSEL:

Daniel T. Shvodian
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025-3434
650.463.8247

Teresa M. Corbin
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
415.848.4900

Dated: April 26, 2005

Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Chunghwa Picture Tubes, Ltd. a/k/a
Chunghwa Picture Tubes Company; Tatung
Company; Tatung Company of America,
Inc.; and Jean Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
Attorneys for Plaintiff Guardian Industries Corporation

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

Kevin M. Baird, Esquire
Young, Conway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Attorneys for Defendant/Counterclaimant Dell, Inc

Gerard M. O'Rourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207

I hereby certify that on April 26, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Attorneys for Plaintiff Guardian Industries Corporation

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
Attorneys for Defendant/Counterclaimant Dell, Inc

-2-

| | |
|---|---|
| York M. Faulkner<br>Finnegan Henderson Farabow Garrett & Dunner<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675 | Peter J. Wied<br>Alschuler Grossman Stein & Kahan LLP<br>1620 26th Street, 4th Floor, N Tower<br>Santa Monica, CA  90404-4060 |
| Robert J. Gunther<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022 | Robert C. Weems<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA  94960 |

/s/ Robert W. Whetzel

Robert W. Whetzel (#2288)
whetzel@rlf.com

-2-

RLF1-2868500-1