IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP.<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.; et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No.: 05-27 SLR<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF LODGING OF WAIVER OF SERVICE**

Please take notice that the enclosed Waiver of Service with respect to Defendant Hannstar Display Corporation is hereby lodged with the Court.

Dated: April 26, 2005

                              */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for Plaintiff Guardian Industries Corp.*



901 New York Avenue, NW • Washington, DC 20001-4413 • 202.408.4000 • Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

JOHN R. ALISON
202-408-4153
john.alison@finnegan.com

April 21, 2005

VIA FEDERAL EXPRESS AND FACSIMILE

Meredith Zinanni, Esq.
Kirkland and Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Re:   *Guardian Industries, Inc. v. Dell, Inc. et al.*
      No. 05-27 (District of Delaware 2005)

Dear Ms. Zinanni:

On behalf of our client HannStar Display Corporation ("HannStar"), we acknowledge HannStar's receipt of a request made by plaintiff Guardian Industries, Inc. ("Guardian") that HannStar agree to waive service of a summons in the above-captioned civil action.

HannStar hereby agrees – solely for purposes of the above-captioned case, and without waiving any objection it may have with respect to an attempted service of process under Fed. R. Civ. P. 4 in other legal matters – to save Guardian the cost of the service of a summons and an additional copy of the complaint upon HannStar. As a result, Guardian need not take further steps to effect valid service on HannStar. In agreeing to save the cost of service, Guardian and HannStar agree that HannStar retains all defenses and objections it has or may have with respect to the filing and maintenance of the above-captioned case, including, but not limited to, all defenses and objections that HannStar has or may have with respect to the jurisdiction or venue of the court under the Federal Rules of Civil Procedure and/or other law, rule, or regulation, except for any defense or objection that might be raised alleging a defect in the summons and/or in the adequacy of service of process upon HannStar.

HannStar will endeavor to file an answer or motion under Fed. R. Civ. P. 12 with the U.S. District Court for the District of Delaware on or before Friday, July 1, 2005, which HannStar and Guardian shall treat, for purposes of this matter, as an act coming "within 90 days after April 1, 2005." HannStar expressly reserves all other rights that it

Washington, DC • Atlanta, GA • Cambridge, MA • Palo Alto, CA • Reston, VA • Brussels • Taipei • Tokyo

Ms. Meredith Zinanni, Esq.
April 21, 2005
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

has or may have under the Federal Rules of Civil Procedure with respect to the time and manner of the filing and service of an answer or motion.

Please let us know immediately if you have any objection or disagreement as to the foregoing arrangements. In addition, please countersign below and return a copy of this letter to our offices at your earliest convenience.

As HannStar is represented by counsel, please direct all future correspondence and/or other communications to: E. Robert Yoches, Esq., Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Avenue, NW, Washington, D.C. 20001.

Sincerely,

John R. Alison

IY/JRA

cc:   C.P. Ting, Esq., HannStar Display Corporation


On behalf of Plaintiff, GUARDIAN INDUSTRIES, INC.

_____
Signature

4/25/05
_____
Dated

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2005, I electronically filed the foregoing document, **NOTICE OF LODGING OF WAIVER OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, Delaware 19899-2207

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 26th day of April, 2005, the foregoing document was served via email on the following non-registered participants:

Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
robert.gunther@lw.com
kurt.rogers@lw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

Peter J. Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA  90404-4060
pwied@agsk.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960
rcweems@comcast.net

-2-

| | |
|---|---|
| E. Robert Yoches, Esq.<br>Finnegan Henderson Farabow Garrett & Dunner<br>901 New York Avenue, NW<br>Washington, DC 20001<br>bob.yoches@finnegan.com | Jeffrey A. Snyder, Esq.<br>Thoits, Love, Hershberger & McLean<br>245 Lytton Avenue, Suite 300<br>Palo Alto, CA 94301<br>jsnyder@thoits.com |

     /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*