IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>DELL INC.; )<br>GATEWAY, INC.; )<br>ACER INC.; )<br>ACER AMERICA CORPORATION; )<br>AOC INTERNATIONAL; )<br>AOC INTERNATIONAL (USA) LTD.; )<br>AU OPTRONICS CORPORATION; )<br>AU OPTRONICS CORPORATION AMERICA a/k/a )<br>AU OPTRONICS AMERICA, INC.; )<br>BENQ CORPORATION; )<br>BENQ AMERICA CORPORATION; )<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a )<br>CHUNGHWA PICTURE TUBES COMPANY; )<br>TATUNG COMPANY; )<br>TATUNG COMPANY OF AMERICA, INC.; )<br>COMPAL ELECTRONICS, INC.; )<br>DELTA ELECTRONICS, INC.; )<br>DELTA PRODUCTS CORPORATION; )<br>JEAN CO., LTD.; )<br>LITE-ON TECHNOLOGY CORPORATION; )<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; )<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.; )<br>PROVIEW TECHNOLOGY, INC., and )<br>QUANTA DISPLAY, INC., )<br>)<br>Defendants. ) | Case No.: 05-27 SLR |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF TERESA M. CORBIN**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Teresa M. Corbin, Esquire, David L. Bilsker, Esquire and Daniel T. Shvodian, of Howery LLP to represent Chunghwa Picture Tubes, Ltd., Jean Company, Ltd., Tatung Company, and Tatung Company of America, Inc. in this matter.

*/s/ Robert W. Whetzel* (by MWK #4566)
Robert W Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
(302)651-7700
Attorneys for Defendant/Counterclaimant
*Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company; Tatung Company of America, Inc.; and Jean Co., Ltd.*

Dated: April 27, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of April, 2005.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Daniel T. Shvodian*
Daniel T. Shvodian, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025-3434

Dated: April 26, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
David L. Bilsker, Esq.
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105

Dated: April _____, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Teresa M. Corbin, Esq.
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105

Dated: April 26, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Attorneys for Plaintiff Guardian Industries Corporation

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Kevin M. Baird, Esquire
Young, Conway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Attorneys for Defendant/Counterclaimant Dell, Inc.

Gerard M. O'Rourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on April 27, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Attorneys for Plaintiff Guardian Industries Corporation

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Attorneys for Defendant/Counterclaimant Dell, Inc.

RLF1-2868500-1

-2-

| | |
|---|---|
| York M. Faulkner<br>Finnegan Henderson Farabow Garrett & Dunner<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 | Peter J. Wied<br>Alschuler Grossman Stein & Kahan LLP<br>1620 26th Street, 4th Floor, N Tower<br>Santa Monica, CA 90404-4060 |
| Robert J. Gunther<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Robert C. Weems<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA 94960 |

Matthew W. King (#4566)
king@rlf.com