# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DELL, INC., et al.,** )<br>)<br>**Defendants.** )<br>) | C.A. No.: 05-27 SLR |

## STIPULATED ORDER

WHEREAS, defendant AU Optronics Corporation is a Taiwanese corporation;

WHEREAS, defendant AU Optronics America, Inc. is a California corporation; and

WHEREAS, AU Optronics, AU Optronics America and Guardian Industries Corp. have negotiated an agreement regarding response deadlines that will both avoid the burden and delay associated with effecting service of process through the Taiwanese judicial authorities and provide additional time to answer or otherwise respond to the complaint; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that AU Optronics and AU Optronics America shall answer or otherwise respond to the first amended complaint on or before May 16, 2005.

- 2 -

  /s/ Gerard M. O'Rourke                         /s/ Richard K. Herrmann
Gerard M. O'Rourke (I.D. No. 3267)         Richard K. Herrmann (I.D. No. 405)
CONNOLLY BOVE LODGE & HUTZ LLP    MORRIS JAMES HITCHENS & WILLIAMS
1007 North Orange Street, P.O. Box 2207   222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899-2207            Wilmington, Delaware 19801
302.658.9141                                          302.888.6800
gorourke@cblh.com                                rherrmann@morrisjames.com

*Counsel for Defendants*                         Bryan S. Hales
*AU Optronics Corporation and*               Craig D. Leavell
*AU Optronics America, Inc.*                    Meredith Zinanni
                                                              Eric Hayes
                                                              KIRKLAND & ELLIS LLP
                                                              200 East Randolph Drive
                                                              Chicago, Illinois  60601
                                                              312.861.2000

                                                              *Counsel for Guardian Industries Corp.*


         SO ORDERED this _____ day of _____, 2005.


                                                              _____
                                                              Judge Sue L. Robinson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April, 2005, I electronically filed the foregoing document, **STIPULATED ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, Delaware 19899-2207

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 28th day of April, 2005, the foregoing document was served via email on the following non-registered participants:

Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
robert.gunther@lw.com
kurt.rogers@lw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

Peter J. Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA  90404-4060
pwied@agsk.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960
rcweems@comcast.net

| | |
|---|---|
| E. Robert Yoches, Esq.<br>Finnegan Henderson Farabow Garrett & Dunner<br>901 New York Avenue, NW<br>Washington, DC  20001<br>bob.yoches@finnegan.com | Jeffrey A. Snyder, Esq.<br>Thoits, Love, Hershberger & McLean<br>245 Lytton Avenue, Suite 300<br>Palo Alto, CA  94301<br>jsnyder@thoits.com |

       /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*

- 4 -