IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v ) <br> ) <br> DELL INC ; ) <br> GATEWAY, INC ; ) <br> HEWLETT-PACKARD COMPANY; ) <br> ACER INC ; ) <br> ACER AMERICA CORPORATION; ) <br> AOC INTERNATIONAL; ) <br> ENVISION PERIPHERALS, INC ; ) <br> TPV TECHNOLOGY, LTD; ) <br> TPV INTERNATIONAL (USA), INC ; ) <br> AU OPTRONICS CORPORATION; ) <br> AU OPTRONICS CORPORATION AMERICA a/k/a ) <br> AU OPTRONICS AMERICA, INC ; ) <br> BENQ CORPORATION; ) <br> BENQ AMERICA CORPORATION; ) <br> CHUNGHWA PICTURE TUBES, LTD a/k/a ) <br> CHUNGHWA PICTURE TUBES COMPANY; ) <br> TATUNG COMPANY; ) <br> TATUNG COMPANY OF AMERICA, INC ; ) <br> BOE HYDIS TECHNOLOGY COMPANY, LTD ; ) <br> BOE HYDIS AMERICA INC ; ) <br> CHI MEI OPTOELECTRONICS; ) <br> COMPAL ELECTRONICS, INC ; ) <br> DELTA ELECTRONICS, INC ; ) <br> DELTA PRODUCTS CORPORATION; ) <br> DELTA ELECTRONICS (THAILAND) PUBLIC ) <br> COMPANY LTD ; ) <br> HANNSTAR DISPLAY CORPORATION; ) <br> JEAN CO , LTD ; ) <br> LITE-ON TECHNOLOGY CORPORATION; ) <br> LITE-ON, INC a/k/a LITEON TRADING USA, INC , ) <br> MAG TECHNOLOGY COMPANY, LTD ; ) <br> MAG TECHNOLOGY USA, INC ; ) <br> PROVIEW INTERNATIONAL HOLDINGS, LTD ; ) <br> PROVIEW TECHNOLOGY, INC ; ) <br> PROVIEW ELECTRONICS COMPANY, LTD ; and ) <br> QUANTA DISPLAY, INC , ) <br> ) <br> Defendants ) | Case No : 05-27 SLR <br><br> **JURY TRIAL DEMANDED** |

## TATUNG COMPANY & TATUNG COMPANY OF AMERICA'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Tatung Company and Tatung Company of America, Inc (collectively, "Tatung") state the following. (i) Tatung has no parent company; and (ii) no publicly held corporation owns 10% or more of Tatung. Tatung reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b)

| | |
|---|---|
| OF COUNSEL: | Robert W. Whetzel (#2288)<br>whetzel@rlf.com |
| Daniel T. Shvodian<br>Howrey LLP<br>301 Ravenswood Avenue<br>Menlo Park, CA 94025-3434<br>650.463.8247 | Matthew W. King (#4566)<br>king@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square, P O Box 551<br>Wilmington, DE 19899<br>(302) 651-7700 |
| Teresa M. Corbin<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>415.848.4900 | Attorneys for Defendants/Counterclaimants Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company, Tatung Company of America, Inc.; and Jean Co., Ltd |

Dated: May 2, 2005

RLF1-2870809-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Attorneys for Plaintiff Guardian Industries Corporation

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Kevin M. Baird, Esquire
Young, Conway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Attorneys for Defendant/Counterclaimant Dell, Inc.

Gerard M. O'Rourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on May 2, 2005 the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Attorneys for Plaintiff Guardian Industries Corporation

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Attorneys for Defendant/Counterclaimant Dell, Inc.

RLF1-2868500-1

-2-

| | |
|---|---|
| York M. Faulkner<br>Finnegan Henderson Farabow Garrett & Dunner<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 | Peter J. Wied<br>Alschuler Grossman Stein & Kahan LLP<br>1620 26th Street, 4th Floor, N Tower<br>Santa Monica, CA 90404-4060 |
| Robert J. Gunther<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Robert C. Weems<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA 94960 |

_____
Matthew W. King (#4566)
king@rlf.com