IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-27- SLR |
| ) | |
| DELL, INC.; GATEWAY, INC.; ACER INC.; ACER ) | JURY TRIAL DEMANDED |
| AMERICA CORPORATION; AOC INTERNATIONAL; ) | |
| ENVISION PERIPHERALS, INC.; TPV ) | |
| TECHNOLOGY, LTD., TPV INTERNATIONAL (USA), ) | |
| INC.; AU OPTRONICS CORPORATION; AU ) | |
| OPTRONICS CORPORATION AMERICA a/k/a AU ) | |
| OPTRONICS AMERICA, INC.; BENQ ) | |
| CORPORATION; BENQ AMERICA CORPORATION; ) | |
| CHUNGHWA PICTURE TUBES, LTD. a/k/a ) | |
| CHUNGHWA PICTURE TUBES COMPANY; TATUNG ) | |
| COMPANY; TATUNG COMPANY OF AMERICA, ) | |
| INC.; BOE HYDIS TECHNOLOGY COMPANY, LTD.; ) | |
| BOE HYDIS AMERICA INC.; CHI MEI ) | |
| OPTOELECTRONICS; COMPAL ELECTRONICS, ) | |
| INC.; DELTA ELECTRONICS, INC.; DELTA ) | |
| PRODUCTS CORPORATION; DELTA ELECTRONICS ) | |
| (THAILAND) PUBLIC COMPANY, LTD.; HANNSTAR ) | |
| DISPLAY CORPORATION; JEAN CO., LTD.; LITE-ON ) | |
| TECHNOLOGY CORPORATION; LITE-ON, INC. a/k/a ) | |
| LITEON TRADING USA, INC.; MAG TECHNOLOGY ) | |
| COMPANY, LTD.; MAG TECHNOLOGY USA, INC.; ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; ) | |
| PROVIEW TECHNOLOGY, INC.; PROVIEW ) | |
| ELECTRONICS COMPANY, LTD.; and ) | |
| QUANTA DISPLAY, INC. ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Roderick B. Williams and Avelyn M. Ross of Vinson & Elkins, 2801 Via Fortuna, Suite 100, Austin, TX 78746 to represent defendant Dell, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: May 4, 2005

*Attorneys for Defendant Dell, Inc.*

679930

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 2, 2005       Signed: _____
                        Roderick B. Williams
                        VINSON & ELKINS
                        2801 Via Fortuna, Suite 100
                        Austin, TX 78746-7568
                        Telephone: (512) 542-8400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Virginia and Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

    In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 2, 2005              Signed: /s/ Avelyn M. Ross
                                                     Avelyn M. Ross
                                                     VINSON & ELKINS
                                                     2801 Via Fortuna, Suite 100
                                                     Austin, TX 78746-7568
                                                     Telephone: (512) 542-8400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 4, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Robert W. Whetzel
Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Gerald M. O'Rourke
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on May 4, 2005, I have Federal Expressed the documents to the following non-registered participants:

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Teresa M. Corbin
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 9410534

| | |
|---|---|
| Peter J. Wied | Robert C. Weems |
| Alschuler Grossman Stein & Kahan LLP | Baum & Weems |
| 1620 26gh Street, 4th Floor, N Tower | 58 Katrina Lane |
| Santa Monica, CA 90404-4060 | San Anselmo, CA 94960 |

By: /s/ *[signature]*

Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

679634

2