IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**DELL, INC.; GATEWAY, INC.;** )<br>**HEWLETT-PACKARD COMPANY; ACER INC.;** )<br>**ACER AMERICA CORPORATION; AOC INTERNATIONAL;** )<br>**ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.;** )<br>**TPV INTERNATIONAL (USA), INC.;** )<br>**AU OPTRONICS CORPORATION;** )<br>**AU OPTRONICS CORPORATION AMERICA a/k/a** )<br>**AU OPTRONICS AMERICA, INC.;** )<br>**BENQ CORPORATION; BENQ AMERICA CORPORATION;** )<br>**CHUNGHWA PICTURE TUBES, LTD. a/k/a** )<br>**CHUNGHWA PICTURE TUBES COMPANY;** )<br>**TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.;** )<br>**BOE HYDIS TECHNOLOGY COMPANY, LTD.;** )<br>**BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS;** )<br>**COMPAL ELECTRONICS, INC.;** )<br>**HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.;** )<br>**LITE-ON TECHNOLOGY CORPORATION:** )<br>**LITE-ON, INC. a/k/a LITEON TRADING USA, INC.;** )<br>**MAG TECHNOLOGY COMPANY, LTD.;** )<br>**MAG TECHNOLOGY USA, INC.;** )<br>**PROVIEW INTERNATIONAL HOLDINGS, LTD.;** )<br>**PROVIEW TECHNOLOGY, INC.;** )<br>**PROVIEW ELECTRONICS COMPANY, LTD.; and** )<br>**QUANTA DISPLAY, INC.** )<br>)<br>**Defendants.** ) | **Case No.: 05-27-SLR**<br><br>**Jury Trial Demanded** |

**STIPULATED ORDER**

WHEREAS, defendant BOE HYDIS TECHNOLOGY Co. Ltd. is a Korean corporation;

WHEREAS, defendant BOE HYDIS America Inc. is a California corporation;

WHEREAS, BOE HYDIS TECHNOLOGY Co. Ltd., BOE HYDIS America Inc., and Guardian Industries Corp. have negotiated an agreement regarding service and response deadlines,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. BOE HYDIS TECHNOLOGY Co. Ltd., in accordance with Federal Rules of Civil Procedure 4(d), waives service of process under the Hague Convention.

2. BOE HYDIS TECHNOLOGY Co. Ltd. and BOE HYDIS America Inc. waive any challenge to service, but will retain all other defenses and objections to the lawsuit or to the jurisdiction or venue of the court.

3. BOE HYDIS TECHNOLOGY Co. Ltd. and BOE HYDIS America Inc. shall answer or otherwise respond to the First Amended Complaint on or before July 18, 2005.


*/s/ Richard K. Herrmann* 

Richard K. Herrmann (I.D. # 405)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric Hayes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
312.861.2000

*Counsel for Guardian Industries Corp.*

*/s/ Steven J. Balick*

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Counsel for Defendants BOE HYDIS TECHNOLOGY Co. Ltd. and BOE HYDIS America Inc.*


        SO ORDERED this _____ day of _____, 2005.


                                                    _____
                                                    Chief Judge Sue L. Robinson

156860.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2005, the attached **STIPULATED ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | ECF FILE AND SERVE |
| Gerard M. O'Rourke, Esquire<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | ECF FILE AND SERVE |
| Robert W. Whetzel, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | ECF FILE AND SERVE |
| Jeffrey S. Goddess, Esquire<br>Rosenthal Monhait Gross & Goddess<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE  19899-1070 | ECF FILE AND SERVE |
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-6600 | ECF FILE AND SERVE |

*/s/ Steven J. Balick*

Steven J. Balick

156867.1