IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> DELL, INC., ET AL. <br><br> Defendants. | C.A. 05-27-SLR |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Fish & Richardson P.C. substitutes its appearance for the law firm of Potter Anderson & Corroon LLP as counsel for Defendant Hewlett-Packard Company.

| POTTER ANDERSON & CORROON LLP | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> 1313 N. Market Street, Suite 600 <br> Wilmington, DE 19801 <br> (302) 984-6027 <br> rhorwitz@potteranderson.com | */s/ William J. Marsden,Jr.* <br> William J. Marsden, Jr. (#2247) <br> Sean P. Hayes (#4413) <br> 919 North Market Street, Suite 1100 <br> Wilmington, DE 19801 <br> (302) 778-8401 <br> marsden@fr.com |
| Attorneys for Defendants <br> Dell, Inc.; Gateway Inc.; Acer Inc.; Acer America Corporation; Compal Electronics, Inc.; Lite-on Technology Corporation; Lite-On Inc.; Proview International Holdings Ltd; Proview Technology Inc. Mag Technology Company Ltd., MAG Technology USA, Inc. | *Attorneys for Defendant* <br> *Hewlett Packard Company* |

**SO ORDERED** this _____ day of _____, 2005.

_____
Sue L. Robinson, J.

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2005, I electronically filed the Notice of Substitution of Counsel with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

Gerard M. O'Rourke
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE  19801

Josy Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th
Wilmington, DE  19801

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Steven Balick, Esq.
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

I hereby certify that on May 16, 2005, the foregoing document was mailed to the following non-registered participants:

Teresa M. Corbin, Esq.
Howrey LLP
525 Market Street, Suite 2600
San Francisco, CA  94105
corbint@howrey.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
York.faulkner@finnegan.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-6568
rickwilliams@velaw.com
aross@velaw.com

Peter J. Weild, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, 4th Floor, N Tower
Santa Monica, CA  90404-4060
pwied@agsk.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
Robert.gunther@lw.com
Kurt.rogers@lw.com

E. Robert Yoches, Esq.
Finnegan Henderson Farabow Garrett
  & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001
Bob.yoches@finnegan.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
bhales@kirkland.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960
reweems@comcast.net

Jeffrey A. Snyder, Esq.
Thoits, Love, Hershberger & McLean
245 Lytton Avenue, Suite 300
Palo Alto, CA  94301
jsnyder@thoits.com

  */s/ William J. Marsden, Jr.*
William J. Marsden, Jr.
marsden@fr.com