IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DELL, INC; GATEWAY, INC.; ) | |
| HEWLETT-PACKARD COMPANY; ACER INC.; ) | |
| ACER AMERICA CORPORATION; ) | |
| AOC INTERNATIONAL; ) | |
| ENVISION PERIPHERALS, INC,; ) | |
| TPV TECHNOLOGY, LTD.; ) | |
| TPV INTERNATIONAL (USA), INC.; ) | C.A. No.: 05-27-SLR |
| AU OPTRONICS CORPORATION; ) | |
| AU OPTRONICS CORPORATION AMERICA ) | **JURY TRIAL DEMANDED** |
|   a/k/a AU OPTRONICS AMERICA, INC.; ) | |
| BENQ CORPORATION; ) | |
| BENQ AMERICA CORPORATION; ) | |
| CHUNGHWA PICTURE TUBES, LTD. a/k/a ) | |
|   CHUNGHWA PICTURE TUBES COMPANY; ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| BOE HYDIS TECHNOLOGY COMPANY, LTD; ) | |
| BOE HYDIS AMERICA INC.; ) | |
| CHI MEI OPTOELECTRONICS; ) | |
| COMPAL ELECTRONICS, INC.; ) | |
| DELTA ELECTRONICS, INC.; ) | |
| DELTA PRODUCTS CORPORATION; ) | |
| DELTA ELECTRONICS (THAILAND) ) | |
| PUBLIC COMPANY, LTD.; ) | |
| HANNSTAR DISPLAY CORPORATION; ) | |
| JEAN CO., LTD.; LITE-ON TECHNOLOGY ) | |
| CORPORATION; LITE-ON, INC. ) | |
|   a/k/a LITEON TRADING USA, INC.; ) | |
| MAG TECHNOLOGY COMPANY, LTD.; ) | |
| MAG TECHNOLOGY, INC.; ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; ) | |
| PROVIEW TECHNOLOGY, INC.; ) | |
| PROVIEW ELECTRONICS COMPANY, LTD; and ) | |
| QUANTA DISPLAY, INC. ) | |
|         Defendants. ) | |

**DEFENDANT ACER AMERICA CORP.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Acer America Corp., in the above captioned action, by and through its attorneys discloses pursuant to Fed. R. Civ. P. 7.1 that it is a corporation duly incorporated under the provisions of the State of California and that Acer Inc. is the parent corporation of Acer America Corp. and owns 100% of the shares of Acer America Corp. Acer Inc. is a Taiwanese publicly held company.

OF COUNSEL:

Eric Wesenberg
Kai Tseng
Rowena Young
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400 (Phone)
(650) 614-7401 (Facsimile)
ewesenberg@orrick.com
ktseng@orrick.com
ryoung@orrick.com

Dated:  May 16, 2005

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Defendant
ACER AMERICA CORPORATION

682358

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 16, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Robert W. Whetzel
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Gerald M. O'Rourke
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

I hereby certify that on May 16, 2005, I have Federal Expressed the documents to the following non-registered participants:

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

Peter J. Wied
Alschuler Grossman Stein & Kahan LLP
1620 26gh Street, 4th Floor, N Tower
Santa Monica, CA  90404-4060

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568

Kai Tseng
Eric L. Wesenberg
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

Jeffrey K. Sherwood
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Teresa M. Corbin
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA  9410534

Robert C. Weems
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960

Kurt M. Rogers
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834

E. Robert Yoches
Laura P. Masurovsky
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

679634

2