IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL INC.; )<br>GATEWAY, INC.; )<br>ACER INC.; )<br>ACER AMERICA CORPORATION; )<br>AOC INTERNATIONAL; )<br>AOC INTERNATIONAL (USA) LTD.; )<br>AU OPTRONICS CORPORATION; )<br>AU OPTRONICS CORPORATION AMERICA a/k/a )<br>AU OPTRONICS AMERICA, INC.; )<br>BENQ CORPORATION; )<br>BENQ AMERICA CORPORATION; )<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a )<br>CHUNGHWA PICTURE TUBES COMPANY; )<br>TATUNG COMPANY; )<br>TATUNG COMPANY OF AMERICA, INC.; )<br>COMPAL ELECTRONICS, INC.; )<br>DELTA ELECTRONICS, INC.; )<br>DELTA PRODUCTS CORPORATION; )<br>JEAN CO., LTD.; )<br>LITE-ON TECHNOLOGY CORPORATION; )<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; )<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.; )<br>PROVIEW TECHNOLOGY, INC.; and )<br>QUANTA DISPLAY, INC., )<br>)<br>Defendants. ) | Case No.: 05-27 SLR |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF WALLACE WU**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Wallace Wu of Howery LLP to represent Chunghwa Picture Tubes, Ltd., Jean Company, Ltd., Tatung Company, and Tatung Company of America, Inc. in this matter.

                                                  Robert W Whetzel (#2288)
                                                  whetzel@rlf.com
                                                  Matthew W. King (#4566)
                                                  king@rlf.com
                                                  Richards, Layton & Finger, P.A.
                                                  One Rodney Square
                                                  Wilmington, DE  19801
                                                  (302)651-7700
                                                  Attorneys for Defendant/Counterclaimant
                                                  *Chunghwa Picture Tubes, Ltd. a/k/a*
                                                  *Chunghwa Picture Tubes Company; Tatung*
                                                  *Company; Tatung Company of America,*
                                                  *Inc., and Jean Co., Ltd.*

Dated: May 17, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of May, 2005.

                                                  _____
                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____

Date: 5-16-2005

Wallace Wu
Howrey LLP
550 S. Hope Street, Suite 1100
Los Angeles, California 90071
Tel: (213) 892-1800
Fax: (213) 892-2300

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2005 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Attorneys for Plaintiff Guardian Industries Corporation

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Attorneys for Defendant/Counterclaimant Dell, Inc.

Kevin M. Baird, Esquire
Young, Conway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Gerard M. O'Rourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on May 17, 2005 the foregoing documents were sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Attorneys for Plaintiff Guardian Industries Corporation

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Attorneys for Defendant/Counterclaimant Dell, Inc.

York M. Faulkner
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive

Peter J. Wied
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, 4th Floor, N Tower
Santa Monica, CA 90404-4060

RLF1-2868500-1

-2-

Reston, VA 20190-5675
Robert J. Gunther
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022

Robert C. Weems
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

/s/ Matthew W. King
Matthew W. King (#4566)
king@rlf.com