IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP.,<br><br>              Plaintiff,<br>   v.<br><br>DELL, INC.; GATEWAY, INC.;<br>HEWLETT-PACKARD COMPANY; ACER INC.;<br>ACER AMERICA CORPORATION; AOC INTERNATIONAL;<br>ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.;<br>TPV INTERNATIONAL (USA), INC.;<br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION AMERICA a/k/a<br>AU OPTRONICS AMERICA, INC.;<br>BENQ CORPORATION; BENQ AMERICA CORPORATION;<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a<br>CHUNGHWA PICTURE TUBES COMPANY;<br>TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.;<br>BOE HYDIS TECHNOLOGY COMPANY, LTD.;<br>BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS;<br>COMPAL ELECTRONICS, INC.; DELTA ELECTRONICS, INC.;<br>DELTA PRODUCTS CORPORATION;<br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY, LTD.;<br>HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.;<br>LITE-ON TECHNOLOGY CORPORATION:<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.;<br>MAG TECHNOLOGY COMPANY, LTD.;<br>MAG TECHNOLOGY USA, INC.;<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.;<br>PROVIEW TECHNOLOGY, INC.;<br>PROVIEW ELECTRONICS COMPANY, LTD.; and<br>QUANTA DISPLAY, INC.<br><br>              Defendants. | Case No.: 05-27-SLR<br><br>Jury Trial Demanded |

**STIPULATED ORDER**

WHEREAS, defendant TPV International (USA), Inc. is a California corporation;

WHEREAS, TPV International (USA), Inc. and Guardian Industries Corp. have negotiated an agreement regarding service and response deadlines,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. TPV International (USA), Inc. waives any challenges to service of process or to this Court's personal jurisdiction over it.

2. TPV International (USA), Inc. shall answer or otherwise respond to the First Amended Complaint on or before July 1, 2005.

3. This stipulation is without prejudice to either party requesting a further extension of time to answer or otherwise respond.

| | |
|---|---|
| /s/ Jeffrey A. Snyder  5-16-05<br>Jeffrey A. Snyder<br>Serena Patitucci Torvik<br>THOITS, LOVE, HERSHBERGER &<br>   MCLEAN<br>245 Lytton Avenue, Suite 300<br>Palo Alto, California 94301<br>650.327.4200<br><br>*Counsel for Envision Peripherals, Inc.* | /s/ Richard K. Herrmann<br>Richard K. Herrmann (I.D. No. 405)<br>Mary B. Matterer (I.D. No. 2696)<br>MORRIS JAMES HITCHENS & WILLIAMS<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19801<br>302.888.6800<br><br>Bryan S. Hales<br>Craig D. Leavell<br>Meredith Zinanni<br>Eric D. Hayes<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>312.861.2000<br><br>*Counsel for Guardian Industries Corp.* |

SO ORDERED this _____ day of _____, 2005.

_____
Judge Sue L. Robinson