IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br><br> Plaintiff, <br> v. <br><br> DELL, INC.; GATEWAY, INC.; <br> HEWLETT-PACKARD COMPANY; ACER INC.; <br> ACER AMERICA CORPORATION; AOC INTERNATIONAL; <br> ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; <br> TPV INTERNATIONAL (USA), INC.; <br> AU OPTRONICS CORPORATION; <br> AU OPTRONICS CORPORATION AMERICA a/k/a <br> AU OPTRONICS AMERICA, INC.; <br> BENQ CORPORATION; BENQ AMERICA CORPORATION; <br> CHUNGHWA PICTURE TUBES, LTD. a/k/a <br> CHUNGHWA PICTURE TUBES COMPANY; <br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; <br> BOE HYDIS TECHNOLOGY COMPANY, LTD.; <br> BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; <br> COMPAL ELECTRONICS, INC.; <br> HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; <br> LITE-ON TECHNOLOGY CORPORATION: <br> LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; <br> MAG TECHNOLOGY COMPANY, LTD.; <br> MAG TECHNOLOGY USA, INC.; <br> PROVIEW INTERNATIONAL HOLDINGS, LTD.; <br> PROVIEW TECHNOLOGY, INC.; <br> PROVIEW ELECTRONICS COMPANY, LTD.; and <br> QUANTA DISPLAY, INC. <br><br> Defendants. | Case No.: 05-27-SLR <br><br> Jury Trial Demanded |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Kevin M. O'Brien, John G. Flaim, and Jennifer Ancona Semko to represent BOE HYDIS TECHNOLOGY Co. Ltd. and BOE HYDIS America Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $75.00 is included to cover the annual fee for the attorneys listed above.

ASHBY & GEDDES

/s/ Steven J. Balick

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Counsel for Defendants BOE HYDIS TECHNOLOGY Co. Ltd. and BOE HYDIS America Inc.*

Dated: May 20, 2005
157342.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05-27-SLR |
| v. | ) | |
| | ) | Jury Trial Demanded |
| DELL, INC.; GATEWAY, INC.; HEWLETT-PACKARD COMPANY; ACER INC.; ACER AMERICA CORPORATION; AOC INTERNATIONAL; ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; TPV INTERNATIONAL (USA), INC.; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA a/k/a AU OPTRONICS AMERICA, INC.; BENQ CORPORATION; BENQ AMERICA CORPORATION; CHUNGHWA PICTURE TUBES, LTD. a/k/a CHUNGHWA PICTURE TUBES COMPANY; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; BOE HYDIS TECHNOLOGY COMPANY, LTD.; BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; COMPAL ELECTRONICS, INC.; HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; LITE-ON TECHNOLOGY CORPORATION: LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; MAG TECHNOLOGY COMPANY, LTD.; MAG TECHNOLOGY USA, INC.; PROVIEW INTERNATIONAL HOLDINGS, LTD.; PROVIEW TECHNOLOGY, INC.; PROVIEW ELECTRONICS COMPANY, LTD.; and QUANTA DISPLAY, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2005, the Court having considered the motion for the admission *pro hac vice* of Kevin M. O'Brien, John G. Flaim, and Jennifer Ancona Semko to represent BOE HYDIS TECHNOLOGY Co. Ltd. and BOE HYDIS America Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
Chief Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GUARDIAN INDUSTRIES CORP.,          *
                                    *   Civil Action No. 05-27
           Plaintiff,               *
                                    *
v.                                  *
                                    *
DELL, INC., et al.,                 *
                                    *
                                    *
           Defendants.              *
_____ *

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and Illinois and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Kevin M. O'Brien
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
(202) 452-7032
(202) 452-7074 (fax)

Dated: May 12, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GUARDIAN INDUSTRIES CORP.,         *
                                   *       Civil Action No. 05-27
            Plaintiff,             *
                                   *
v.                                 *
                                   *
DELL, INC., et al.,                *
                                   *
                                   *
            Defendants.            *
_____*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Texas and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
John G. Flaim
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
(214) 978-3097
(214) 978-3099 (fax)

Dated: May 17, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GUARDIAN INDUSTRIES CORP.,** | * | |
| | * | Civil Action No. 05-27 |
| Plaintiff, | * | |
| v. | * | |
| **DELL, INC., et al.,** | * | |
| | * | |
| Defendants. | * | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia, Maryland, and Louisiana and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _/s/ Jennifer Ancona Semko_
Jennifer Ancona Semko
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
(202) 835-4250
(202) 452-7074 (fax)

Dated: May 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2005, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | HAND DELIVERY |
| Bryan S. Hales, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | VIA ELECTRONIC MAIL |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | HAND DELIVERY |
| Roderick B. Williams, Esquire<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568 | VIA ELECTRONIC MAIL |
| Robert J. Gunther, Jr., Esquire<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 | VIA ELECTRONIC MAIL |
| Eric Wesenberg, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | VIA ELECTRONIC MAIL |
| Robert E. Yoches, Esquire<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| York M. Faulkner, Esquire<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>11955 Freedom Drive<br>Reston, VA  20190 | <u>VIA ELECTRONIC MAIL</u> |
| John R. Alison, Esquire<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>12D, 167 DunHua North Road<br>Taipei 105, Taiwan, ROC | <u>VIA ELECTRONIC MAIL</u> |
| Yitai Hu, Esquire<br>Akin Gump Strauss Hauer & Feld, LLP<br>580 California Street, Suite 1500<br>San Francisco, CA  94104-1036 | <u>VIA ELECTRONIC MAIL</u> |
| Jeffrey K. Sherwood, Esquire<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC  20036 | <u>VIA ELECTRONIC MAIL</u> |
| Kevin R. Hamel, Esquire<br>Akin Gump Strauss Hauer & Feld, LLP<br>One Commerce Square<br>2005 Market Street, Suite 2200<br>Philadelphia, PA  19103 | <u>VIA ELECTRONIC MAIL</u> |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| Michael J. McKeon, Esquire<br>Fish & Richardson P.C.<br>1425 K Street, N.W., 11th Floor<br>Washington, DC  20005-2500 | <u>VIA ELECTRONIC MAIL</u> |
| Gerard M. O'Rourke, Esquire<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | <u>HAND DELIVERY</u> |

| | |
|---|---|
| Robert W. Whetzel, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | HAND DELIVERY |
| Daniel T. Shvodian, Esquire<br>Howrey LLP<br>301 Ravenswood Avenue<br>Menlo Park, CA 94025-3434 | VIA ELECTRONIC MAIL |
| David L. Bilsker, Esquire<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105 | VIA ELECTRONIC MAIL |
| Wallace Wu, Esquire<br>Howrey LLP<br>550 South Hope Street, Suite 1100<br>Los Angeles, CA 90071 | VIA ELECTRONIC MAIL |
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-6600 | HAND DELIVERY |
| Peter J. Wied, Esquire<br>Alschuler Grossman Stein & Kahan LLP<br>The Water Garden<br>1620 26th Street<br>Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060 | VIA ELECTRONIC MAIL |

/s/ Steven J. Balick
_____
Steven J. Balick

156867.1