**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., )<br>)<br>    Plaintiff, )<br>  v. )<br>)<br>DELL, INC.; GATEWAY, INC.; HEWLETT-PACKARD CO.; )<br>ACER INC.; ACER AMERICA CORP.; AOC INTERNATIONAL; )<br>ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; )<br>TPV INTERNATIONAL (USA), INC.; AU OPTRONICS CORP.; )<br>AU OPTRONICS CORPORATION AMERICA )<br>a/k/a AU OPTRONICS AMERICA, INC.; BENQ CORP.; )<br>BENQ AMERICA CORP.; CHUNGHWA PICTURE TUBES, LTD. )<br>a/k/a CHUNGHWA PICTURE TUBES CO.; )<br>TATUNG CO.; TATUNG CO. OF AMERICA, INC.; )<br>BOE HYDIS TECHNOLOGY CO., LTD.; )<br>BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; )<br>COMPAL ELECTRONICS, INC.; HANNSTAR DISPLAY CORP.; )<br>JEAN CO., LTD.; LITE-ON TECHNOLOGY CORP.; )<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; )<br>MAG TECHNOLOGY CO., LTD.; )<br>MAG TECHNOLOGY USA, INC.; )<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.; )<br>PROVIEW TECHNOLOGY, INC.; )<br>PROVIEW ELECTRONICS CO., LTD.; and )<br>QUANTA DISPLAY, INC. )<br>)<br>    Defendants. )<br>_____ ) | **Case No.: 05-27-SLR**<br><br>**Jury Trial Demanded** |

**GUARDIAN'S REPLY TO LITE-ON TECHNOLOGY CORPORATION
AND LITE-ON, INC.'S COUNTERCLAIMS**

Guardian Industries Corp. ("Guardian") replies to Lite-On Technology Corporation's and Lite-On, Inc.'s (collectively, "Lite-On") counterclaims as follows:

**REPLY TO COUNTERCLAIMS**

116. Admitted.

117. Admitted.

118. Admitted.

119. Guardian admits that Lite-On's counterclaims include claims for declaratory judgment of non-infringement and invalidity and that this Court has jurisdiction over the subject matter of these particular counterclaims, but denies that the counterclaims have any merit and denies that Lite-On is entitled to any of the relief sought in their counterclaims or Prayer. Guardian denies any and all remaining averments in Paragraph 119 of Lite-On's counterclaim.

120. Admitted.

121. Guardian admits that venue is proper in this Court.

122. Guardian repeats and incorporates by reference its responses to paragraphs 116-121.

123. Guardian admits that there exists an actual controversy between Guardian and Lite-On concerning infringement of the '214, '187, '065 and '588 patents. Guardian denies any and all remaining averments in Paragraph 123 of Lite-On's counterclaims.

124. Denied.

125. Denied.

126. Guardian repeats and incorporates by reference its responses to paragraphs 116-121.

127. Denied.

128. Denied.

129. Denied.

130. Paragraph 130 of Lite-On's filing contains no allegation that necessitates any admission or denial from Guardian.

-3-

WHEREFORE Guardian respectfully submits that Lite-On's counterclaims should be dismissed, with costs assessed against Lite-On, and seeks such further relief as the Court deems appropriate.

* * * * *

Dated: May 23, 2005                    */s/ Richard K. Herrmann*
                                       Richard K. Herrmann (I.D. No. 405)
                                       MORRIS JAMES HITCHENS & WILLIAMS
                                       222 Delaware Avenue, 10th Floor
                                       Wilmington, Delaware 19801
                                       302.888.6800
                                       rherrmann@morrisjames.com

                                       Robert G. Krupka, P.C.
                                       Bryan S. Hales
                                       Craig D. Leavell
                                       Meredith Zinanni
                                       Eric D. Hayes
                                       KIRKLAND & ELLIS LLP
                                       200 East Randolph Drive
                                       Chicago, Illinois 60601
                                       (312) 861-2000

                                       *Counsel for Plaintiff Guardian Industries Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2005, I electronically filed the foregoing document, **GUARDIAN'S REPLY TO LITE-ON TECHNOLOGY CORPORATION AND LITE-ON, INC.'S COUNTERCLAIMS**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, Delaware 19899-2207

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Additionally, I hereby certify that on the 23rd day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA  94025-3434
shvodiand@howrey.com
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

Peter J. Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA  90404-4060
pwied@agsk.com

| | |
|---|---|
| Robert J. Gunther, Jr., Esq.<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022<br>robert.gunther@lw.com<br>kurt.rogers@lw.com | Robert C. Weems, Esq.<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA  94960<br>rcweems@comcast.net |
| Jeffrey A. Snyder, Esq.<br>Thoits, Love, Hershberger & McLean<br>245 Lytton Avenue, Suite 300<br>Palo Alto, CA  94301<br>jsnyder@thoits.com | E. Robert Yoches, Esq.<br>Finnegan Henderson Farabow Garrett & Dunner<br>901 New York Avenue, NW<br>Washington, DC  20001<br>bob.yoches@finnegan.com |

    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*