IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP.,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC., ET AL.,<br><br>Defendants. | C.A. 05-27-SLR |

**DEFENDANT HEWLETT-PACKARD COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. RULE 7.1(a)**

Defendant Hewlett-Packard Company ("HP"), by and through its counsel, hereby discloses that:

1. HP is a party with a financial interest in the outcome of this action.

2. HP has no parent corporation.

3. No publicly held company owns 10% or more of HP's stock.

Dated: May 26, 2005

FISH & RICHARDSON P.C.

By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
Sean P. Hayes (#4413)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
(302) 778-8401

Attorneys for Defendant
Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2005, I electronically filed Defendant Hewlett-Packard Company's Disclosure Statement Pursuant to Fed. R. Civ. P. Rule 7.1(a) with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

Robert W. Whetzel, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801

Josy Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th
Wilmington, DE 19801

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Steven Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

I hereby certify that on May 26, 2005, the foregoing document was mailed to the following non-registered participants:

Teresa M. Corbin, Esq.
Howrey LLP
525 Market Street, Suite 2600
San Francisco, CA 94105
corbint@howrey.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow
  Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
York.faulkner@finnegan.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-6568
rickwilliams@velaw.com
aross@velaw.com

Peter J. Weild, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, 4th Floor, N Tower
Santa Monica, CA 90404-4060
pwied@agsk.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
Robert.gunther@lw.com
Kurt.rogers@lw.com

E. Robert Yoches, Esq.
Finnegan Henderson Farabow
  Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001
Bob.yoches@finnegan.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
bhales@kirkland.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960
reweems@comcast.net

Jeffrey A. Snyder, Esq.
Thoits, Love, Hershberger & McLean
245 Lytton Avenue, Suite 300
Palo Alto, CA 94301
jsnyder@thoits.com

/s/ Sean P. Hayes
Sean P. Hayes
hayes@fr.com