# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORP., | ) | |
|                  Plaintiff, | ) | |
| | ) | |
|      v. | ) | |
| | ) | |
| DELL, INC; GATEWAY, INC.; | ) | |
| HEWLETT-PACKARD COMPANY; ACER INC.; | ) | |
| ACER AMERICA CORPORATION; | ) | |
| AOC INTERNATIONAL; | ) | |
| ENVISION PERIPHERALS, INC,; | ) | |
| TPV TECHNOLOGY, LTD.; | ) | |
| TPV INTERNATIONAL (USA), INC.; | ) | C.A. No. 05-27-SLR |
| AU OPTRONICS CORPORATION; | ) | |
| AU OPTRONICS CORPORATION AMERICA | ) | **JURY TRIAL DEMANDED** |
|   a/k/a AU OPTRONICS AMERICA, INC.; | ) | |
| BENQ CORPORATION; | ) | |
| BENQ AMERICA CORPORATION; | ) | |
| CHUNGHWA PICTURE TUBES, LTD. a/k/a | ) | |
|   CHUNGHWA PICTURE TUBES COMPANY; | ) | |
| TATUNG COMPANY; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; | ) | |
| BOE HYDIS TECHNOLOGY COMPANY, LTD; | ) | |
| BOE HYDIS AMERICA INC.; | ) | |
| CHI MEI OPTOELECTRONICS; | ) | |
| COMPAL ELECTRONICS, INC.; | ) | |
| DELTA ELECTRONICS, INC.; | ) | |
| DELTA PRODUCTS CORPORATION; | ) | |
| DELTA ELECTRONICS (THAILAND) | ) | |
| PUBLIC COMPANY, LTD.; | ) | |
| HANNSTAR DISPLAY CORPORATION; | ) | |
| JEAN CO., LTD.; LITE-ON TECHNOLOGY | ) | |
| CORPORATION; LITE-ON, INC. | ) | |
|   a/k/a LITEON TRADING USA, INC.; | ) | |
| MAG TECHNOLOGY COMPANY, LTD.; | ) | |
| MAG TECHNOLOGY USA, INC.; | ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; | ) | |
| PROVIEW TECHNOLOGY, INC.; | ) | |
| PROVIEW ELECTRONICS COMPANY, LTD; and | ) | |
| QUANTA DISPLAY, INC. | ) | |
|                  Defendants. | ) | |

**ORDER**

The Court, having heard *Dell Inc.'s Motion to Stay Pending Resolution of the Cases Against LCD Product Manufacturers*, the response by Plaintiff Guardian Industries Corporation, and having heard the arguments of counsel, if any, finds that the relief sought by Defendant Dell Inc. should be GRANTED.

ORDERED that Dell Inc.'s Motion is GRANTED and all claims against Dell pertaining to any alleged infringement of the patents-in-suit is hereby stayed pending resolution of Plaintiff's case against LCD product manufacturers.

SO ORDERED this ____ day of _____, 2005.

_____
SUE L. ROBINSON
UNITED STATES DISTRICT COURT JUDGE