IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DELL, INC; GATEWAY, INC.; | ) |
| HEWLETT-PACKARD COMPANY; ACER INC.; | ) |
| ACER AMERICA CORPORATION; | ) |
| AOC INTERNATIONAL; | ) |
| ENVISION PERIPHERALS, INC.; | ) |
| TPV TECHNOLOGY, LTD.; | ) |
| TPV INTERNATIONAL (USA), INC.; | )   C.A. No. 05-27-SLR |
| AU OPTRONICS CORPORATION; | ) |
| AU OPTRONICS CORPORATION AMERICA | )   **JURY TRIAL DEMANDED** |
|   a/k/a AU OPTRONICS AMERICA, INC.; | ) |
| BENQ CORPORATION; | ) |
| BENQ AMERICA CORPORATION; | ) |
| CHUNGHWA PICTURE TUBES, LTD. a/k/a | ) |
|   CHUNGHWA PICTURE TUBES COMPANY; | ) |
| TATUNG COMPANY; | ) |
| TATUNG COMPANY OF AMERICA, INC.; | ) |
| BOE HYDIS TECHNOLOGY COMPANY, LTD; | ) |
| BOE HYDIS AMERICA INC.; | ) |
| CHI MEI OPTOELECTRONICS; | ) |
| COMPAL ELECTRONICS, INC.; | ) |
| DELTA ELECTRONICS, INC.; | ) |
| DELTA PRODUCTS CORPORATION; | ) |
| DELTA ELECTRONICS (THAILAND) | ) |
| PUBLIC COMPANY, LTD.; | ) |
| HANNSTAR DISPLAY CORPORATION; | ) |
| JEAN CO., LTD.; LITE-ON TECHNOLOGY | ) |
| CORPORATION; LITE-ON, INC. | ) |
|   a/k/a LITEON TRADING USA, INC.; | ) |
| MAG TECHNOLOGY COMPANY, LTD.; | ) |
| MAG TECHNOLOGY USA , INC.; | ) |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; | ) |
| PROVIEW TECHNOLOGY, INC.; | ) |
| PROVIEW ELECTRONICS COMPANY, LTD; and | ) |
| QUANTA DISPLAY, INC. | ) |
|     Defendants. | ) |

**<u>GATEWAY, INC.'S MOTION TO STAY</u>**

Customer defendant Gateway, Inc. ("Gateway") respectfully moves this Court to enter an Order staying the above-captioned action against Gateway pending the final resolution of Plaintiff Guardian Industries Corporation's ("Guardian") claims against the liquid crystal display ("LCD") product manufacturers in this action. The four patents asserted by plaintiff Guardian are directed to specific components of LCDs. In this case, Guardian has sued companies that manufacture LCDs or products containing LCDs and customers of the LCD manufacturers. The LCD manufacturers, not LCD customers like Gateway, are the real parties in interest in this case. The LCD manufacturers are the parties with detailed knowledge of the design, structure and manufacture of the allegedly infringing LCDs, and the parties with the information, documentation and knowledge to defend against Guardian's claims. Based on indemnification obligations, they also are responsible to their customers for any potential patent infringement liability. In an attempt to simplify this case, Gateway now moves to stay this case against it, thereby allowing the LCD manufacturers to logically take the lead. Further, staying this case against Gateway and the customer defendants pending resolution of Guardian's claims against the LCD manufacturers would further the interests of justice and litigant efficiency and economy by significantly streamlining and simplifying the issues, discovery and trial in this complex, multi-party case. *See Honeywell Int'l Inc. v. Audiovox Communications Corp.*, C. A. No. 04-1337-KAJ, slip op. at 6-7 (D. Del. May 18, 2005) (Ex. A hereto); *Commissariat A L'Energie Atomique v. Dell Computer Corp.*, C. A. No. 03-484-KAJ, 2004 WL 1554382, at *3 (D. Del. May 13, 2004) (Ex. B hereto).

The grounds for this Motion are fully set forth in the accompanying Memorandum in Support of Gateway, Inc.'s Motion to Stay. A Proposed Order granting Gateway's Motion is submitted herewith (Ex. C hereto).

**Rule 7.1.1 Certification.** Counsel for Defendant Gateway, Inc. have consulted with counsel for Plaintiff Guardian Industries Corporation pursuant to District of Delaware Local Rule 7.1.1 and have been advised that Plaintiff will not consent to the relief sought by the Motion.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore

OF COUNSEL:

Robert J. Gunther, Jr.
Kurt M. Rogers
LATHAM & WATKINS LLP
885 Third Avenue
New York, N.Y. 10022
Tel.: (212) 906-1200

Dated: June 8, 2005

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel.: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Gateway, Inc.*

685573

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 8, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Robert W. Whetzel
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Gerald M. O'Rourke
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

I hereby certify that on June 8, 2005, I have Federal Expressed the documents to the following non-registered participants:

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Peter J. Wied
Alschuler Grossman Stein & Kahan LLP
1620 26gh Street, 4th Floor, N Tower
Santa Monica, CA 90404-4060

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

Jeffrey K. Sherwood
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Teresa M. Corbin
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 9410534

Robert C. Weems
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

Kurt M. Rogers
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834

E. Robert Yoches
Laura P. Masurovsky
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

679634

2