# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br>            Plaintiff, <br> <br> v. <br> <br> DELL, INC; GATEWAY, INC.; <br> HEWLETT-PACKARD COMPANY; ACER INC.; <br> ACER AMERICA CORPORATION; <br> AOC INTERNATIONAL; <br> ENVISION PERIPHERALS, INC,; <br> TPV TECHNOLOGY, LTD.; <br> TPV INTERNATIONAL (USA), INC.; <br> AU OPTRONICS CORPORATION; <br> AU OPTRONICS CORPORATION AMERICA <br>   a/k/a AU OPTRONICS AMERICA, INC.; <br> BENQ CORPORATION; <br> BENQ AMERICA CORPORATION; <br> CHUNGHWA PICTURE TUBES, LTD. a/k/a <br>   CHUNGHWA PICTURE TUBES COMPANY; <br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> BOE HYDIS TECHNOLOGY COMPANY, LTD; <br> BOE HYDIS AMERICA INC.; <br> CHI MEI OPTOELECTRONICS; <br> COMPAL ELECTRONICS, INC.; <br> DELTA ELECTRONICS, INC.; <br> DELTA PRODUCTS CORPORATION; <br> DELTA ELECTRONICS (THAILAND) <br> PUBLIC COMPANY, LTD.; <br> HANNSTAR DISPLAY CORPORATION; <br> JEAN CO., LTD.; LITE-ON TECHNOLOGY <br> CORPORATION; LITE-ON, INC. <br>   a/k/a LITEON TRADING USA, INC.; <br> MAG TECHNOLOGY COMPANY, LTD.; <br> MAG TECHNOLOGY USA , INC.; <br> PROVIEW INTERNATIONAL HOLDINGS, LTD.; <br> PROVIEW TECHNOLOGY, INC.; <br> PROVIEW ELECTRONICS COMPANY, LTD; and <br> QUANTA DISPLAY, INC. <br>            Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-27-SLR <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>ORDER</u>**

The Court, having heard *Gateway Inc.'s Motion to Stay*, the response by Plaintiff Guardian Industries Corporation, and having heard the arguments of counsel, if any, finds that the relief sought by Defendant Gateway, Inc. should be GRANTED; and

It is hereby ORDERED that Gateway, Inc.'s Motion is GRANTED and all claims against Gateway pertaining to any alleged infringement of the patents-in-suit is hereby stayed pending resolution of Plaintiff's case against the LCD product manufacturers.

SO ORDERED this ____ day of _____, 2005.

_____
SUE L. ROBINSON
UNITED STATES DISTRICT COURT JUDGE