IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action. No. 05-27-SLR |
| DELL, INC. et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**LITE-ON'S MOTION TO STAY PENDING RESOLUTION OF THE
CASES AGAINST LCD MODULE MANUFACTURERS**

Defendants Lite-On Technology Corporation and Lite-On, Inc. ("Lite-On") respectfully move this Court to enter an Order staying the above-captioned action against Lite-On pending the final resolution of Plaintiff Guardian Industries Corporation's ("Guardian") claims against the liquid crystal display ("LCD") product manufacturers in this action. The four patents asserted by plaintiff Guardian are directed to specific components of LCDs. In addition to suing the companies that manufacture LCDs or their components, Guardian has also sued customers of those and other LCD manufacturers. Lite-On is an LCD customer. It purchases LCD panels, modules and other LCD related components from LCD manufacturers and then assembles them into monitors as an original equipment manufacturer (OEM) and/or original design manufacturer (ODM) for third parties, such as Dell, Inc. Lite-On is therefore a customer of the LCD manufacturers with limited knowledge and information about the design and manufacture of the LCD products that it purchases.

The LCD manufacturers, not LCD customers like Lite-On, are the real parties in interest in this case. The LCD manufacturers are the parties with detailed knowledge of the design, structure and manufacture of the allegedly infringing LCDs, and the parties with the information and documentation to defend against Guardian's claims. The manufacturers who supply Lite-On are set forth in the attached Declaration of Edward Chen (Exhibit A hereto). In an attempt to simplify this case, Lite-On now moves to stay the action, thereby allowing the LCD manufacturers to logically take the lead. Further, staying this case against Lite-On and the other customer defendants pending resolution of Guardian's claims against the LCD manufacturers would further the interests of justice and litigation efficiency and economy by significantly streamlining and simplifying the issues, discovery, and trial in this complex, multi-party case. *See Honeywell Int'l Inc. v. Audiovox Communications Corp*, C.A. No. 04-1337-KAJ, slip op. at 6-7 (D. Del. May 18, 2005) (Exhibit B hereto); *Commissariat A L'Energie Atomique v. Dell Computer Corp.*, C.A. No. 03-484-KAJ, 2004 WL 1554382, at *3 (D. Del. May 13, 2005) (Exhibit C hereto).

Lite-On joins in and incorporates by reference the points and authorities set forth in the briefs in support of the motions to stay filed by Dell, Inc. on June 3, 2005 and Gateway, Inc. on June 8, 2005, and the Declaration of Edward Chen, June 10, 2005 (Exhibit A hereto), as grounds for this Motion. A proposed Order granting Lite-On's motion is submitted herewith as Exhibit D.

**Rule 7.1.1 Certification.** Counsel for Lite-On have consulted with counsel for Plaintiff Guardian Industries Corporation pursuant to Delaware Local Rule 7.1.1 and have been advised that Plaintiff will not consent to the relief sought by this Motion.

OF COUNSEL:

Robert E. Yoches
Laura P. Masurovsky
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: (202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, VA 20190
Tel.: (571) 203-2700

John R. Alison
Ya-Chiao Chang
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, L.L.P.
12D, 167 DunHua North Road
Taipei 105, Taiwan, ROC
Tel.: (886)-2-2712-7001

DATED: June 10, 2005
686108

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel.: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Lite-On Technology Corporation and*
*Lite-On, Inc.*

3

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 10, 2005, true and correct copies of the within document were caused to be served on the attorney of record at the following addresses as indicated:

<u>VIA HAND DELIVERY</u>

Richard K. Herrmann
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Robert W. Whetzel
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Gerald M. O'Rourke
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

**VIA FEDERAL EXPRESS**

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Peter J. Wied
Alschuler Grossman Stein & Kahan LLP
1620 26gh Street, 4th Floor, N Tower
Santa Monica, CA 90404-4060

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

Jeffrey K. Sherwood
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Teresa M. Corbin
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 9410534

Robert C. Weems
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

Kurt M. Rogers
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834

E. Robert Yoches
Laura P. Masurovsky
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001

_____
David E. Moore

670190