IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DELL, INC.; GATEWAY, INC.; )<br>HEWLETT-PACKARD COMPANY; ACER INC.; )<br>ACER AMERICA CORPORATION; AOC INTERNATIONAL; )<br>ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; )<br>TPV INTERNATIONAL (USA), INC.; )<br>AU OPTRONICS CORPORATION; )<br>AU OPTRONICS CORPORATION AMERICA a/k/a )<br>AU OPTRONICS AMERICA, INC.; )<br>BENQ CORPORATION; BENQ AMERICA CORPORATION; )<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a )<br>CHUNGHWA PICTURE TUBES COMPANY; )<br>TATUNG COMPANY; )<br>TATUNG COMPANY OF AMERICA, INC.; )<br>BOE HYDIS TECHNOLOGY COMPANY, LTD.; )<br>BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; )<br>COMPAL ELECTRONICS, INC.; )<br>HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; )<br>LITE-ON TECHNOLOGY CORPORATION: )<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; )<br>MAG TECHNOLOGY COMPANY, LTD.; )<br>MAG TECHNOLOGY USA, INC.; )<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.; )<br>PROVIEW TECHNOLOGY, INC.; )<br>PROVIEW ELECTRONICS COMPANY, LTD.; and )<br>QUANTA DISPLAY, INC. )<br>)<br>Defendants. )<br>) | Case No.: 05-27-SLR<br><br>Jury Trial Demanded |

**MOTION BY TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., AND
JEAN COMPANY TO JOIN IN THE MOTION TO STAY THE CASE PENDING
RESOLUTION AGAINST THE LCD MODULE MANUFACTURERS**

RLF1-2888023-1

Defendants Tatung Company ("Tatung"), Tatung Company of America, Inc ("Tatung America"), and Jean Company hereby incorporate and join in Dell's motion to stay the litigation against the customer defendants. Specifically Tatung, Tatung America, and Jean request that the case be stayed against them pending resolution of the case against the LCD module manufacturers.

A stay in this case is warranted because Tatung, Tatung America, and Jean do not design or manufacture any LCD modules. Instead, they are simply customers of such modules, and they possess virtually no knowledge regarding the design or components of the LCD panels in the accused products. It will greatly simplify this case and promote judicial economy if this case proceeds only against the LCD module manufacturers. Because each of the LCD modules or products containing LCD modules that are purchased or sold by Tatung, Tatung America, and Jean are manufactured by one of the defendants named in this litigation, Guardian will not be prejudiced by any such stay.

The grounds for this motion are set for the in the accompanying Opening Brief by Tatung Company, Tatung Company of America, Inc., and Jean Company to Join in the Motion to Stay the Case Pending Resolution Against the LCD Module Manufacturers.

/s/ Matthew W. King   /AMS #4351/
Robert W Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger, P A
One Rodney Square
Wilmington, DE 19801
(302)651-7700
Attorneys for Defendant/Counterclaimant
*Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company; Tatung Company of America, Inc.; and Jean Co., Ltd.*

Dated: June 14, 2005

## Rule 7.1.1 Certification

During a teleconference with Plaintiff's counsel, the Defendants raised the issue of staying the case against all of the defendants other than the LCD module manufacturers. Plaintiff's counsel stated that it would oppose any such motion.

_____
Matthew W. King (#4566)
king@rlf.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Attorneys for Plaintiff Guardian Industries
Corporation

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Attorneys for Defendant/Counterclaimant Dell,
Inc.

Kevin M. Baird, Esquire
Young, Conway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Gerard M. O'Rourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on June 14, 2005 the foregoing documents were sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric D. Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Attorneys for Plaintiff Guardian Industries
Corporation

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Attorneys for Defendant/Counterclaimant Dell,
Inc.

-2-

York M. Faulkner, Esquire
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

Robert J. Gunther, Esquire
Kurt M. Rogers, Esquire
Latham & Watkins
885 Third Avenue
New York, NY  10022

Peter J. Wied, Esquire
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, 4th Floor, N Tower
Santa Monica, CA  90404-4060

Robert C. Weems, Esquire
Baum & Weems, Esquire
58 Katrina Lane
San Anselmo, CA  94960

Alyssa Schwartz (#4351)
schwartz@rlf.com