IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP.,             ) | |
|             ) | |
|            Plaintiff,          ) | Case No.: 05-27-SLR |

GUARDIAN INDUSTRIES CORP.,                )
                                          )
                    Plaintiff,            )        Case No.: 05-27-SLR
    v.                                    )
                                          )        Jury Trial Demanded
DELL, INC.; GATEWAY, INC.;                )
HEWLETT-PACKARD COMPANY; ACER INC.;       )
ACER AMERICA CORPORATION; AOC INTERNATIONAL; )
ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; )
TPV INTERNATIONAL (USA), INC.;            )
AU OPTRONICS CORPORATION;                 )
AU OPTRONICS CORPORATION AMERICA a/k/a    )
AU OPTRONICS AMERICA, INC.;               )
BENQ CORPORATION; BENQ AMERICA CORPORATION; )
CHUNGHWA PICTURE TUBES, LTD. a/k/a        )
CHUNGHWA PICTURE TUBES COMPANY;           )
TATUNG COMPANY;                           )
TATUNG COMPANY OF AMERICA, INC.;          )
BOE HYDIS TECHNOLOGY COMPANY, LTD.;       )
BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; )
COMPAL ELECTRONICS, INC.;                 )
HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; )
LITE-ON TECHNOLOGY CORPORATION:           )
LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; )
MAG TECHNOLOGY COMPANY, LTD.;             )
MAG TECHNOLOGY USA, INC.;                 )
PROVIEW INTERNATIONAL HOLDINGS, LTD.;     )
PROVIEW TECHNOLOGY, INC.;                 )
PROVIEW ELECTRONICS COMPANY, LTD.; and    )
QUANTA DISPLAY, INC.                      )
                                          )
                    Defendants.           )
                                          )
_____)

DECLARATION OF MIKE P. LEE IN SUPPORT OF MOTION TO STAY

I, **Mike P. Lee** , declare as follows:

1.    I have been continuously employed by Tatung Company of America, Inc.
("Tatung America"), since *1984*. I am currently the Vice President. As part of my
responsibilities, I have knowledge of Tatung America's television and computer monitor
products, and I have access to documents concerning that topic.

2.    Although televisions and computer monitors sold by Tatung America contain
liquid crystal display ("LCD") modules, Tatung America does not, nor has it ever, manufactured
or designed LCD modules. Instead, Tatung America purchases and sells television and computer
monitors manufactured by others.

3.    All televisions or computer monitors sold by Tatung America contain LCD
modules that were manufactured by Chunghwa Picture Tubes, Ltd., a defendant named above in
the caption of this litigation.

4.    Because Tatung America purchases complete televisions or computer monitors, it
does not need to need to know the performance characteristics of the underlying components.
Tatung America has virtually no information regarding the components that comprise the LCD
panels contained in the modules that it purchases, the arrangement of those components in the
panels, nor the specific performance characteristics of those components.

5.    I have reviewed the First Amended Complaint filed by plaintiff and, specifically,
paragraph 43, which states, "On information and belief, Defendants each sell LCD product(s)
that include a version of Fuji Wide View (WV) film." However, Tatung America does not
know, and does not have a need to know, the technical details such as which films, if any, are
contained in the LCD panels of the products it sells.

2

6.    I declare the foregoing to be true and correct under the penalty of perjury under the laws of the United States, and that this declaration was executed on *June 13, 2005* in *California*.

*Mike Lee*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Attorneys for Plaintiff Guardian Industries
Corporation

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Attorneys for Defendant/Counterclaimant Dell,
Inc.

Kevin M. Baird, Esquire
Young, Conway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Gerard M. O'Rourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on June 14, 2005 the foregoing documents were sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric D. Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Attorneys for Plaintiff Guardian Industries
Corporation

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Attorneys for Defendant/Counterclaimant Dell,
Inc.

York M. Faulkner, Esquire
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

Peter J. Wied, Esquire
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, 4th Floor, N Tower
Santa Monica, CA  90404-4060

Robert J. Gunther, Esquire
Kurt M. Rogers, Esquire
Latham & Watkins
885 Third Avenue
New York, NY  10022

Robert C. Weems, Esquire
Baum & Weems, Esquire
58 Katrina Lane
San Anselmo, CA  94960

Alyssa Schwartz (#4351)
schwartz@rlf.com

RLF1-2868500-1