# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET

MATTHEW W. KING

WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

DIRECT DIAL NUMBER
302-651-7881
KING@RLF.COM

June 15, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Guardian Industries Corporation v. Dell, Inc. et al.*
      C.A. No. 05-27-SLR

Dear Judge Robinson:

I write on behalf of defendants Tatung Company, Tatung Company of America and Jean Company regarding the corrected version of our opening brief to join in the motion to stay the case pending the resolution against the LCD Module manufacturers. The version of this brief that was filed yesterday with this Court contained incorrect designations of Exhibits A-C. By mistake, the declarations that are referenced throughout the brief as Exhibits A-C were filed separately and the *Honeywell Int'l, Inc. v. Apple Computer, Inc.* case was filed as Exhibit A. This mistake was an inadvertent error that was not recognized until after yesterday's filing. Attached please find a corrected version of the brief. I apologize for any inconvenience or confusion that this may have caused the Court or the other parties.

Respectfully,

Matthew W. King

MXK
Enclosure
cc:   Clerk of Court (via hand delivery)
      Richard K. Herrmann, Esq. (via hand delivery)

RLF1-2888460-1

The Honorable Kent A. Jordan
June 15, 2005
Page 2

    Richard L. Horwitz, Esq. (via hand delivery)
    Kevin m. Baird, Esq. (via hand delivery)
    Gerard M. O'Rourke, Esq. (via hand delivery)
    Bryan S. Hales, Esq. (via federal express)
    Roderick B. Williams, Esq. (via federal express)
    York M. Faulkner, Esq. (via federal express)
    Peter J. Wied, Esq. (via federal express)
    Robert J. Gunter, Esq. (via federal express)
    Robert C. Weems, Esq. (via federal express)

RLF1-2888460-1