## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) C.A. NO.: |
| V. | ) 05-27-SLR |
| | ) |
| DELL, INC.; GATEWAY, INC.; HEWLETT-PACKARD CO.; ACER INC.; ACER AMERICA CORP.; AOC INTERNATIONAL; ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; TPV INTERNATIONAL (USA), INC.; AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA a/k/a AU OPTRONICS AMERICA, INC.; BENQ CORP.; BENQ AMERICA CORP.; CHUNGHWA PICTURE TUBES, LTD. a/k/a CHUNGHWA PICTURE TUBES CO.; TATUNG CO.; TATUNG CO. OF AMERICA, INC.; BOE HYDIS TECHNOLOGY CO., LTD.; BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; COMPAL ELECTRONICS, INC.; HANNSTAR DISPLAY CORP.; JEAN CO., LTD.; LITE-ON TECHNOLOGY CORP.; LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; MAG TECHNOLOGY CO., LTD.; MAG TECHNOLOGY USA, INC.; PROVIEW INTERNATIONAL HOLDINGS, LTD.; PROVIEW TECHNOLOGY, INC.; PROVIEW ELECTRONICS CO., LTD.; AND QUANTA DISPLAY, INC. | ) JURY ) TRIAL ) DEMANDED |
| DEFENDANTS. | ) |

## ORDER TO CONSOLIDATE BRIEFING SCHEDULE
## REGARDING DEFENDANTS' MOTIONS TO STAY

The Court having considered the parties' submissions with respect to Guardian's Motion for Consolidated Briefing Schedule Regarding Defendants' Motions to Stay, IT IS HEREBY ORDERED that:

(1) All opening briefs in support of a Motion to Stay must be filed by Defendants by June 24, 2005;

(2) Defendants who have yet to file their motions will coordinate their opening briefs to avoid unnecessary duplication;

  (3) Plaintiff's consolidated brief in answer to all motions which have been filed to-date and those yet to be filed, shall be due on or before July 11, 2005;

  (4) Defendants' reply briefs shall be due on or before July 18, 2005;

  (5) Defendants' will coordinate their reply briefs in order to avoid unnecessary duplication.

IT IS SO ORDERED this ___ day of _____, 2005

                _____
                Honorable Sue L. Robinson
                UNITED STATES DISTRICT COURT JUDGE