**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **DELL, INC.; GATEWAY, INC.; HEWLETT-PACKARD CO.;** ) <br> **ACER INC.; ACER AMERICA CORP.;** ) <br> **AOC INTERNATIONAL; ENVISION PERIPHERALS, INC.;** ) <br> **TPV TECHNOLOGY, LTD.; TPV INTERNATIONAL (USA),** ) <br> **INC.; AU OPTRONICS CORP.; AU OPTRONICS** ) <br> **CORPORATION AMERICA A/K/A AU OPTRONICS** ) <br> **AMERICA, INC.; BENQ CORP.; BENQ AMERICA CORP.;** ) <br> **CHUNGHWA PICTURE TUBES, LTD. A/K/A CHUNGHWA** ) <br> **PICTURE TUBES CO.; TATUNG CO.;** ) <br> **TATUNG CO. OF AMERICA, INC.; BOE HYDIS** ) <br> **TECHNOLOGY CO., LTD.; BOE HYDIS AMERICA INC.;** ) <br> **CHI MEI OPTOELECTRONICS; COMPAL ELECTRONICS,** ) <br> **INC.; HANNSTAR DISPLAY CORP.; JEAN CO., LTD.;** ) <br> **LITE-ON TECHNOLOGY CORP.; LITE-ON, INC. A/K/A** ) <br> **LITEON TRADING USA, INC.; MAG TECHNOLOGY CO.,** ) <br> **LTD.; MAG TECHNOLOGY USA, INC.; PROVIEW** ) <br> **INTERNATIONAL HOLDINGS, LTD.; PROVIEW** ) <br> **TECHNOLOGY, INC.; PROVIEW ELECTRONICS CO., LTD.;** ) <br> **and QUANTA DISPLAY, INC.** ) <br> ) <br> **Defendants.** ) <br> ) | C.A. No.: <br> 05-27-SLR <br><br> Jury Trial <br> Demanded |

**GUARDIAN'S RULE 7.1.1 CERTIFICATION FOR ITS MOTION
FOR CONSOLIDATED BRIEFING SCHEDULE
REGARDING DEFENDANTS' MOTIONS TO STAY**

Counsel for Plaintiff Guardian Industries Corp. hereby certifies that opposing

counsel was contacted in an effort to resolve this issue to no avail.

Dated: June 17, 2005

   /s/ Richard K. Herrmann_____
Richard K. Herrmann (I.D. No. 405)
Mary Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for Plaintiff Guardian Industries Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2005, I electronically filed the foregoing document, **GUARDIAN'S RULE 7.1.1 CERTIFICATION FOR ITS MOTION FOR CONSOLIDATED BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTIONS TO STAY**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801 | Gerard M. O'Rourke, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street, P.O. Box 2207<br>Wilmington, Delaware 19899-2207 |
| Robert W. Whetzel, Esq.<br>Matthew W. King, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | Josy W. Ingersoll, Esq.<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 |

Additionally, I hereby certify that on the 17th day of June, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Daniel T. Shvodian, Esq.<br>Teresa M. Corbin, Esq.<br>Howrey LLP<br>301 Ravenswood Avenue<br>Menlo Park, CA  94025-3434<br>shvodiand@howrey.com<br>corbint@howrey.com | York M. Faulkner, Esq.<br>Finnegan Henderson Farabow Garrett & Dunner<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675<br>york.faulkner@finnegan.com |
| Roderick B. Williams, Esq.<br>Avelyn M. Ross, Esq.<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746-7568 | Peter J. Wied, Esq.<br>Alschuler Grossman Stein & Kahan LLP<br>1620 26th Street, Fourth Floor, N Tower<br>Santa Monica, CA  90404-4060<br>pwied@agsk.com |

...

rickwilliams@velaw.com
aross@velaw.com
Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
robert.gunther@lw.com
kurt.rogers@lw.com

Jeffrey A. Snyder, Esq.
Thoits, Love, Hershberger & McLean
245 Lytton Avenue, Suite 300
Palo Alto, CA  94301
jsnyder@thoits.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960
rcweems@comcast.net

E. Robert Yoches, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, NW
Washington, DC  20001
bob.yoches@finnegan.com

    */s/ Richard K. Herrmann*
RICHARD K. HERRMANN (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*