IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DELL, INC.; GATEWAY, INC.; )<br>HEWLETT-PACKARD COMPANY; ACER INC.; )<br>ACER AMERICA CORPORATION; AOC INTERNATIONAL; )<br>ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; )<br>TPV INTERNATIONAL (USA), INC.; )<br>AU OPTRONICS CORPORATION; )<br>AU OPTRONICS CORPORATION AMERICA a/k/a )<br>AU OPTRONICS AMERICA, INC.; )<br>BENQ CORPORATION; BENQ AMERICA CORPORATION; )<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a )<br>CHUNGHWA PICTURE TUBES COMPANY; )<br>TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; )<br>BOE HYDIS TECHNOLOGY COMPANY, LTD.; )<br>BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; )<br>COMPAL ELECTRONICS, INC.; HANNSTAR DISPLAY )<br>CORPORATION; JEAN CO., LTD.; )<br>LITE-ON TECHNOLOGY CORPORATION: )<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; )<br>MAG TECHNOLOGY COMPANY, LTD.; )<br>MAG TECHNOLOGY USA, INC.; )<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.; )<br>PROVIEW TECHNOLOGY, INC.; )<br>PROVIEW ELECTRONICS COMPANY, LTD.; and )<br>QUANTA DISPLAY, INC. )<br>)<br>Defendants. )<br>) | Case No.: 05-27-SLR<br><br>Jury Trial Demanded |

**STIPULATED ORDER**

WHEREAS, defendant TPV Technology Ltd. is a Hong Kong listed company;

WHEREAS, defendant TPV International (USA), Inc. is a California corporation;

WHEREAS, defendant Envision Peripherals, Inc. is a California corporation; and

WHEREAS, TPV Technology Ltd., TPV International (USA), Inc., Envision Peripherals, Inc. and Guardian Industries Corp. wish to fairly and expeditiously resolve, without need for

court intervention, any possible disputes over service of process, personal jurisdiction, or venue; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that:

1. TPV Technology Ltd., TPV International (USA), Inc., and Envision Peripherals, Inc. waive any challenges to service of process or to this Court's personal jurisdiction over them.

2. TPV Technology Ltd., TPV International (USA), Inc., and Envision Peripherals, Inc. agree not to initiate a motion seeking to transfer this case to another judicial district, but are not precluded from joining such a motion filed by a party who may indemnify or defend them.

3. Unless the Court orders otherwise, TPV Technology Ltd., TPV International (USA), Inc., and Envision Peripherals, Inc. shall answer or otherwise respond to the complaint on or before July 18, 2005.

| | |
|---|---|
| Jeffrey A. Snyder<br>Serena Patitucci Torvik<br>THOITS, LOVE, HERSHBERGER & MCLEAN<br>245 Lytton Avenue, Suite 300<br>Palo Alto, California 94301<br>650.327.4200<br><br>*Counsel for TPV Technology Ltd., TPV International (USA), Inc., and Envision Peripherals, Inc.* | Richard K. Herrmann (I.D. No. 405)<br>Mary B. Matterer (I.D. No. 2696)<br>MORRIS JAMES HITCHENS & WILLIAMS<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19801<br>302.888.6800<br><br>Bryan S. Hales<br>Craig D. Leavell<br>Meredith Zinanni<br>Eric Hayes<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>312.861.2000<br><br>*Counsel for Guardian Industries Corp.* |

SO ORDERED this _____ day of _____, 2005.

_____
Judge Sue L. Robinson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2005, I electronically filed the foregoing document, **STIPULATED ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br><br>Robert W. Whetzel, Esq.<br>Matthew W. King, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | Gerard M. O'Rourke, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street, P.O. Box 2207<br>Wilmington, Delaware 19899-2207<br><br>Josy W. Ingersoll, Esq.<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 |

Additionally, I hereby certify that on the 20th day of June, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Daniel T. Shvodian, Esq.<br>Teresa M. Corbin, Esq.<br>Howrey LLP<br>301 Ravenswood Avenue<br>Menlo Park, CA  94025-3434<br>shvodiand@howrey.com<br>corbint@howrey.com<br><br>Roderick B. Williams, Esq.<br>Avelyn M. Ross, Esq.<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746-7568<br>rickwilliams@velaw.com<br>aross@velaw.com | York M. Faulkner, Esq.<br>Finnegan Henderson Farabow Garrett & Dunner<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675<br>york.faulkner@finnegan.com<br><br>Peter J. Wied, Esq.<br>Alschuler Grossman Stein & Kahan LLP<br>1620 26th Street, Fourth Floor, N Tower<br>Santa Monica, CA  90404-4060<br>pwied@agsk.com |

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
robert.gunther@lw.com
kurt.rogers@lw.com

Jeffrey A. Snyder, Esq.
Thoits, Love, Hershberger & McLean
245 Lytton Avenue, Suite 300
Palo Alto, CA 94301
jsnyder@thoits.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960
rcweems@comcast.net

E. Robert Yoches, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, NW
Washington, DC 20001
bob.yoches@finnegan.com


      /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*