IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 05-027-SLR |
| DELL, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF JACK CHAO

1. I am an employee of TPV International (USA), Inc. ("TPVI") and I submit this Declaration on behalf of TPVI in support of the pure customer defendants' Motion to Stay the above-entitled action.

2. I have been continuously employed by TPVI since its incorporation on November 29, 2001, and am currently the President. As such, I am familiar with TPVI's business, which is the sale and marketing of computer monitors. Some of the products TPVI sells contain a Liquid Crystal Display ("LCD") panel. TPVI does not, and has never, designed or manufactured any LCD panels. Rather, TPVI purchases and sells finished products that incorporate LCD panels of third party suppliers and manufacturers.

3. I have reviewed the First Amended Complaint filed by plaintiff and, specifically, paragraph 43, which states, "On information and belief, Defendants each sell LCD product(s) that

include a version of Fuji_Wide_View_(WV) film." However, TPVI does not know, and does not have a need to know, the technical details such as which films, if any, are contained in the LCD panels of the products it sells.

4. Pursuant to Section 1746 of Title 28 of the United States Code, I declare the foregoing to be true and correct under the penalties of perjury of the United States of America.

Dated: June 0%, 2005

_____
Jack Chao

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2005 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted.

### BY HAND

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Kevin M. Baird, Esquire
Young, Conway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Gerard M. O'Rourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on June 20, 2005 the foregoing documents were sent to the following non-registered participants in the manner indicated.

### BY FEDERAL EXPRESS

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric D. Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

York M. Faulkner, Esquire
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

Peter J. Wied, Esquire
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, 4th Floor, N Tower
Santa Monica, CA 90404-4060

-2-

Robert J. Gunther, Esquire
Kurt M. Rogers, Esquire
Latham & Watkins
885 Third Avenue
New York, NY 10022

Daniel T. Shvodian, Esquire
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025

Robert C. Weems, Esquire
Baum & Weems, Esquire
58 Katrina Lane
San Anselmo, CA 94960

Teresa M. Corbin, Esquire
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105

Alyssa Schwartz (#4351)
schwartz@rlf.com