IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>DELL, INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civ. No. 05-027-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF CHARLES CHEN

1. I am an employee of TPV Technology Limited ("TPV") and I submit this Declaration on behalf of TPV in support of the pure customer defendants' Motion to Stay the above-entitled action.

2. I have been continuously employed by TPV since April 15, 2002, and am currently the Manager of Legal Affairs. As such, I am familiar with TPV's business, which is the assembly and sale of computer monitors. Some of the products TPV sells contain a Liquid Crystal Display ("LCD") panel. TPV does not, and has never, designed or manufactured any LCD panels. Rather, TPV purchases all LCD panels used in the products it sells from third party suppliers and manufacturers.

3. I have reviewed the First Amended Complaint filed by plaintiff and, specifically, paragraph 43, which states, "On information and belief, Defendants each sell LCD product(s) that include a version of Fuji Wide View (WV) film." However, TPV does not know, and does not have a need to know, the technical details such as which films, if any, are contained in the LCD

panels of the products it sells.

    4.    Pursuant to Section 1746 of Title 28 of the United States Code, I declare the foregoing to be true and correct under the penalties of perjury of the United States of America.

Dated: June 6, 2005

                                                          _____
                                                          Charles Chen

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2005 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted.

### BY HAND

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Kevin M. Baird, Esquire
Young, Conway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Gerard M. O'Rourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on June 20, 2005 the foregoing documents were sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric D. Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

York M. Faulkner, Esquire
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

Peter J. Wied, Esquire
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, 4th Floor, N Tower
Santa Monica, CA 90404-4060

-2-

| | |
|---|---|
| Robert J. Gunther, Esquire<br>Kurt M. Rogers, Esquire<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Robert C. Weems, Esquire<br>Baum & Weems, Esquire<br>58 Katrina Lane<br>San Anselmo, CA 94960 |
| Daniel T. Shvodian, Esquire<br>Howrey LLP<br>301 Ravenswood Avenue<br>Menlo Park, CA 94025 | Teresa M. Corbin, Esquire<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105 |

/s/ Alyssa Schwartz
Alyssa Schwartz (#4351)
schwartz@rlf.com