IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 05-27-SLR |
| | ) |
| DELL, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATED DISMISSAL

WHEREAS, plaintiff, Guardian Industries Corp. and defendants, AU Optronics Corporation, AU Optronics Corporation America a/k/a/ AU Optronics America, Inc., BenQ Corporation, and BenQ America Corp. as indicated by the signature of counsel appearing below, have agreed to the dismissal of defendants AU Optronics Corporation, AU Optronics Corporation America a/k/a/ AU Optronics America, Inc., BenQ Corporation, and BenQ America Corp. from this action pursuant to Rule 41 of the Federal Rules of Civil Procedure and subject to the terms of this Order and a confidential Settlement Agreement, dated June 1, 2005.

NOW THEREFORE, it is ordered as follows:

1. The claims by Guardian Industries Corp. against AU Optronics Corporation, AU Optronics Corporation America a/k/a/ AU Optronics America, Inc., BenQ Corporation, and BenQ America Corp. are hereby dismissed with prejudice, with respect to AU Optronics Corporation, AU Optronics Corporation America a/k/a/ AU Optronics America, Inc., BenQ Corporation, and BenQ America Corp.

2. Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of the claims against AU Optronics Corporation, AU Optronics Corporation America a/k/a/ AU Optronics America, Inc., BenQ Corporation, and BenQ America Corp.

**STIPULATED AND AGREED**

| | |
|---|---|
| _____ | _____ |
| Richard K. Herrmann (I.D. No. 405) | Gerard M. O'Rourke (I.D. No. 3265) |
| Morris, James, Hitchens & Williams LLP | Connolly Bove Lodge & Hutz LLP |
| PNC Bank Center, 222 Delaware Avenue, 10th Floor, P.O. Box 2306 | P.O. Box 2207 |
| | 1007 North Orange Street |
| Wilmington, Delaware 19899-2306 | Wilmington, DE 19899 |
| (New Castle Co.) | Telephone: 302.658.9141 |
| Telephone: 302-888-6800 | Attorneys for AU Optronics Corporation, |
| Attorneys for Guardian Industries Corp. | AU Optronics Corporation America a/k/a/ AU Optronics America, Inc., BenQ Corp., and BenQ America, Corp. |

**SO ORDERED** this _____ day of _____, 2005.

_____
Sue L. Robinson
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2005, I electronically filed the foregoing document, **STIPULATED DISMISSAL**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, Delaware 19899-2207

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Additionally, I hereby certify that on the 22nd day of June, 2005, the foregoing document was served via email on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA  94025-3434
shvodiand@howrey.com
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C.  20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

Jeffrey A. Snyder, Esq.
Thoits, Love, Hershberger & McLean
245 Lytton Avenue, Suite 300
Palo Alto, CA 94301
jsnyder@thoits.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC 20036
jsherwood@akingump.com

Keven M. O'Brien, Esq.
Baker & McKenzie
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
boehydis@bakernet.com

Eric Wesenberg, Esq.
Kai Tseng, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025
ewesenberg@orrick.com
ktseng@orrick.com

Peter J. Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA 90404-4060
pwied@agsk.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
khamel@akingump.com
aettelman@akingump.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960
rcweems@comcast.net

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
robert.gunther@lw.com
kurt.rogers@lw.com

　　/s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*