# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1751
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

June 28, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   *Guardian Industries Corp. v. Dell, Inc., et al.*
               *D. Del., C.A. No. 05-027 SLR*

Your Honor:

      In preparation for the scheduling teleconference in this matter set for Wednesday, June 29th at 9 a.m., enclosed please find the parties' proposed Scheduling Order. There are several areas upon which the parties have not been able to reach agreement and those are marked for ease of reference by **PLAINTIFF'S POSITION** and **DEFENDANTS' POSITION**. With respect to the outstanding Motions to Stay, the defendants believe that this issue should be resolved before the schedule is entered. Guardian disagrees and believes that a schedule can be entered at this time.

                         Respectfully,

                         */s/ Richard K. Herrmann*

                         Richard K. Herrmann

RKH/sch
Enclosure

cc: All counsel (via email)