# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION | ) |
| | ) |
|     *Plaintiff,* | ) |
| | ) |
|     v. | ) |
| | ) |
| DELL INC.; | ) |
| GATEWAY, INC.; | ) |
| HEWLETT-PACKARD COMPANY; | ) |
| ACER INC.; | ) |
| ACER AMERICA CORPORATION; | ) |
| AOC INTERNATIONAL; | ) |
| ENVISION PERIPHERALS, INC.; | ) |
| TPV INTERNATIONAL (USA) INC.; | ) |
| AU OPTRONICS CORPORATION; | ) |
| AU OPTRONICS CORPORATION AMERICA a/k/a | ) |
| AU OPTRONICS AMERICA, INC.; | ) |
| BENQ CORPORATION; | ) |
| BENQ AMERICA CORPORATION; | ) |
| CHUNGHWA PICTURE TUBES, LTD. a/k/a | )     C.A. No. 05-27-SLR |
| CHUNGHWA PICTURETUBES COMPANY; | ) |
| TATUNG COMPANY; | ) |
| TATUNG COMPANY OF AMERICA, INC.; | ) |
| BOE HYDIS TECHNOLOGY COMPANY, LTD.; | ) |
| BOE HYDIS AMERICA, INC.; | ) |
| COMPAL ELECTRONICS, INC.; | ) |
| DELTA ELECTRONICS, INC.; | ) |
| DELTA PRODUCTS CORPORATION; | ) |
| DELTA ELECTRONICS (THAILAND) | ) |
|     PUBLIC COMPANY, LTD.; | ) |
| HANNSTAR DISPLAY CORPORATION; | ) |
| JEAN CO., LTD.; | ) |
| LITE-ON TECHNOLOGY CORPORATION; | ) |
| LITE-ON, INC. a/k/a | ) |
| LITEON TRADING USA, INC.; | ) |
| MAG TECHNOLOGY COMPANY, LTD.; | ) |
| MAG TECHNOLOGY USA, INC.; | ) |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; | ) |
| PROVIEW TECHNOLOGY, INC.; and | ) |
| QUANTA DISPLAY, INC. | ) |
| | ) |
|     *Defendants.* | ) |

**ORDER GRANTING ACER, INC. AND ACER AMERICA CORPORATION'S
MOTION TO STAY PENDING RESOLUTION OF THE CASES
<u>AGAINST LCD MODULE MANUFACTURERS</u>**

The Court, upon Defendants Acer, Inc. and Acer America Corporation's ("Acer") Motion to Stay, the response by Plaintiff Guardian Industries Corporation, and having heard the arguments of counsel, if any, finds that the relief sought by Acer should be granted.

ORDERED that Acer's Motion is Granted and all claims against Acer pertaining to any alleged infringement of the patents-in-suit are hereby stayed pending resolution of Plaintiff's case against LCD product manufacturers.

Signed on this ___ day of _____, 2005

_____
Sue L. Robinson
United States District Court Judge

2