# EXHIBIT A

**Guardian v. Dell et al.: Status of Defendants as of 6/28/05**

**Defendants who have moved to stay:**

| Defendant | Date Motion Filed | Date Response Filed | Date Reply Filed/Due |
|---|---|---|---|
| 1. Dell | 6/7/05 | 6/21/05 | 6/27/05 |
| 2. Gateway | 6/8/05 | 6/21/05 | 6/27/05 |
| 3. Lite-On Tech. / Lite-On, Inc. | 6/10/05 | 6/21/05 | 6/27/05 |
| 4. Tatung / Tatung of America | 6/14/05 | 6/28/05 | 7/6/05 |
| 5. Jean | 6/14/05 | 6/28/05 | 7/6/05 |
| 6. Hewlett-Packard | 6/17/05 | 6/28/05 | 7/6/05 |
| 7. TPV Tech. / TPV Int'l (USA) / Envision Peripherals / AOC Int'l | 6/20/05 | 6/28/05 | 7/6/05 |

**Defendants who have settled:**
8. AU Optronics
   AU Optronics America

9. BenQ Corp.
   BenQ America Corp.

10. Chi Mei Optoelectronics

11. Delta Electronics
    Delta Products
    Delta Electronics (Thailand)

**Other Defendants:**
12. Acer
    Acer America

13. BOE HYDIS Tech. Co.
    BOE HYDIS America

14. Chunghwa Picture Tubes

15. Compal Electronics

16. Hannstar Display

17. MAG Tech.
    MAG Tech. USA

18. Proview Int'l
    Proview Tech.
    Proview Electronics

19. Quanta Display