IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATIONS,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DELL, INC.;  )<br>GATEWAY, INC.;  )<br>HEWLETT-PACKARD COMPANY;  )<br>ACER INC.;  )<br>ACER AMERICA CORPORATION;  )<br>AOC INTERNATIONAL;  )<br>ENVISION PERIPHERALS, INC.;  )<br>TPV TECHNOLOGY, LTD.;  )<br>TPV INTERNATIONAL (USA), INC.;  )<br>AIJ OPTRONICS CORPORATION;  )<br>AU OPTRONICS CORPORATION AMERICA a/k/a  )<br>AU OPTRONICS AMERICA, INC.;  )<br>BENQ CORPORATION;  )<br>BENQ AMERICA CORPORATION;  )<br>CHUNGHWA PICTURE TUBES, LTD a/k/a  )<br>CHUNGHWA PICTURE TUBES COMPANY;  )<br>TATUNG COMPANY;  )<br>TATUNG COMPANY OF AMERICA, INC.;  )<br>BOE HYDIS TECHNOLOGY COMPANY, LTD.;  )<br>BOE HYDIS AMERICA INC.;  )<br>CHI MEI OPTOELECTRONICS;  )<br>COMPAL ELECTRONICS, INC.;  )<br>DELTA ELECTRONICS, INC.;  )<br>DELTA PRODUCTS CORPORATION;  )<br>DELTA ELECTRONICS (THAILAND) PUBLIC  )<br>COMPANY, LTD.;  )<br>HANNSTAR DISPLAY CORPORATION;  )<br>JEAN CO., LTD.;  )<br>LITE-ON TECHNOLOGY CORPORATION;  )<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.;  )<br>MAG TECHNOLOGY COMPANY, LTD.;  )<br>MAG TECHNOLOGY USA, INC.;  )<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.;  )<br>PROVIEW TECHNOLOGY, INC.;  )<br>PROVIEW ELECTRONICS COMPANY, LTD.; and  )<br>QUANTA DISPLAY, INC.,  )<br>)<br>Defendants  ) | Civil Action No. 05-27-SLR |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Peter J. Wied, formerly of Alschuler Grossman Stein & Kahan LLP is now associated with Paul, Hastings, Janofsky & Walker LLP, 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071, and is appearing on behalf of Quanta Display, Inc. in this matter.

Dated: July 12, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Glenn C. Mandalas

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
gmandalas@ycst.com

*Attorneys for Defendant Quanta Display, Inc.*

## **CERTIFICATE OF SERVICE**

I, Glenn C. Mandalas, Esquire, hereby certify that on July 12, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard K. Herrmann, Esquire
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue
>Wilmington, DE 19801
>*Attorneys for Plaintiff Guardian Industries Corp.*
>
>Robert W. Whetzel, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801
>*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company; Tatung Company of America, Inc. and Jean Co., Ltd., Jean Co. Ltd.*
>
>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801
>*Attorneys for Dell, Inc., Mag Technology Co., Ltd. and Mag Technology USA, Inc., Acer Inc., Acer America Corp., Compal Electronics, Inc., Lite-on Technology Corp., Lite-on Inc., Proview International Holdings, Ltd., Proview Technology, Inc.*
>
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801
>*Attorneys for Gateway, Inc. ,Mag Technology Company Ltd., Mag Technology USA, Inc., Hewlett-Packard Company, Dell Inc.*

WP3:1098319.1                                                64066.1001

>Gerard M. O'Rourke, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>1007 N. Orange Street
>Wilmington, DE 19801
>*Attorneys for AU Optronics Corp. America, Benq Corp., Benq America Corp.*
>
>Steven Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington DE 19801
>*Attorneys for BOE HYDIS America Inc., BOE HYDIS Technology Company Ltd.*
>
>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>Wilmington, DE 19801
>*Attorneys for Hewlett-Packard Company*

I further certify that on July 12, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Bryan S. Hales, Esquire
>Craig D. Leavell, Esquire
>Meredith Zinanni, Esquire
>Eric Hayes, Esquire
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL 60601
>*Attorneys for Plaintiff Guardian Industries Corp.*
>
>Daniel T. Shvodian, Esquire
>Howrey LLP
>301 Ravenswood Avenue
>Menlo Park, CA 94025
>*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company; Tatung Company of America, Inc. and Jean Co., Ltd.*

Teresa M. Corbin, Esquire
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a*
*Chunghwa Picture Tubes Company; Tatung Company;*
*Tatung Company of America, Inc. and Jean Co., Ltd.*

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746
*Attorneys for Dell, Inc.*

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        Josy W. Ingersoll (No. 1088)
        John W. Shaw (No. 3362)
        Glenn C. Mandalas (No. 4432)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        gmandalas@ycst.com

*Attorneys for Quanta Display, Inc.*