IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL, INC. et al., )<br>)<br>Defendants. ) | C. A. No. 05-27-SLR |

## ORDER

The Court, upon Defendant Proview Electronics Company's ("Proview Electronics") Motion to Stay, the response by Plaintiff Guardian Industries Corporation, and having heard the arguments of counsel, if any, finds that the relief sought by Proview Electronics should be GRANTED.

ORDERED that Proview Electronics' Motion is GRANTED and all claims against Proview Electronics pertaining to any alleged infringement of the patents-in-suit are hereby stayed pending resolution of Plaintiff's case against LCD product manufacturers.

SIGNED on this _____ day of _____, 2005.

_____
CHIEF JUDGE SUE L. ROBINSON