IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL, INC. et al., )<br>)<br>Defendants. ) | C. A. No. 05-27-SLR |

ORDER

The Court, upon Defendant Proview International Holdings, Ltd.'s ("Proview Holdings") Motion to Stay, the response by Plaintiff Guardian Industries Corporation, and having heard the arguments of counsel, if any, finds that the relief sought by Proview Holdings should be GRANTED.

ORDERED that Proview Holdings' Motion is GRANTED and all claims against Proview Holdings pertaining to any alleged infringement of the patents-in-suit are hereby stayed pending resolution of Plaintiff's case against LCD product manufacturers.

SIGNED on this _____ day of _____, 2005.

_____
CHIEF JUDGE SUE L. ROBINSON