## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GUARDIAN INDUSTRIES CORPORATIONS,                )
                                                 )
                    Plaintiff,                   )
                                                 )
        v.                                       )        Civil Action No. 05-27-SLR
                                                 )
DELL, INC.;                                      )
GATEWAY, INC.;                                   )
HEWLETT-PACKARD COMPANY;                         )
ACER INC.;                                       )
ACER AMERICA CORPORATION;                        )
AOC INTERNATIONAL;                               )
ENVISION PERIPHERALS, INC.;                      )
TPV TECHNOLOGY, LTD.;                            )
TPV INTERNATIONAL (USA), INC.;                   )
AIJ OPTRONICS CORPORATION;                       )
AU OPTRONICS CORPORATION AMERICA a/k/a           )
AU OPTRONICS AMERICA, INC.;                      )
BENQ CORPORATION;                                )
BENQ AMERICA CORPORATION;                        )
CHUNGHWA PICTURE TUBES, LTD a/k/a                )
CHUNGHWA PICTURE TUBES COMPANY;                  )
TATUNG COMPANY;                                  )
TATUNG COMPANY OF AMERICA, INC.;                 )
BOE HYDIS TECHNOLOGY COMPANY, LTD.;              )
BOE HYDIS AMERICA INC.;                          )
CHI MEI OPTOELECTRONICS;                         )
COMPAL ELECTRONICS, INC.;                        )
DELTA ELECTRONICS, INC.;                         )
DELTA PRODUCTS CORPORATION;                      )
DELTA ELECTRONICS (THAILAND) PUBLIC              )
COMPANY, LTD.;                                   )
HANNSTAR DISPLAY CORPORATION;                    )
JEAN CO., LTD.;                                  )
LITE-ON TECHNOLOGY CORPORATION;                  )
LITE-ON, INC. a/k/a LITEON TRADING USA, INC.;    )
MAG TECHNOLOGY COMPANY, LTD.;                    )
MAG TECHNOLOGY USA, INC.;                        )
PROVIEW INTERNATIONAL HOLDINGS, LTD.;            )
PROVIEW TECHNOLOGY, INC.;                        )
PROVIEW ELECTRONICS COMPANY, LTD.; and           )
QUANTA DISPLAY, INC.,                            )
                                                 )
                    Defendants                   )

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Terry D. Garnett, formerly of Alschuler Grossman Stein & Kahan LLP is now associated with Paul, Hastings, Janofsky & Walker LLP, 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071, and is appearing on behalf of Quanta Display, Inc. in this matter.

Dated: July 12, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
gmandalas@ycst.com

*Attorneys for Defendant Quanta Display, Inc.*

**CERTIFICATE OF SERVICE**

I, Glenn C. Mandalas, Esquire, hereby certify that on July 12, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard K. Herrmann, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19801
*Attorneys for Plaintiff Guardian Industries Corp.*

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a*
*Chunghwa Picture Tubes Company; Tatung Company;*
*Tatung Company of America, Inc. and Jean Co., Ltd.,*
*Jean Co. Ltd.*

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Dell, Inc., Mag Technology Co., Ltd.*
*and Mag Technology USA, Inc., Acer Inc., Acer America*
*Corp., Compal Electronics, Inc., Lite-on Technology*
*Corp., Lite-on Inc., Proview International Holdings,*
*Ltd., Proview Technology, Inc.*

David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Gateway, Inc. ,Mag Technology Company*
*Ltd., Mag Technology USA, Inc., Hewlett-Packard*
*Company, Dell Inc.*

Gerard M. O'Rourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for AU Optronics Corp. America, Benq*
*Corp., Benq America Corp.*

Steven Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington DE 19801
*Attorneys for BOE HYDIS America Inc., BOE HYDIS*
*Technology Company Ltd.*

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801
*Attorneys for Hewlett-Packard Company*

I further certify that on July 12, 2005, I caused a copy of the foregoing document to be

served by hand delivery on the above-listed counsel of record and on the following non-

registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Attorneys for Plaintiff Guardian Industries Corp.*

Daniel T. Shvodian, Esquire
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a*
*Chunghwa Picture Tubes Company; Tatung Company;*
*Tatung Company of America, Inc. and Jean Co., Ltd.*

Teresa M. Corbin, Esquire
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a*
*Chunghwa Picture Tubes Company; Tatung Company;*
*Tatung Company of America, Inc. and Jean Co., Ltd.*

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746
*Attorneys for Dell, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Josy W. Ingersoll  (No. 1088)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Quanta Display, Inc.*