IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> DELL, INC.; <br> GATEWAY, INC.; <br> HEWLETT-PACKARD COMPANY; <br> ACER INC.; <br> ACER AMERICA CORPORATION; <br> AOC INTERNATIONAL; <br> ENVISION PERIPHERALS, INC.; <br> TPV TECHNOLOGY, LTD.; <br> TPV INTERNATIONAL (USA), INC.; <br> AU OPTRONICS CORPORATION; <br> AU OPTRONICS CORPORATION AMERICA a/k/a AU OPTRONICS AMERICA, INC.; <br> BENQ CORPORATION; <br> BENQ AMERICA CORPORATION; <br> CHUNGHWA PICTURE TUBES, LTD. a/k/a CHUNGHWA PICTURE TUBES COMPANY; <br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> BOE HYDIS TECHNOLOGY COMPANY, LTD; <br> BOE HYDIS AMERICA INC.; <br> CHI MEI OPTOELECTRONICS; <br> COMPAL ELECTRONICS, INC.; <br> DELTA ELECTRONICS, INC.; <br> DELTA PRODUCTS CORPORATION; <br> DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY, LTD.; <br> HANNSTAR DISPLAY CORPORATION; <br> JEAN CO., LTD.; <br> LITE-ON TECHNOLOGY CORPORATION; <br> LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; <br> MAG TECHNOLOGY COMPANY, LTD.; <br> MAG TECHNOLOGY USA, INC.; <br> PROVIEW INTERNATIONAL HOLDINGS, LTD.; <br> PROVIEW TECHNOLOGY, INC.; <br> PROVIEW ELECTRONICS COMPANY, LTD.; and <br> QUANTA DISPLAY, INC. <br><br> Defendants. | C.A. No.: 05-27-SLR <br><br> Jury Trial Demanded |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Jeffrey A. Snyder, Esquire, of Thoits, Love, Hershberger & McLean, hereby withdraws his appearance as counsel for Envision Peripherals, Inc., TPV Technology, Ltd. and TPV International (USA), Inc. in this matter. Michael Bettinger, Esquire, of Preston Gates & Ellis LLP hereby enters his appearance as counsel for Envision Peripherals, Inc., TPV Technology, Ltd. and TPV International (USA) as attorney of record.

THOITS, LOVE, HERSHBERGER & MCLEAN

*/s/ Jeffrey A. Snyder*
Jeffrey A. Snyder
Serena P. Torvik
245 Lytton Avenue, Suite 300
Palo Alto, CA 94301
Tel: 650.327.4200
Fax: 650.325.5572

Dated: July 11, 2005

Of Counsel:

Michael J. Bettinger
Timothy P. Walker
Preston Gates & Ellis LLP
55 Second Street
Suite 1700
San Francisco, CA 94105
(415)882-8200

Dated: July 11, 2005

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Robert W. Whetzel*
Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2898156-1

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2005 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Attorneys for Plaintiff Guardian Industries
Corporation

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Attorneys for Defendant/Counterclaimant Dell, Inc.

Kevin M. Baird, Esquire
Young, Conway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Gerard M. O'Rourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on July 13, 2005 the foregoing documents were sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric D. Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Attorneys for Plaintiff Guardian Industries
Corporation

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Attorneys for Defendant/Counterclaimant Dell, Inc.

-2-

| | |
|---|---|
| York M. Faulkner, Esquire<br>Finnegan Henderson Farabow Garrett & Dunner<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675 | Peter J. Wied, Esquire<br>Alschuler Grossman Stein & Kahan LLP<br>1620 26th Street, 4th Floor, N Tower<br>Santa Monica, CA  90404-4060 |
| Robert J. Gunther, Esquire<br>Kurt M. Rogers, Esquire<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022 | Robert C. Weems, Esquire<br>Baum & Weems, Esquire<br>58 Katrina Lane<br>San Anselmo, CA  94960 |

_____
Matthew W. King (#4456)
king@rlf.com