## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) **C.A. No.:** |
| **v.** | ) **05-27-SLR** |
|  | ) |
| **DELL, INC.; GATEWAY, INC.; HEWLETT-PACKARD CO.;** | ) **Jury Trial** |
| **ACER INC.; ACER AMERICA CORP.;** | ) **Demanded** |
| **AOC INTERNATIONAL; ENVISION PERIPHERALS, INC.;** | ) |
| **TPV TECHNOLOGY, LTD.; TPV INTERNATIONAL (USA),** | ) |
| **INC.; CHUNGHWA PICTURE TUBES, LTD. A/K/A** | ) |
| **CHUNGHWA PICTURE TUBES CO.; TATUNG CO.;** | ) |
| **TATUNG CO. OF AMERICA, INC.; BOE HYDIS** | ) |
| **TECHNOLOGY CO., LTD.; BOE HYDIS AMERICA INC.;** | ) |
| **CHI MEI OPTOELECTRONICS; COMPAL ELECTRONICS,** | ) |
| **INC.;  HANNSTAR DISPLAY CORP.; JEAN CO., LTD.;** | ) |
| **LITE-ON TECHNOLOGY CORP.; LITE-ON, INC. A/K/A** | ) |
| **LITEON TRADING USA, INC.; MAG TECHNOLOGY CO.,** | ) |
| **LTD.; MAG TECHNOLOGY USA, INC.; PROVIEW** | ) |
| **INTERNATIONAL HOLDINGS, LTD.; PROVIEW** | ) |
| **TECHNOLOGY, INC.; PROVIEW ELECTRONICS CO., LTD.;** | ) |
| **and QUANTA DISPLAY, INC.** | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

## NOTICE OF DISMISSAL AS TO DEFENDANT CHI MEI OPTOELECTRONICS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and subject to the terms of a confidential Settlement Agreement between the parties, Plaintiff Guardian Industries Corp. voluntarily dismisses this action with prejudice with respect to Defendant Chi Mei Optoelectronics only.

Dated: July 13, 2005

                           */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
312.861.2000

*Counsel for Plaintiff Guardian Industries Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2005, I electronically filed the

foregoing document, **NOTICE OF DISMISSAL AS TO DEFENDANT CHI MEI**

**OPTOELECTRONICS**, with the Clerk of the Court using CM/ECF which will send

notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue,17[th] Floor
Wilmington, DE 19801

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Additionally, I hereby certify that on the 13th day of July, 2005, the foregoing

document was served via email on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025-3434
shvodiand@howrey.com
corbint@howrey.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
york.faulkner@finnegan.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC  20036
jsherwood@akingump.com

Keven M. O'Brien, Esq.
Baker & McKenzie
815 Connecticut Avenue, N.W.
Washington, D.C.  20006
boehydis@bakernet.com

Eric Wesenberg, Esq.
Kai Tseng, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA  94025
ewesenberg@orrick.com
ktseng@orrick.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C.  20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

Peter J.Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA  90404-4060
pwied@agsk.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA  19103
khamel@akingump.com
aettelman@akingump.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960
rcweems@comcast.net

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
robert.gunther@lw.com
kurt.rogers@lw.com

_/s/ Richard K. Herrmann_
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

_Counsel for Plaintiff Guardian Industries Corp._

4