IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | ) |
| Plaintiff, | ) C.A. No.: 05-27-SLR |
| v. | ) Jury Trial Demanded |
| DELL, INC.; GATEWAY, INC.; HEWLETT-PACKARD COMPANY; ACER INC.; ACER AMERICA CORPORATION; AOC INTERNATIONAL; ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; TPV INTERNATIONAL (USA), INC.; CHUNGHWA PICTURE TUBES, LTD. a/k/a CHUNGHWA PICTURE TUBES COMPANY; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; BOE HYDIS TECHNOLOGY COMPANY, LTD.; BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; COMPAL ELECTRONICS, INC.; HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; LITE-ON TECHNOLOGY CORPORATION: LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; MAG TECHNOLOGY COMPANY, LTD.; MAG TECHNOLOGY USA, INC.; PROVIEW INTERNATIONAL HOLDINGS, LTD.; PROVIEW TECHNOLOGY, INC.; PROVIEW ELECTRONICS COMPANY, LTD.; and QUANTA DISPLAY, INC. | ) |
| Defendants. | ) |

## STIPULATED ORDER

WHEREAS, defendant BOE Hydis Technology Co., Ltd. is a Korean corporation;

WHEREAS, defendant BOE Hydis America Inc. is a California corporation;

WHEREAS, BOE Hydis Technology Co., BOE Hydis America Inc. and Guardian Industries Corp. have negotiated an agreement regarding service and response deadlines,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. BOE Hydis Technology Co., in accordance with Federal Rules of Civil Procedure 4(d), waives service of process under the Hague Convention.

2. BOE Hydis Technology Co. and BOE Hydis America Inc. waive any challenge to service, but will retain all other defenses and objections to the lawsuit or to the jurisdiction or venue of the court.

3. BOE Hydis Technology Co. and BOE Hydis America Inc. shall answer or otherwise respond to the First Amended Complaint on or before August 1, 2005.

| | |
|---|---|
| _/s/ Richard K. Herrmann_ | _/s/ John G. Day_ |
| Richard K. Herrmann (#405) | Steven J. Balick (#2114) |
| MORRIS JAMES HITCHENS & WILLIAMS | John G. Day (#2403) |
| 222 Delaware Avenue, 10th Floor | ASHBY & GEDDES |
| Wilmington, Delaware 19801 | 222 Delaware Avenue, 17th Floor |
| (302) 888-6800 | P.O. Box 1150 |
| rherrmann@morrisjames.com | Wilmington, Delaware 19899 |
| | (302) 654-1888 |
| Bryan S. Hales | sbalick@ashby-geddes.com |
| Craig D. Leavell | jday@ashby-geddes.com |
| Meredith Zinanni | |
| Eric Hayes | *Counsel for BOE Hydis Technology Co. and* |
| KIRKLAND & ELLIS LLP | *BOE Hydis America Inc.* |
| 200 East Randolph Drive | |
| Chicago, Illinois  60601 | |
| (312) 861-2000 | |

*Counsel for Guardian Industries Corp.*


SO ORDERED this _____ day of _____, 2005.

_____
Judge Sue L. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2005, I electronically filed the foregoing document, **STIPULATED ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801 | Josy W. Ingersoll, Esq.<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 |
| Robert W. Whetzel, Esq.<br>Matthew W. King, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | William Marsden, Esq.<br>Sean P. Hayes, Esq.<br>Fish & Richardson<br>919 N. Market Street, Suite 1100<br>Wilmington, DE  19801 |
| Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue,17th Floor<br>Wilmington, DE  19801 | |

Additionally, I hereby certify that on the 14th day of July, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Daniel T. Shvodian, Esq.<br>Teresa M. Corbin, Esq.<br>Howrey LLP<br>301 Ravenswood Avenue<br>Menlo Park, CA  94025-3434<br>shvodiand@howrey.com<br>corbint@howrey.com | York M. Faulkner, Esq.<br>Finnegan Henderson Farabow Garrett & Dunner<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675<br>york.faulkner@finnegan.com |
| Roderick B. Williams, Esq.<br>Avelyn M. Ross, Esq.<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746-7568<br>rickwilliams@velaw.com<br>aross@velaw.com | E. Robert Yoches, Esq.<br>Laura P. Masurovsky, Esq.<br>Finnegan Henderson Farabow Garrett & Dunner<br>901 New York Avenue, N.W.<br>Washington, D.C.  20001<br>bob.yoches@finnegan.com<br>laura.masurovsky@finngan.com |

| | |
|---|---|
| Michael Bettinger, Esq.<br>Preston Gates & Ellis LLP<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>mikeb@prestongates.com | Peter J. Wied, Esq.<br>Alschuler Grossman Stein & Kahan LLP<br>1620 26th Street, Fourth Floor, N Tower<br>Santa Monica, CA 90404-4060<br>pwied@agsk.com |
| Jeffrey K. Sherwood, Esq.<br>Akin Gump Strauss Hauer & Feld<br>1333 New Hampshire Avenie, NW<br>Washington, DC 20036<br>jsherwood@akingump.com | Kevin R. Hamel, Esq.<br>Aaron Ettelman, Esq.<br>Akin Gump Strauss Hauer & Feld<br>One Commerce Square<br>2005 Market Street, Suite 2200<br>Philadelphia, PA 19103<br>khamel@akingump.com<br>aettelman@akingump.com |
| Keven M. O'Brien, Esq.<br>Baker & McKenzie<br>815 Connecticut Avenue, N.W.<br>Washington, D.C. 20006<br>boehydis@bakernet.com | Robert C. Weems, Esq.<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA 94960<br>rcweems@comcast.net |
| Eric Wesenberg, Esq.<br>Kai Tseng, Esq.<br>Orrick Herrington & Sutcliffe<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>ewesenberg@orrick.com<br>ktseng@orrick.com | Robert J. Gunther, Jr., Esq.<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br>robert.gunther@lw.com<br>kurt.rogers@lw.com |

      */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*