# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **C.A. No.: 05-27-SLR** |
| | ) |
| **DELL, INC.;** | ) **Jury Trial** |
| **GATEWAY, INC.;** | ) **Demanded** |
| **HEWLETT-PACKARD CO.;** | ) |
| **ACER INC.; ACER AMERICA CORP.;** | ) |
| **AOC INTERNATIONAL;** | ) |
| **ENVISION PERIPHERALS, INC.;** | ) |
| **TPV TECHNOLOGY, LTD.; TPV INTERNATIONAL (USA), INC.;** | ) |
| **CHUNGHWA PICTURE TUBES, LTD. A/K/A CHUNGHWA** | ) |
| **PICTURE TUBES CO.;** | ) |
| **TATUNG CO.; TATUNG CO. OF AMERICA, INC.;** | ) |
| **BOE HYDIS TECHNOLOGY CO., LTD.;** | ) |
| **BOE HYDIS AMERICA INC.;** | ) |
| **CHI MEI OPTOELECTRONICS;** | ) |
| **COMPAL ELECTRONICS, INC.;** | ) |
| **HANNSTAR DISPLAY CORP.;** | ) |
| **JEAN CO., LTD.;** | ) |
| **LITE-ON TECHNOLOGY CORP.; LITE-ON, INC. A/K/A LITEON** | ) |
| **TRADING USA, INC.;** | ) |
| **MAG TECHNOLOGY CO., LTD.; MAG TECHNOLOGY USA, INC.;** | ) |
| **PROVIEW INTERNATIONAL HOLDINGS, LTD.; PROVIEW** | ) |
| **TECHNOLOGY, INC.; PROVIEW ELECTRONICS CO., LTD.; and** | ) |
| **QUANTA DISPLAY, INC.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## STIPULATION AND ORDER

WHEREAS, defendants Dell, Inc., Gateway Corp., Hewlett-Packard Co., Acer Inc., Acer

America Corp., Envision Peripherals, Inc., TPV Technology, Ltd., TPV International (USA),

Inc., Tatung Co., Tatung Co. of America, Inc., Compal Electronics, Inc., Jean Co., Ltd., Lite-On

Technology Corp., Lite-On, Inc. a/k/a/ Liteon Trading USA, Inc., MAG Technology Co., Ltd.,

MAG Technology USA, Inc., Proview International Holdings, Ltd., Proview Technology, Inc.

and Proview Electronics Co., Ltd. (collectively, "Movants") have moved to stay this case, or have informed Guardian of their intention to so move;

WHEREAS, during the June 29, 2005 Scheduling Conference, the Court granted Guardian Industries Corp.'s ("Guardian") Motion for Consolidated Briefing Schedule Regarding Defendants' Motions To Stay;

WHEREAS, Guardian Industries Corp. ("Guardian") and Movants wish to establish a schedule for the consolidated briefing on the motions to stay; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that:

1. Movants shall file all motions to stay on or before July 15, 2005.

2. Guardian shall file one consolidated opposition to the motions to stay on or before July 22, 2005.

3. Movants shall file one consolidated reply in support of the motions to stay on or before August 5, 2005.

_/s/ Richard K. Herrmann_
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric Hayes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
312.861.2000

_Counsel for Guardian Industries Corp._

_/s/ Richard L. Horwitz_
Richard L. Horwitz (I.D. No. 2246)
David E. Moore (I.D. No. 3983)
POTTER ANDERSON & CORROON
Hercules Plaza
1313 Market Street
Wilmington, Delaware 19899-0951
302.984.6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

_Counsel for Dell, Inc., Gateway Corp., Acer
Inc., Acer America Corp., Compal Electronics,
Inc., Jean Co., Ltd., Lite-On Technology Corp.,
Lite-On, Inc. a/k/a/ Liteon Trading USA, Inc.,
MAG Technology Co., Ltd., MAG Technology
USA, Inc., Proview International Holdings,
Ltd., Proview Technology, Inc. and Proview
Electronics Co., Ltd._

_/s/ Matthew W. King_
Robert W. Whetzel (I.D. No. 2288)
Matthew W. King (I.D. No. 4566)
RICHARDS, LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, Delaware 19801-3361
302.651.7700
whetzel@rlf.com
king@rlf.com

_Counsel for Envision Peripherals, Inc., TPV
Technology, Ltd., TPV International (USA),
Inc., Tatung Co., Tatung Co. of America, Inc.,
and Jean Co., Ltd._

_/s/ William J. Marsden_
William J. Marsden, Jr. (I.D. No. 2247)
Sean Hayes (I.D. No. 4413)
FISH & RICHARDSON
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
302.652.5070
marsden@fr.com
hayes@fr.com

_Counsel for Hewlett-Packard Co._

**SO ORDERED** this _____ day of _____, 2005.

_____
Judge Sue L. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2005, I electronically filed the foregoing document, **STIPULATION AND ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz, Esq. | Josy W. Ingersoll, Esq. |
| David E. Moore, Esq. | Young, Conaway, Stargatt & Taylor LLP |
| Potter Anderson & Corroon | The Brandywine Building |
| Hercules Plaza, 6th Floor | 1000 West Street, 17th Floor |
| 1313 N. Market Street | Wilmington, DE  19801 |
| Wilmington, DE  19801 | |
| | William Marsden, Esq. |
| Robert W. Whetzel, Esq. | Sean P. Hayes, Esq. |
| Matthew W. King, Esq. | Fish & Richardson |
| Richards, Layton & Finger, P.A. | 919 N. Market Street, Suite 1100 |
| One Rodney Square | Wilmington, DE  19801 |
| Wilmington, DE  19801 | |
| | |
| Steven J. Balick, Esq. | |
| John G. Day, Esq. | |
| Ashby & Geddes | |
| 222 Delaware Avenue,17th Floor | |
| Wilmington, DE  19801 | |

Additionally, I hereby certify that on the 15th day of July, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Daniel T. Shvodian, Esq. | York M. Faulkner, Esq. |
| Teresa M. Corbin, Esq. | Finnegan Henderson Farabow Garrett & Dunner |
| Howrey LLP | Two Freedom Square |
| 301 Ravenswood Avenue | 11955 Freedom Drive |
| Menlo Park, CA  94025-3434 | Reston, VA  20190-5675 |
| shvodiand@howrey.com | york.faulkner@finnegan.com |
| corbint@howrey.com | |
| | E. Robert Yoches, Esq. |
| Roderick B. Williams, Esq. | Laura P. Masurovsky, Esq. |
| Avelyn M. Ross, Esq. | Finnegan Henderson Farabow Garrett & Dunner |
| Vinson & Elkins | 901 New York Avenue, N.W. |
| 2801 Via Fortuna, Suite 100 | Washington, D.C.  20001 |
| Austin, TX  78746-7568 | bob.yoches@finnegan.com |
| rickwilliams@velaw.com | laura.masurovsky@finngan.com |
| aross@velaw.com | |

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC  20036
jsherwood@akingump.com

Keven M. O'Brien, Esq.
Baker & McKenzie
815 Connecticut Avenue, N.W.
Washington, D.C.  20006
boehydis@bakernet.com

Eric Wesenberg, Esq.
Kai Tseng, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA  94025
ewesenberg@orrick.com
ktseng@orrick.com

Peter J.Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA  90404-4060
pwied@agsk.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA  19103
khamel@akingump.com
aettelman@akingump.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960
rcweems@comcast.net

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
robert.gunther@lw.com
kurt.rogers@lw.com

_/s/ Richard K. Herrmann_
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*