IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORPORATIONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-27-SLR |
| | ) | |
| DELL, INC.; | ) | |
| GATEWAY, INC.; | ) | |
| HEWLETT-PACKARD COMPANY; | ) | |
| ACER INC.; | ) | |
| ACER AMERICA CORPORATION; | ) | |
| AOC INTERNATIONAL; | ) | |
| ENVISION PERIPHERALS, INC.; | ) | |
| TPV TECHNOLOGY, LTD.; | ) | |
| TPV INTERNATIONAL (USA), INC.; | ) | |
| AU OPTRONICS CORPORATION; | ) | |
| AU OPTRONICS CORPORATION AMERICA a/k/a | ) | |
| AU OPTRONICS AMERICA, INC.; | ) | |
| BENQ CORPORATION; | ) | |
| BENQ AMERICA CORPORATION; | ) | |
| CHUNGHWA PICTURE TUBES, LTD a/k/a | ) | |
| CHUNGHWA PICTURE TUBES COMPANY; | ) | |
| TATUNG COMPANY; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; | ) | |
| BOE HYDIS TECHNOLOGY COMPANY, LTD.; | ) | |
| BOE HYDIS AMERICA INC.; | ) | |
| CHI MEI OPTOELECTRONICS; | ) | |
| COMPAL ELECTRONICS, INC.; | ) | |
| DELTA ELECTRONICS, INC.; | ) | |
| DELTA PRODUCTS CORPORATION; | ) | |
| DELTA ELECTRONICS (THAILAND) PUBLIC | ) | |
| COMPANY, LTD.; | ) | |
| HANNSTAR DISPLAY CORPORATION; | ) | |
| JEAN CO., LTD.; | ) | |
| LITE-ON TECHNOLOGY CORPORATION; | ) | |
| LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; | ) | |
| MAG TECHNOLOGY COMPANY, LTD.; | ) | |
| MAG TECHNOLOGY USA, INC.; | ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; | ) | |
| PROVIEW TECHNOLOGY, INC.; | ) | |
| PROVIEW ELECTRONICS COMPANY, LTD.; and | ) | |
| QUANTA DISPLAY, INC., | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Quanta Display, Inc., caused copies of Defendant Quanta Display Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) to be served on July 20, 2005 on the following counsel of record in the manner indicated:

**BY FACISIMILE AND U.S. MAIL**

>Richard K. Herrmann, Esquire
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue
>Wilmington, DE  19801
>*Attorneys for Plaintiff Guardian Industries Corp.*
>
>Robert W. Whetzel, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE  19801
>*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a*
>*Chunghwa Picture Tubes Company; Tatung Company;*
>*Tatung Company of America, Inc. and Jean Co., Ltd.,*
>*Jean Co. Ltd.*
>
>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801
>*Attorneys for Dell, Inc., Mag Technology Co., Ltd.*
>*and Mag Technology USA, Inc., Acer Inc., Acer America*
>*Corp., Compal Electronics, Inc., Lite-on Technology*
>*Corp., Lite-on Inc., Proview International Holdings,*
>*Ltd., Proview Technology, Inc.*
>
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801
>*Attorneys for Gateway, Inc. ,Mag Technology Company*
>*Ltd., Mag Technology USA, Inc., Hewlett-Packard*
>*Company, Dell Inc.*

Gerard M. O'Rourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for AU Optronics Corp. America, Benq Corp., Benq America Corp.*

Steven Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington DE 19801
*Attorneys for BOE HYDIS America Inc., BOE HYDIS Technology Company Ltd.*

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801
*Attorneys for Hewlett-Packard Company*

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Attorneys for Plaintiff Guardian Industries Corp.*

Daniel T. Shvodian, Esquire
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company; Tatung Company of America, Inc. and Jean Co., Ltd.*

Teresa M. Corbin, Esquire
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company; Tatung Company of America, Inc. and Jean Co., Ltd.*

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746
*Attorneys for Dell, Inc.*

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on July 22, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19801
*Attorneys for Plaintiff Guardian Industries Corp.*

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company; Tatung Company of America, Inc. and Jean Co., Ltd., Jean Co. Ltd.*

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Dell, Inc., Mag Technology Co., Ltd. and Mag Technology USA, Inc., Acer Inc., Acer America Corp., Compal Electronics, Inc., Lite-on Technology Corp., Lite-on Inc., Proview International Holdings, Ltd., Proview Technology, Inc.*

David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Gateway, Inc. ,Mag Technology Company Ltd., Mag Technology USA, Inc., Hewlett-Packard Company, Dell Inc.*

Gerard M. O'Rourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for AU Optronics Corp. America, Benq Corp., Benq America Corp.*

Steven Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington DE 19801
*Attorneys for BOE HYDIS America Inc., BOE HYDIS Technology Company Ltd.*

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801
*Attorneys for Hewlett-Packard Company*

**BY FEDERAL EXPRESS**

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Attorneys for Plaintiff Guardian Industries Corp.*

Daniel T. Shvodian, Esquire
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company; Tatung Company of America, Inc. and Jean Co., Ltd.*

Teresa M. Corbin, Esquire
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company; Tatung Company of America, Inc. and Jean Co., Ltd.*

        Roderick B. Williams, Esquire
        Avelyn M. Ross, Esquire
        Vinson & Elkins
        2801 Via Fortuna, Suite 100
        Austin, TX 78746
        *Attorneys for Dell, Inc.*

Date: July 22, 2005

        /s/ Josy W. Ingersoll
        Josy W. Ingersoll (#1088)
        YOUNG CONAWAY STARGATT & TAYLOR, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        Telephone: 302-571-6600
        jingersoll@ycst.com
        Counsel for Defendant Quanta Display, Inc.

OF COUNSEL:

Peter J. Wied, Esquire
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, Ca 90071-2228
Telephone: 213-683-6000