# EXHIBIT   A

**Guardian v. Dell et al.: Status of Defendants as of 7/18/05/05**

| Movants: | Other Defendants: | Settled Defendants: |
|---|---|---|
| Acer<br>Acer America | BOE HYDIS Tech. Co.<br>BOE HYDIS America | AU Optronics<br>AU Optronics America |
| Compal Electronics | Chunghwa Picture Tubes | BenQ Corp.<br>BenQ America Corp. |
| Dell | Hannstar Display | Chi Mei Optoelectronics |
| Gateway | Quanta Display | Delta Electronics<br>Delta Products<br>Delta Electronics (Thailand) |
| Hewlett-Packard | | |
| Jean | | |
| Lite-On Tech.<br>Lite-On, Inc. | | |
| MAG Tech.<br>MAG Tech. USA | | |
| Proview Int'l<br>Proview Tech.<br>Proview Electronics | | |
| Tatung<br>Tatung of America | | |
| TPV Tech.<br>TPV Int'l (USA)<br>Envision Peripherals | | |

# EXHIBIT  B

**DisplaySearch**   KEY:   LCD Manufacturer    OEM    Reseller

Q204 Monitor Value Chain Spreadsheet

| Monitor OEM Maker | NEC PC | NEC-MITSUBISHI | FUJITSU | SONY | EIZO NANAO | HITACHI | SHARP | SAMSUNG | LGE | Cornea | IMAGE QUEST | IMRI | PHILIPS | BENQ | AMTRAN | CORETRONIC | TATUNG | COMPAL | LITEON | DELTA | Techview | CMV | JEAN | AOC | SAMPO | PROVIEW | GVISION | NEXGEN | TAIWAN OTHERS | WW OTHERS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADI | | | 11.3 | 13.0 | | | | | | | | | | | 5.0 | | | | | | | | | 2.0 | | | | | | | 31.3 |
| Fujitsu | | | 9.7 | 15.0 | | | | | 5.0 | | | | 2.0 | 49.5 | | 12.0 | | | | 1.0 | 10.0 | 13.0 | 3.0 | 5.0 | | 5.0 | | 5.0 | | | 135.2 |
| Hitachi | | | 1.0 | 20.0 | 18.0 | | 4.0 | | | | | | | | 15.0 | | | | 10.0 | | | | | | | | | | | 2.0 | 70.0 |
| NEC | 13.5 | 21.5 | | | | | | | | | | | | | | | | | | | | | | 12.0 | | | | | | | 47.0 |
| Sharp | | | | | | | 25.0 | 10.0 | | | | | | | 5.0 | | | | | | | | | 5.0 | 10.0 | | | | | 8.0 | 63.0 |
| Torisan | | | | | | | | 92.0 | | | | | | | 15.0 | | | | | | | | | 15.0 | | | | | | 3.0 | 125.0 |
| BOE_Hydis | | | | | | | | 10.0 | 7.6 | 5.0 | 5.0 | | 15.1 | | | 20.0 | 25.0 | | 5.0 | | | | | 40.0 | | 10.0 | | | | 4.1 | 146.8 |
| LG.Philips | | 37.5 | | 16.0 | | 1.0 | | | 450.0 | | 50.0 | 5.0 | 276.5 | 143.5 | 15.5 | 3.0 | | | 22.0 | | 33.5 | | | 115.0 | 10.5 | 5.0 | | | 20.5 | 26.0 | 1282.0 |
| Samsung | 4.0 | 20.0 | 25.0 | 25.0 | | | 7.0 | 580.0 | | 18.0 | 54.0 | 6.0 | | 113.0 | 28.0 | 10.0 | 34.0 | | 190.0 | 10.0 | | 3.0 | | 191.0 | 4.0 | 50.0 | 15.0 | | 20.0 | 56.0 | 1468.0 |
| AU_Optronics | | | 27.0 | | | | | 30.0 | 15.0 | | | | 8.0 | 357.0 | 20.0 | 51.0 | 5.0 | | 145.0 | 10.0 | 5.0 | | | 94.0 | 24.0 | 70.0 | 21.0 | | 26.7 | 16.7 | 960.3 |
| Chi Mei | | | | | | | | 26.0 | 8.0 | | | | 13.0 | 25.0 | 20.0 | 35.0 | | | 50.0 | | 21.0 | | 30.0 | 17.0 | | 25.7 | 7.0 | 238.0 | 10.0 | 6.0 | 531.7 |
| IDTech | | | | | 1.0 | | | | | | | | 10.0 | | | | | | | | | | | | | | | | 2.5 | 0.9 | 14.4 |
| CPT | | 25.0 | | | | | | 30.0 | 22.0 | | | | 33.0 | 55.0 | 15.0 | 16.0 | | | 125.0 | 15.0 | 75.0 | 22.0 | | 125.0 | | 190.0 | | 35.0 | 32.3 | | 815.3 |
| HannStar | | | | | | | | | 20.0 | | | | | 12.0 | | 3.0 | | | | 30.0 | 5.0 | | | 345.0 | 5.0 | | | | 49.0 | | 489.0 |
| Innolux | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 5.0 | 1.0 | 6.0 |
| QDI | | 13.0 | | | | | | | | | | | | 90.0 | | | | | | | | 65.0 | 25.0 | 45.0 | | 5.0 | | | | 54.7 | 297.7 |
| Toppoly | | | | | | | | | | | | | | | | | | | | | 10.0 | | | | | | | | | | 5.0 |
| **TFT-LCD Supplier TOTAL** | 17.5 | 118.0 | 61.7 | 56.3 | 63.0 | 1.0 | 52.0 | 779.6 | 525.0 | 19.0 | 109.0 | 26.1 | 419.5 | 683.5 | 188.0 | 115.0 | 180.0 | 172.0 | 615.0 | 59.5 | 98.5 | 35.0 | 128.0 | 1076.0 | 53.5 | 215.7 | 43.0 | 238.0 | 225.7 | 123.7 | 6497.7 |
| NEC | 13.8 | | | | | | | | | | | | | | | | | | | | 38.5 | | | 6.4 | | | | | | | 58.7 |
| NMV | | 98.9 | | | | | | | | | | | | 12.0 | | | | | | | 38.0 | 40.0 | | 27.0 | | | | | | | 215.9 |
| Fujitsu | | | 48.5 | | | | | | | | | | | | 2.0 | | | | | | | | | 5.0 | | | | | | | 55.5 |
| Samsung | | | | | | | | 485.6 | | | | | | | | | | | | | | | | | | | | | | | 485.6 |
| Sony | | | | 46.0 | | | | | 70.8 | | | | | | 38.0 | | | | | | | | | 68.0 | | | | | | | 222.8 |
| Dell | | | | | | | | 134.2 | 33.3 | | | | 10.0 | 252.3 | | | | | 269.3 | | | | | 179.3 | | | | | | | 878.4 |
| HP | | | | | | | | | | | | | | 93.5 | 80.0 | 33.6 | 35.0 | | 85.0 | | | | | 180.6 | | | | | | | 507.8 |
| Viewsonic | | | | | | | | | | | | | | | 0.9 | 18.0 | | | | | 12.9 | 11.0 | | 48.4 | | 16.0 | | | 38.7 | 8.8 | 154.7 |
| IBM | | | | | | | | 20.5 | 26.4 | | | | | | | 26.9 | | | | | | | | 55.0 | | | | | | 3.1 | 131.9 |
| Eizo Nanao | | | | | 48.0 | | | | | | | | | | | 6.0 | | | | | | | | | | | | | | | 54.0 |
| Philips | | | | | | | | | | | | | 171.7 | | | | | | 5.0 | | | | | | | | | | | | 176.7 |
| Hitachi | | | | | | 1.1 | | | | | | | | | | | | | | | | 32.5 | 3.0 | | | | | 11.7 | | | 48.3 |
| Sharp | | | | | | | 37.1 | | | | | | | 11.0 | | | | | | 3.0 | | | | | 35.0 | | | | | | 86.1 |
| Iiyama | | | | | | | | | | | | | | | | | | | | | | 10.8 | 30.2 | | | | | 9.0 | 1.3 | 1.5 | 52.8 |
| Gateway | | | | | | | | 24.6 | | | | | | | | | | | | 5.0 | 7.8 | 18.0 | | | | | | | | | 55.4 |
| Apple | | | | | | | | 14.7 | | | | | | 10.3 | | | | | | | | | | | | | | | | | 25.0 |
| Melco | | | | | | | | | | | | | | 2.0 | | 2.0 | 6.0 | | | 2.0 | | | | 10.0 | | | | | | | 22.0 |
| CMV | | | | | | | | | | | | | | | | | | | | | | 31.0 | | | | | | | 47.0 | | 78.0 |
| Siemens | | | | | | | | | | | | | | 17.0 | 9.8 | | | | 22.0 | | | | | | | 27.3 | | 28.5 | | | 104.7 |
| LGE | | | | | | | | | 230.4 | | | | | | | | | | | | | | | | | | | | | | 230.4 |
| Benq | | | | | | | | | | | | | | 151.9 | | | | | | | | | | | | | | | | | 151.9 |
| IO Data | | | | | | | | | | | | | | | 14.8 | | | | | | | | | | | 15.0 | | | | | 29.8 |
| Lenovo | | | | | | | | | | | | 20.0 | | | | | | | | | | | | 58.7 | | | 14.0 | | | | 92.7 |
| Acer | | | | | | | | | | | | | | | | | | | 53.5 | | | | 26.9 | 34.4 | | | 2.0 | 90.1 | | | 207.0 |
| AG Neovo | | | | | | | | | | | | | | | | | | | | | | 16.4 | | | | | | | | 1.0 | 17.4 |
| AOC | | | | | | | | | | | | | | | | | | | | | | | | 52.7 | | | | | | | 52.7 |
| Proview/MAG | | | | | | | | | | | | | | | | | | | | | | | | | | | | 95.1 | | | 95.1 |
| Others | | | | | | | 14.4 | 60.1 | 13.3 | 91.3 | | 20.0 | 27.5 | 82.7 | 58.5 | 36.1 | 44.7 | 19.1 | 79.1 | 17.1 | 19.7 | 45.2 | 122.8 | 12.8 | 56.1 | 31.0 | 34.8 | 90.0 | 106.3 | | 1082.4 |
| **Total** | 13.8 | 98.9 | 48.5 | 46.0 | 48.0 | 1.1 | 37.1 | 654.7 | 460.3 | 13.3 | 91.3 | 20.0 | 339.7 | 566.9 | 159.4 | 49.7 | 150.7 | 132.0 | 533.3 | 45.9 | 77.6 | 31.0 | 104.4 | 907.3 | 40.5 | 195.7 | 31.0 | 219.6 | 101.1 | 111.0 | 5373.7 |

# EXHIBIT   C





What's New    About TATUNG    Worldwide Offices    Product Overview

Organization
Philosophy
History

## Organization
### Major Domestic Subsidiaries

Major Factories
Major Overseas
Subsidiaries
Organization Chart

| | | |
|---|---|---|
| Chunghwa Picture Tubes Co. | Tel: 886-3-3675151<br>Fax: 886-3-3629441 | CRT Tube, LCD |
| Taiwan Telecommunication Industry Co., Ltd (TTIC) | Tel: 886-2-25963788<br>Fax: 886-2-25991076 | provides IP Videoconferencing (STB), Videophone, Multi-media Payphone, Internet Phone, VoIP gateway, Digital Antenna, and Digital Pair-Gain System. |
| Forward Electronics Co. | Tel: 886-2-26730411<br>Fax: 886-2-26735889 | Wire/Wireless Keyboard, Mouse, MPEG card, Graphic Card |
| Tatung OTIS Elevator Co. | Tel: 886-2-25961151<br>Fax: 886-2-25962940 | |
| SHANG CHIH CONTAINER TERMINAL CO., LTD | Tel:886-2-24312181<br>Fax:886-2-24318938 | Transporting, loading and unloading cargo, customs clearance container repa |
| TATUNG PRECISE METER CO., .LTD | Tel:886-2-28938482 | Speedometers, tachometers, fuel-meters, temperature-meters, tank indicators |
| Kuender&Co., Ltd | Tel:886-3-4732311~5<br>Fax:886-3-4732316<br>4732448 | Plastic injection molding |
| TATUNG TDK CO., LTD | Tel:886-3-4829131<br>Fax:886-3-4829135 | Soft-ferrite core, video display terminals, electronic devices |
| TATUNG FANUCROVOTICS CO., LTD | Tel:886-2-25925252#2355<br>Fax:886-2-25984565 | Production, sales, installation, and service of robotics for factory automation |
| TATUNG SM-CYCLO CO., LTD | Tel:886-2-25925252#2583.2584<br>Fax:886-2-25936062 | Speed reducers, speed variators |
| TISNet Technology Inc. | Tel:886-2-25984547<br>25984508<br>Fax:886-2-25984467 | Intranet, internet, lease line & dial up, virtual industry network, virtual industry dial-up network, quality & security control, phone & fax transfer, visual display |

| | | meeting, integration of multifunction, e-commerce, virtual host, host lease, home page |
|---|---|---|
| TATUNG EMC TECHNOLOGO CO. | Tel:886-2-25925252#2490 Fax:886-2-25859255 | |
| TATUNG OKUMA CO., LTD. | Tel:886-2-26748678 Fax:886-2-26713524 | Slide way grinding machines, NC bearing machines, CNC machining centers, double column milling machines, heat treatment equipment |
| TATUNG ATHERTON CO., LTD. | Tel:886-2-25925252#2280 Fax:886-2-25867996 | wines |
| TATUNG SYSTEM TECHNOLOGIES INC. | Tel:886-2-25915266 Fax:886-2-25957606 | |
| TATUNG CONSUMER PRODUCTS (TAIWAN) CO.,LTD. | Tel:886-2-25925252#2313 Fax:886-2-25984506 | |
| TATUNG COATINGS CO. | Tel:886-3-4830321 Fax:886-3-4838381 | Electrodepositing coatings, home appliances coatings, industrial coatings |
| SHANG CHIH CHEMICAL INDUSTRY CO. | Tel:886-2-25925252 | ABS plastic, color dyes |
| TATUNG CIE CASPING CO., LTD. | Tel:886-2-26736888 Fax:886-2-26722264 | ¡@ |
| TATUNG CHUGAI PRECIOUS METALS CO., LTD. | Tel:886-3-3863111 | Contact material, silver soldering bar, silver alloy material, silver panel, silver conductive material |
| TATUNG FORESTRY AND CONSTRUCTION COMPANY | Tel:886-2-25925252#2460 Fax:886-2-25925252#2318 | Civil engineering, architectural design, construction |
| HSIEH CHIH INDUSTRIAL LIBRARY PUBLISHING CO. | Tel:886-2-25925252#3421 Fax:886-2-25941371 | Literary and social sciences books |
| TATUNG HORTICULTURE CO., LTD. | Tel:886-2-25925252#2458 | A variety of trees and flowers |
| CHUNG HWA ELECTRONIC DEVELOPMENT CO., | Tel:886-2-25925252#2255 | Investment into companies in electronic components and products |

LTD.

| | | |
|---|---|---|
| TATUNG ELECTRONICS CO., LTD. | Tel:(886-2-25925252#3400 | ¡@ |
| Taipei Industrial Co. | Tel:886-2-22189323 | Premixed cement and gravel |
| SAN CHIH SEMICONDUCTOR CO., LTD. | Tel:886-2-25925252#3386 | ¡@ |
| FORWARD ELECTRONICS LTD. | Tel:886-2-26730411 Fax:886-2-26735889 | |
| TOPPAN CHUNGHWA ELECTRONICS CO., LTD. | Tel:886-2-3643300 Fax:886-2-3649922 | ¡@ |

¡@

# EXHIBIT  D

**ORIGINAL**

1

120

1    IN THE UNITED STATES DISTRICT COURT
     IN AND FOR THE DISTRICT OF DELAWARE
2
                        - - -
3
     HONEYWELL INTERNATIONAL, INC.     :     CIVIL ACTIONS
4    et al.                           :
                                      :
5              Plaintiffs,            :     **Guardian (34190-23)**
                                      :
6          v.                         :
                                      :
7    AUDIOVOX COMMUNICATIONS CORP.,   :
     et al.                           :
8                                     :
               Defendants             :     NO. ▓▓▓▓▓▓(KAJ)
9    ------------------------------   :
     HONEYWELL INTERNATIONAL, INC.    :
10   et al.                           :
                                      :
11             Plaintiffs,            :
                                      :
12         v.                         :
                                      :
13   APPLE COMPUTER, INC., et al.,    :
                                      :
14             Defendants             :     NO. 04-1338 (KAJ)
15   ------------------------------   :
     OPTREX AMERICA, INC.,            :
16                                    :
               Plaintiff,             :
17                                    :
           v.                         :
18                                    :
     HONEYWELL INTERNATIONAL, INC.,   :
     et al.                           :
19                                    :
               Defendants             :     NO. 04-1536 (KAJ)
20                      - - -
21                  Wilmington, Delaware
               Monday, May 16, 2005 at 9:30 a.m.
22                  STATUS CONFERENCE
23                      - - -
24   BEFORE:      HONORABLE KENT A. JORDAN, U.S.D.C.J.
25                      - - -

16

1   on the record?

2           Okay.  You know, just taking introductions

3   demonstrates why this case probably needs some help, so here

4   is how I intend to hear argument this morning.  The first

5   thing I want to deal with is the Seiko Epson motion to

6   intervene and so whoever is speaking for Seiko Epson, please

7   come forward and I'll hear what you have to say and then

8   I'll hear what the plaintiffs have to say in response,

9   recognizing that the plaintiffs say, hey, we don't mind if

10  they intervene just as long as they stay at the back of the

11  line.  So that is what you ought to be focus on.

12          MR. BENSON:  Thank you, Your Honor.  As you

13  mentioned, the only argument on behalf of the plaintiff is

14  that Seiko Epson's intervention be conditioned upon its

15  customers going to trial first and Seiko Epson essentially

16  having to wait at the side line and go to trial later.

17  Seiko Epson is one of the real parties in interest in this

18  case, is one of the LCD manufacturers.

19          The patent at issue is really directed toward

20  LCDs and specifically some of the internal features and

21  structures of those LCDs.  As a manufacturer, we're able to,

22  are prepared to defend the infringement claims against

23  products that contain those LCDs but our customers do not

24  have the information that we do concerning the design and

25  manufacturer of manufacture of those accused components

1    that they simply purchase from us and put those into laptop

2    computers, cell phones, digital cameras and so forth.

3    And so as the real party in interest, we are, as the

4    manufacturer, really the party that ought to be going

5    first or at least at a minimum shouldn't be stayed in

6    having our customers going to trial first without us.

7                I'm not aware of any cases, your Honor, in which

8    a manufacturer intervened where its component products were

9    accused of infringement and then the manufacturer was stayed

10   either as a condition of intervention or otherwise while its

11   customers went to trial first.  That would be severely

12   prejudicial both to our customers and to Seiko Epson.  The

13   customers going to trial, not having designed, manufactured

14   the components accused of infringement, not being in the LCD

15   technology industry and yet they're left to defend those

16   products.

17               Seiko Epson would certainly be prejudiced

18   having to wait on the side lines and go second, given the

19   possibility of its customers being enjoined from purchasing

20   the products, the possibility of us having to indemnify

21   perhaps some of those customers for judgments entered.  And

22   there is simply no precedent or logic to the approach.

23   There aren't a lot of cases.

24               There is some motions to stay pending, motions

25   which seek to stay the customers while the manufacturers go

25

1      Is there something different about on the

2  discovery would take if you are taking it a year from now as

3  opposed to now?

4      MR. LUECK:  Well, I think there would be some

5  duplication but I can't a stand here and tell you, Your

6  Honor, with great accuracy without any discovery exactly how

7  that would play out.

8      The answer to your question from my standpoint

9  is this:  If we start with the products that we know are

10  going to be sold in the United States, which is the end

11  products, that the transactions take place here, and we

12  try that case, we have corralled the entire scope of the

13  infringement.

14      If we go with the product manufacturer or the

15  module manufacturers first, then what we're going to do is

16  we're going to have some modules that will be included and

17  some modules that won't.  And I think that does lead to a

18  confusing and duplicative effort.  And if the issue is the

19  complexity of figuring out the infringement for the end

20  product manufacturers, I'd like to address that for just a

21  moment, because I don't think that complicates the action.

22      THE COURT:  I will hear you on that, but I also

23  want to hear you a little further.  And I'm going to ask

24  somebody in this group, whoever is speaking in response to

25  it, to speak to me about the first point you made which was

45

1    don't want you to be concerned that everything that happens

2    there, you are going to be in the same mold, because there

3    may be sound reasons to do things somewhat differently.

4              But I don't think there is a sound reason to

5    depart from the traditional rule which is in many cases and

6    has reached a point of being memorialized in the manual on

7    complex litigation that says you ought to give the people

8    who are making the accused device face the music, and let

9    them face it in the first instance, particularly in a case

10   like this where there is not something else going on where

11   these people are infringing.  They're taking something that

12   you say infringes and they're putting it into the stuff they

13   sell.  And so settling whether those components infringe,

14   if we got all the manufacturers in, would settle the thing

15   entirely.  If we don't get them all in, we will have

16   substantially reduced the universe of litigation that has to

17   go forward against the -- and I will use the term "end

18   product manufacturers" for ease of reference, with all due

19   respect to the folks from Nikon.  It's just likely to make

20   things more manageable in a way that is consistent with the

21   fair administration of justice.

22             So I'm going to grant some type of stay to the

23   end product manufacturers but the contours of that are

24   something that I'm open to discuss within bounds of reason.

25   In short, I think you made a persuasive case for needing to

46

1    find out from these people who is supplying what to who and

2    for what products.

3              And I will let the plaintiffs go after that in

4    discovery.  I'll open that as the first front in your war.

5    You find out who is doing the manufacturing and supplying

6    for who and for what products.

7              It may be that down the road, I'll lift the stay

8    again to some limited extent to allow product's success,

9    secondary consideration kind of discovery, but that is to me

10   an issue for another day.  Right now, the issue is who does

11   it make sense for you to get in here first and start suing.

12             Well, you got Optrex who is here saying "I want

13   in."  You got Seiko Epson who is here saying "I want in."

14   These are my customers and I want to stand behind my product

15   and make them sue them first because I'm the one who can

16   tell you whether it's infringing or not.

17             And I am going to grant Seiko Epson's motion

18   and let them in.  And I'm going to grant your motion to

19   consolidate because this is all one big happy family of

20   problems now and everybody is going to be in the same case,

21   and we'll come up with some kind of appropriate consolidated

22   case caption.

23             And I will give you a generous time period but

24   not overly generous to figure out who else you want to try

25   to haul in here on the manufacturers side, and then we'll

# EXHIBIT   E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: |
| v. | ) 05-27-SLR |
| | ) |
| DELL, INC.; GATEWAY, INC.; HEWLETT-PACKARD CO.; | ) Jury Trial |
| ACER INC.; ACER AMERICA CORP.; | ) Demanded |
| AOC INTERNATIONAL; ENVISION PERIPHERALS, INC.; | ) |
| TPV TECHNOLOGY, LTD.; TPV INTERNATIONAL (USA), | ) |
| INC.; AU OPTRONICS CORP.; AU OPTRONICS | ) |
| CORPORATION AMERICA A/K/A AU OPTRONICS | ) |
| AMERICA, INC.; BENQ CORP.; BENQ AMERICA CORP.; | ) |
| CHUNGHWA PICTURE TUBES, LTD. A/K/A CHUNGHWA | ) |
| PICTURE TUBES CO.; TATUNG CO.; | ) |
| TATUNG CO. OF AMERICA, INC.; BOE HYDIS | ) |
| TECHNOLOGY CO., LTD.; BOE HYDIS AMERICA INC.; | ) |
| CHI MEI OPTOELECTRONICS; COMPAL ELECTRONICS, | ) |
| INC.;  HANNSTAR DISPLAY CORP.; JEAN CO., LTD.; | ) |
| LITE-ON TECHNOLOGY CORP.; LITE-ON, INC. A/K/A | ) |
| LITEON TRADING USA, INC.; MAG TECHNOLOGY CO., | ) |
| LTD.; MAG TECHNOLOGY USA, INC.; PROVIEW | ) |
| INTERNATIONAL HOLDINGS, LTD.; PROVIEW | ) |
| TECHNOLOGY, INC.; PROVIEW ELECTRONICS CO., LTD.; | ) |
| and QUANTA DISPLAY, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF CRAIG LEAVELL

I, Craig Leavell, make the following Declaration in support of Guardian's Opposition to the Motions to Stay of Dell, Gateway, and Lite-On.  I declare and state as follows:

1.   I am a member in good standing of the bar of the State of Illinois.  I am a partner with the law firm of Kirkland & Ellis LLP, counsel for Plaintiff Guardian Industries Corporation ("Guardian") in the above-referenced matter.

2.  I have personal knowledge of all facts set forth in this Declaration, and could testify to these facts if called to do so.

3.  I represented Guardian Industries Corp. in *Guardian Industries Corp. v. Samsung Electronics, et al.*, C.A. No. 1:03-cv-00934-SLR ("Guardian I"). In that case, the defendants were initially concerned about the joinder of multiple defendants and the proper order of trial. To address their concerns, the Court's Scheduling Order included a Status Conference, to be held approximately two months before the trial date. That Status Conference was to address trial management issues, such as whether multiple trials were necessary, and if so, the order of those trials. (D.I. 43 ¶ 11 of C.A. No. 1:03-cv-00934-SLR.)

4.  In Guardian I, LCD manufacturing defendants, such as Mitsubishi Electric Corporation, asserted during discovery that they did not know whether LCD modules sold to its OEMs located outside the U.S. were then sold to the U.S. According to Mitsubishi, the only LCD modules that they knew were sold in the U.S. were the small percentage of sales sold directly by Mitsubishi to customers in the U.S.

5.  In Guardian I, one reseller, ViewSonic Corporation, did not present its own invalidity and non-infringement positions. Rather, it relied upon the positions taken by Mitsubishi Electric to form its defense.

6.  In Guardian I, resellers NEC-Mitsubishi Visual Systems and ViewSonic originally took the position that they could not identify which of their LCD products included Fuji Wide View film. Eventually, either on their own or with help from Guardian, both NEC-Mitsubishi and ViewSonic were able to identify which of their LCD products included Fuji Wide View film.

2

7.   In this case, the parties are currently negotiating a Proposed Scheduling Order to present to the Court.  The current draft of the Proposed Scheduling Order includes a Status Conference for addressing trial management issues.  No defendant has objected to this provision of the Proposed Scheduling Order.

8.   Four of the defendant groups named in this case have already settled the litigation and taken licenses to Guardian's patents: AU Optronics, BenQ Corporation, Chi Mei Optoelectronics, and Delta Electronics.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States, and that this Declaration was executed on June 21, 2005, in Chicago, Illinois.

Craig Leavell

3