IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br><br> Plaintiff, <br> v. <br><br> DELL, INC., et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-27-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATED ORDER

WHEREAS defendant HannStar Display Corporation is a Taiwan corporation;

WHEREAS, HannStar Display Corporation and Guardian Industries Corp. have negotiated an agreement regarding service and response deadlines,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. HannStar Display Corporation shall answer, move or otherwise respond to the First Amended Complaint on or before August 15, 2005.

2. This stipulation is without prejudice to either party requesting a further extension of time to answer, move or otherwise respond.

| | |
|---|---|
| /s/ Richard L. Horwitz | /s/ Richard K. Herrmann |
| Richard L. Horwitz (No. 2246) | Richard K. Herrmann (No. 405) |
| David E. Moore (No. 3983) | Mary B. Matterer (No. 2696) |
| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS |
| Hercules Plaza, 6th Floor | 222 Delaware Avenue, 10th Floor |
| 1313 N. Market Street | Wilmington, Delaware 19801 |
| P.O. Box 951 | (302) 888-6800 |
| Wilmington, Delaware 19899 | |
| (302) 984-6000 | Bryan S. Hales |
| | Craig D. Leavell |
| *Of Counsel:* | Meredith Zinanni |
| | Eric D. Hayes |
| E. Robert Yoches | KIRKLAND & ELLIS |
| Laura P. Masurovsky | 200 East Randolph Drive |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. | Chicago, Illinois 60601 |
| 901 New York Avenue, N.W. | (312) 861-2000 |
| Washington, D.C. 20001 | |
| (202) 408-4000 | *Counsel for Guardian Industries Corp.* |

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, Virginia 20190
(571) 203-2700

John R. Alison
Ya-Chiao Chang
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
12D, 167 DunHua North Road
Taipei 105, Taiwan, R.O.C.
(886)-2-2712-7001

*Counsel for Defendant
HannStar Display Corporation*                    692180

    SO ORDERED this _____ day of _____, 2005.

                                                          _____
                                                          JUDGE SUE L. ROBINSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on July 26, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Robert W. Whetzel
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Gerald M. O'Rourke
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

I hereby certify that on July 26, 2005, I have Federal Expressed the documents to the following non-registered participants:

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Teresa M. Corbin
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 9410534

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

Jeffrey K. Sherwood
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Terry D. Garnett
Peter J. Wied
Paul Hastings Janofsky & Walker
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

Robert C. Weems
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

Kurt M. Rogers
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834

E. Robert Yoches
Laura P. Masurovsky
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001

Michael J. Bettinger
Timothy P. Walker
Preston Gates & Ellis LLP
Suite 1700
55 Second Street
San Francisco, CA 94105

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

679634

2