# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1751
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

July 27, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE  19801

>     Re:   *Guardian Industries Corp. v. Dell, Inc., et al.*
>           **D. Del., C.A. No. 05-027 SLR**

Your Honor:

Following up on the scheduling teleconference held on June 29th, enclosed for Your Honor's approval, please find the parties' proposed Scheduling Order.

>                                   Respectfully,
>
>                                   */s/ Richard K. Herrmann*
>
>                                   Richard K. Herrmann

RKH/sch
Enclosure

cc:  All counsel (via email)