IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP.,<br><br>                               Plaintiff,<br><br>                    v.<br><br>DELL, INC., GATEWAY, INC HEWLETT-PACKARD COMPANY;ACER INC.; ACER AMERICA CORPORATION; AOC INTERNATIONAL; ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; TPV INTERNATIONAL (USA), INC.;AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA a/k/a AU OPTRONICS AMERICA, INC.; BENQ CORPORATION; BENQ AMERICA CORPORATION; CHUNGHWA PICTURE TUBES, LTD. a/k/a CHUNGHWA PICTURE TUBES COMPANY; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; BOE HYDIS TECHNOLOGY COMPANY, LTD; BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; COMPAL ELECTRONICS, INC.; DELTA ELECTRONICS, INC.; DELTA PRODUCTS CORPORATION; DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY, LTD.; HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; LITE-ON TECHNOLOGY CORPORATION; LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; MAG TECHNOLOGY COMPANY, LTD.; MAG TECHNOLOGY USA, INC.; PROVIEW INTERNATIONAL HOLDINGS, LTD.; PROVIEW TECHNOLOGY, INC.; PROVIEW ELECTRONICS COMPANY, LTD.; and QUANTA DISPLAY, INC.<br><br>                              Defendants. | C.A. No.: 05-27-SLR<br><br>Jury Trial Demanded |

**DEFENDANTS TPV TECHNOLOGY, LTD,
TPV INTERNATIONAL (USA), INC., AND ENVISION PERIPHERALS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendants TPV Technology, Ltd., TPV International (USA), Inc., and Envision Peripherals, Inc., in the above-captioned action, by and through their attorneys disclose:

      There is no parent corporation of TPV Technology, Ltd., nor is there any publicly held corporation that owns 10 percent or more of its stock.

Top Victory Investments Ltd. owns more than 10 percent of TPV International (USA), Inc.

Top Victory Investments Ltd. owns more than 10 percent of Envision Peripherals, Inc.

|  |  |
|---|---|
| Of Counsel: | RICHARDS, LAYTON & FINGER, P.A. |
| Michael J. Bettinger<br>Timothy P. Walker<br>Preston Gates & Ellis LLP<br>55 Second Street<br>Suite 1700<br>San Francisco, CA 94105<br>(415)882-8200<br><br>Dated: August 2, 2005 | /s/ Robert W. Whetzel<br>Robert W. Whetzel (#2288)<br>whetzel@rlf.com<br>Matthew W. King (#4566)<br>king@rlf.com<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2005 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Josy W. Ingersoll, Esquire
Young, Conway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Gerard M. O'Rourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899

I hereby certify that on August 2, 2005 the foregoing documents were sent to the following in the manner indicated:

**<u>BY FEDERAL EXPRESS</u>**

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric D. Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

E. Robert Yoches, Esquire
Laura P. Masurovsky, Esquire
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Terry D. Garnett, Esquire
Peter J. Wied, Esquire
Paul Hastings Janofsky & Walker
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

Robert J. Gunther, Esquire
Kurt M. Rogers, Esquire
Latham & Watkins
885 Third Avenue
New York, NY 10022

Robert C. Weems, Esquire
Baum & Weems, Esquire
58 Katrina Lane
San Anselmo, CA 94960

Michael J. Bettinger, Esquire
Timothy P. Walker
Preston Gates & Ellis LLP
Suite 1700
55 Second Street
San Francisco, CA 94105

Eric L. Wesenberg, Esquire
Kai Tseng, Esquire
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

Jeffrey K. Sherwood, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

York M. Faulkner, Esquire
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

RLF1-2868500-1

Kevin M. O'Brien, Esquire
Jennifer A. Semko, Esquire
Baker & McKenzie
815 Connecticut Avenue, N.W.
Washington, DC 20006

_____
Matthew W. King (#4456)
king@rlf.com