

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Associate
Attorney at Law
302 984-6147
302 658-1192 Fax
dmoore@potteranderson.com

August 5, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    Guardian Industries, v. Dell Inc., et al.
            C. A. No. 05-27-SLR

Dear Chief Judge Robinson:

      I am writing on behalf of Defendant Compal Electronics, Inc. to inform the Court that Compal was inadvertently left off the list of Defendants joining in the Non-Manufacturer Defendants' Consolidated Reply Brief in Support of Their Motions to Stay (D. I. 173), filed today in the above-referenced matter. Compal, in fact, does join and support the Reply Brief filed by the Non-Manufacturer Defendants.

                                               Respectfully,

                                               David E. Moore

693706
cc:    Clerk of the Court (via hand delivery)
       Local Counsel of Record (via efiling)