**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DELL, INC.; GATEWAY, INC.; HEWLETT-PACKARD CO.; ) <br> ACER INC.; ACER AMERICA CORP.; AOC INTERNATIONAL; ) <br> ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; ) <br> TPV INTERNATIONAL (USA), INC.; AU OPTRONICS CORP.; ) <br> AU OPTRONICS CORPORATION AMERICA ) <br> a/k/a AU OPTRONICS AMERICA, INC.; BENQ CORP.; ) <br> BENQ AMERICA CORP.; CHUNGHWA PICTURE TUBES, LTD. ) <br> a/k/a CHUNGHWA PICTURE TUBES CO.; ) <br> TATUNG CO.; TATUNG CO. OF AMERICA, INC.; ) <br> BOE HYDIS TECHNOLOGY CO., LTD.; ) <br> BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; ) <br> COMPAL ELECTRONICS, INC.; HANNSTAR DISPLAY CORP.; ) <br> JEAN CO., LTD.; LITE-ON TECHNOLOGY CORP.; ) <br> LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; ) <br> MAG TECHNOLOGY CO., LTD.; ) <br> MAG TECHNOLOGY USA, INC.; ) <br> PROVIEW INTERNATIONAL HOLDINGS, LTD.; ) <br> PROVIEW TECHNOLOGY, INC.; ) <br> PROVIEW ELECTRONICS CO., LTD.; and ) <br> QUANTA DISPLAY, INC. ) <br> ) <br> Defendants. ) <br> _____ ) | C.A. No.: 05-27-SLR <br><br> **Jury Trial Demanded** |

**GUARDIAN'S REPLY TO TPV TECHNOLOGY, LTD'S, TPV INTERNATIONAL
(USA), INC.'S AND ENVISION PERIPHERALS, INC.'S COUNTERCLAIMS**

Guardian Industries Corp. ("Guardian") replies to TPV Technology, LTD's, TPV International (USA), Inc.'s, and Envision Peripherals, Inc.'s (collectively, "TPV") counterclaims as follows:

**REPLY TO COUNTERCLAIMS**

1. Admitted.

2. Admitted.

3.  Admitted.

4.  Admitted.

5.  Guardian admits that TPV's counterclaims include claims for declaratory judgment of non-infringement, invalidity, and enforcement and that this Court has jurisdiction over the subject matter of these particular counterclaims, but denies that the counterclaims have any merit and denies that TPV is entitled to any of the relief sought in their counterclaims or Prayer. Guardian denies any and all remaining averments in Paragraph 5 of TPV's counterclaims.

6.  Guardian admits that venue is proper in this Court.

7.  Guardian repeats and incorporates by reference its responses to paragraphs 1-5.

8.  Guardian admits that there exists an actual controversy between Guardian and TPV concerning infringement of the '214, '187, '065 and '588 patents.

9.  Denied.

10. Denied.

11. Denied.

12. Denied.

-3-

WHEREFORE Guardian respectfully submits that TPV's counterclaims should be dismissed, with costs assessed against TPV, and seeks such further relief as the Court deems appropriate.

* * * * *

Dated: August 8, 2005              /s/ Richard K. Herrmann
                                   Richard K. Herrmann (I.D. No. 405)
                                   Mary B. Matterer (I.D. No. 2696)
                                   MORRIS JAMES HITCHENS & WILLIAMS
                                   222 Delaware Avenue, 10th Floor
                                   Wilmington, Delaware 19801
                                   302.888.6800
                                   mmatterer@morrisjames.com

                                   Bryan S. Hales
                                   Craig D. Leavell
                                   Meredith Zinanni
                                   Eric D. Hayes
                                   KIRKLAND & ELLIS LLP
                                   200 East Randolph Drive
                                   Chicago, Illinois 60601
                                   (312) 861-2000

                                   *Counsel for Plaintiff Guardian Industries Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2005, I electronically filed the foregoing document, **GUARDIAN'S REPLY TO TPV TECHNOLOGY, LTD'S, TPV INTERNATIONAL (USA), INC.'S AND ENVISION PERIPHERALS, INC.'S COUNTERCLAIMS,** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz, Esq. | Josy W. Ingersoll, Esq. |
| David E. Moore, Esq. | Young, Conaway, Stargatt & Taylor LLP |
| Potter Anderson & Corroon | The Brandywine Building |
| Hercules Plaza, 6th Floor | 1000 West Street, 17th Floor |
| 1313 N. Market Street | Wilmington, DE  19801 |
| Wilmington, DE  19801 | |
| | William Marsden, Esq. |
| Robert W. Whetzel, Esq. | Sean P. Hayes, Esq. |
| Matthew W. King, Esq. | Fish & Richardson |
| Richards, Layton & Finger, P.A. | 919 N. Market Street, Suite 1100 |
| One Rodney Square | Wilmington, DE  19801 |
| Wilmington, DE  19801 | |

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 8th day of August, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Daniel T. Shvodian, Esq. | York M. Faulkner, Esq. |
| Teresa M. Corbin, Esq. | Finnegan Henderson Farabow Garrett & Dunner |
| Howrey LLP | Two Freedom Square |
| 301 Ravenswood Avenue | 11955 Freedom Drive |
| Menlo Park, CA  94025-3434 | Reston, VA  20190-5675 |
| shvodiand@howrey.com | york.faulkner@finnegan.com |
| corbint@howrey.com | |
| | E. Robert Yoches, Esq. |
| Roderick B. Williams, Esq. | Laura P. Masurovsky, Esq. |
| Avelyn M. Ross, Esq. | Finnegan Henderson Farabow Garrett & Dunner |
| Vinson & Elkins | 901 New York Avenue, N.W. |
| 2801 Via Fortuna, Suite 100 | Washington, D.C.  20001 |
| Austin, TX  78746-7568 | bob.yoches@finnegan.com |
| rickwilliams@velaw.com | laura.masurovsky@finngan.com |
| aross@velaw.com | |

-4-

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC 20036
jsherwood@akingump.com

Keven M. O'Brien, Esq.
Baker & McKenzie
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
boehydis@bakernet.com

Eric Wesenberg, Esq.
Kai Tseng, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025
ewesenberg@orrick.com
ktseng@orrick.com

Peter J. Wied, Esq.
Terry D. Garnett, Esq.
Paul Hastings Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
peterwied@paulhastings.com
terrygarnett@paulhastings.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
khamel@akingump.com
aettelman@akingump.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960
rcweems@comcast.net

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
robert.gunther@lw.com
kurt.rogers@lw.com

   */s/ Richard K. Herrmann*
RICHARD K. HERRMANN (I.D. NO. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*