IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> DELL, INC., ET AL., <br><br> Defendant. | C.A. 05-27-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 10, 2005, copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**DEFENDANT HEWLETT-PACKARD COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF GUARDIAN INDUSTRIES CORPORATION [NOS. 1 - 14]**

**DEFENDANT HEWLETT-PACKARD COMPANY'S FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFF GUARDIAN INDUSTRIES CORPORATION (NOS. 1 - 97)**

**DEFENDANT HEWLETT-PACKARD COMPANY'S INITIAL DISCLOSURES**

| | |
|---|---|
| **BY HAND** <br> Richard L. Horwitz, Esq. <br> David E. Moore, Esq. <br> Potter Anderson & Corroon LLP <br> 1313 N. Market Street, 6th Floor <br> Wilmington, DE  19801 | **BY HAND** <br> Josy Ingersoll, Esq. <br> Young Conaway Stargatt & Taylor LLP <br> The Brandywine Building <br> 1000 West Street, 17th <br> Wilmington, DE  19801 |
| Robert W. Whetzel, Esq. <br> Richards Layton & Finger <br> One Rodney Square <br> Wilmington, DE  19801 | Steven Balick, Esq. <br> Ashby & Geddes <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE  19899 |

**BY HAND**
Richard K. Herrmann, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY EMAIL**

Teresa M. Corbin, Esq.
Daniel T. Shvodian
David L. Bilsker
Wallace Wu
Howrey LLP
525 Market Street, Suite 2600
San Francisco, CA 94105
corbint@howrey.com
Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-6568
rickwilliams@velaw.com
aross@velaw.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
Robert.gunther@lw.com
Kurt.rogers@lw.com

E. Robert Yoches, Esq.
Finnegan Henderson Farabow Garrett
    & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001
Bob.yoches@finnegan.com

**VIA FACSIMILE AND E-MAIL**
Bryan S. Hales
Meredith Zinanni
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
bhales@kirkland.com
mzinanni@kirkland.com

**BY EMAIL**

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett &
Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
York.faulkner@finnegan.com

Peter J. Weid, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
peterweid@paulhastings.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960
reweems@comcast.net

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
jsherwood@akingump.com

Eric L. Wesenberg
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
ewesenberg@orrick.com
ktseng@orrick.com
ryoung@orrick.com

**BY EMAIL**

Kevin M. O'Brien
John G. Flaim
Jennifer A. Semko
Baker & McKenzie LLP
815 Connecticut Avenuem, N.W.
Washington D.C. 20006
kevin.m.obrien@bakernet.com
jennifer.a.semko@bakernet.com


Dated:  August 10, 2005         FISH & RICHARDSON P.C.


                                By:  /s/ Sean P. Hayes
                                     William J. Marsden, Jr. (#2247)
                                     Sean P. Hayes (#4413)
                                     919 N. Market Street, Suite 1100
                                     P.O. Box 1114
                                     Wilmington, DE  19899
                                     (302) 778-8401
                                     Michael J. McKeon
                                     Richard A. Sterba
                                     1425 K Street, N.W., 11th Floor
                                     Washington, DC  20005-2500
                                     (202) 783-5070

                                     Katherine A. Moerke
                                     3300 Dain Rauscher Plaza
                                     60 South Sixth Street
                                     Minneapolis, MN  55402

                                Attorneys for Defendant
                                Hewlett-Packard Company

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2005, I electronically filed the foregoing document, NOTICE OF SERVICE, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Josy Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th
Wilmington, DE  19801

Steven Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

I hereby certify that on August 10, 2005, the foregoing document was e-mailed to the following non-registered participants:

Teresa M. Corbin, Esq.
Daniel T. Shvodian
David L. Bilsker
Wallace Wu
Howrey LLP
525 Market Street, Suite 2600
San Francisco, CA  94105
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-6568
rickwilliams@velaw.com
aross@velaw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
York.faulkner@finnegan.com

Peter J. Weid, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071
peterweid@paulhastings.com

<div style="column-count:2">

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
Robert.gunther@lw.com
Kurt.rogers@lw.com

E. Robert Yoches, Esq.
Finnegan Henderson Farabow Garrett
  & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001
Bob.yoches@finnegan.com

Bryan S. Hales
Meredith Zinanni
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
bhales@kirkland.com
mzinanni@kirkland.com

Kevin M. O'Brien
John G. Flaim
Jennifer A. Semko
Baker & McKenzie LLP
815 Connecticut Avenuem, N.W.
Washington D.C. 20006
kevin.m.obrien@bakernet.com
jennifer.a.semko@bakernet.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960
reweems@comcast.net

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564
jsherwood@akingump.com

Eric L. Wesenberg
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
ewesenberg@orrick.com
ktseng@orrick.com
ryoung@orrick.com

</div>

 /s/ Sean P. Hayes
Sean P. Hayes