IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 05-27-SLR |
| DELL, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER

WHEREAS defendant HannStar Display Corporation is a Taiwan corporation;

WHEREAS, HannStar Display Corporation and Guardian Industries Corp. have negotiated an agreement regarding service and response deadlines,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. HannStar Display Corporation shall answer, move or otherwise respond to the First Amended Complaint on or before September 1, 2005.

2. This stipulation is without prejudice to either party requesting a further extension of time to answer, move or otherwise respond.

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS |
|---|---|
| /s/ Richard L. Horwitz | /s/ Richard K. Herrmann |
| Richard L. Horwitz (No. 2246) | Richard K. Herrmann (No. 405) |
| David E. Moore (No. 3983) | Mary B. Matterer (No. 2696) |
| Hercules Plaza, 6th Floor | 222 Delaware Avenue, 10th Floor |
| 1313 N. Market Street | Wilmington, Delaware 19801 |
| P.O. Box 951 | (302) 888-6800 |
| Wilmington, Delaware 19899 | |
| (302) 984-6000 | |

*Of Counsel:*

E. Robert Yoches
Laura P. Masurovsky
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, Virginia 20190
(571) 203-2700

John R. Alison
Ya-Chiao Chang
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
12D, 167 DunHua North Road
Taipei 105, Taiwan, R.O.C.
(886)-2-2712-7001

*Counsel for Defendant
HannStar Display Corporation*

694473

*Of Counsel:*

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for Guardian Industries Corp.*

SO ORDERED this _____ day of _____, 2005.

_____
JUDGE SUE L. ROBINSON