IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> DELL, INC., ET AL., <br><br> Defendant. | C.A. 05-27-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 11, 2005, a copy of the following document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**DEFENDANT HEWLETT-PACKARD COMPANY'S AMENDED INITIAL DISCLOSURES**

**BY HAND**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

**BY HAND**
Josy Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th
Wilmington, DE  19801

**BY HAND**
Robert W. Whetzel, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

**BY HAND**
Steven Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

**BY HAND**
Richard K. Herrmann, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY EMAIL**

Teresa M. Corbin, Esq.
Daniel T. Shvodian
David L. Bilsker
Wallace Wu
Howrey LLP
525 Market Street, Suite 2600
San Francisco, CA 94105
corbint@howrey.com
Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-6568
rickwilliams@velaw.com
aross@velaw.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
Robert.gunther@lw.com
Kurt.rogers@lw.com

E. Robert Yoches, Esq.
Finnegan Henderson Farabow Garrett
 & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001
Bob.yoches@finnegan.com

**VIA FACSIMILE AND E-MAIL**
Bryan S. Hales
Meredith Zinanni
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
bhales@kirkland.com
mzinanni@kirkland.com

**BY EMAIL**

Kevin M. O'Brien
John G. Flaim
Jennifer A. Semko
Baker & McKenzie LLP
815 Connecticut Avenuem, N.W.
Washington D.C. 20006
kevin.m.obrien@bakernet.com
jennifer.a.semko@bakernet.com

**BY EMAIL**

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
York.faulkner@finnegan.com

Peter J. Weid, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
peterweid@paulhastings.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960
reweems@comcast.net

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
jsherwood@akingump.com

Eric L. Wesenberg
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
ewesenberg@orrick.com
ktseng@orrick.com
ryoung@orrick.com

Dated: August 11, 2005       FISH & RICHARDSON P.C.


By: */s/ Sean P. Hayes*
    William J. Marsden, Jr. (#2247)
    Sean P. Hayes (#4413)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899
    (302) 778-8401
    Michael J. McKeon
    Richard A. Sterba
    1425 K Street, N.W., 11th Floor
    Washington, DC 20005-2500
    (202) 783-5070

    Katherine A. Moerke
    3300 Dain Rauscher Plaza
    60 South Sixth Street
    Minneapolis, MN 55402

Attorneys for Defendant
Hewlett-Packard Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2005, I electronically filed the foregoing document, NOTICE OF SERVICE, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

Josy Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

Steven Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

I hereby certify that on August 11, 2005, the foregoing document was e-mailed to the following non-registered participants:

Teresa M. Corbin, Esq.
Daniel T. Shvodian
David L. Bilsker
Wallace Wu
Howrey LLP
525 Market Street, Suite 2600
San Francisco, CA  94105
corbint@howrey.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
York.faulkner@finnegan.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-6568
rickwilliams@velaw.com
aross@velaw.com

Peter J. Weid, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071
peterweid@paulhastings.com

| | |
|---|---|
| Robert J. Gunther, Jr., Esq.<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022<br>Robert.gunther@lw.com<br>Kurt.rogers@lw.com | Robert C. Weems, Esq.<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA  94960<br>reweems@comcast.net |
| E. Robert Yoches, Esq.<br>Finnegan Henderson Farabow Garrett<br>   & Dunner<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>Bob.yoches@finnegan.com | Jeffrey K. Sherwood, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036-1564<br>jsherwood@akingump.com |
| Bryan S. Hales<br>Meredith Zinanni<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>bhales@kirkland.com<br>mzinanni@kirkland.com | Eric L. Wesenberg<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>ewesenberg@orrick.com<br>ktseng@orrick.com<br>ryoung@orrick.com |
| Kevin M. O'Brien<br>John G. Flaim<br>Jennifer A. Semko<br>Baker & McKenzie LLP<br>815 Connecticut Avenuem, N.W.<br>Washington D.C. 20006<br>kevin.m.obrien@bakernet.com<br>jennifer.a.semko@bakernet.com | |

                                         */s/ Sean P. Hayes*
                                         Sean P. Hayes