IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DELL, INC.; GATEWAY, INC.; )<br>HEWLETT-PACKARD COMPANY; ACER INC.; )<br>ACER AMERICA CORPORATION; AOC INTERNATIONAL; )<br>ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; )<br>TPV INTERNATIONAL (USA), INC.; )<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a )<br>CHUNGHWA PICTURE TUBES COMPANY; )<br>TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; )<br>BOE HYDIS TECHNOLOGY COMPANY, LTD.; )<br>BOE HYDIS AMERICA INC.; )<br>COMPAL ELECTRONICS, INC.; )<br>HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; )<br>LITE-ON TECHNOLOGY CORPORATION: )<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; )<br>MAG TECHNOLOGY COMPANY, LTD.; )<br>MAG TECHNOLOGY USA, INC.; )<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.; )<br>PROVIEW TECHNOLOGY, INC.; )<br>PROVIEW ELECTRONICS COMPANY, LTD.; and )<br>QUANTA DISPLAY, INC. )<br>)<br>Defendants. )<br>) | C.A. No.: 05-27-SLR<br><br>**Jury Trial Demanded** |

**STIPULATED DISMISSAL**

WHEREAS, plaintiff, Guardian Industries Corp., and defendants BOE HYDIS TECHNOLOGY Co. Ltd. and BOE HYDIS America Inc., as indicated by the signature of counsel appearing below, have agreed to the dismissal of BOE HYDIS TECHNOLOGY Co. Ltd. and BOE HYDIS America Inc. from this action pursuant to Federal Rule of Civil Procedure 41 and subject to the terms of this Order and a confidential settlement agreement, dated August 2, 2005,

NOW, THEREFORE, it is ordered as follows:

1.      The claims by Guardian Industries Corp. against BOE HYDIS TECHNOLOGY Co. Ltd. and BOE HYDIS America Inc. are hereby dismissed with prejudice with respect to BOE HYDIS TECHNOLOGY Co. Ltd. and BOE HYDIS America Inc.

2.      Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of the claims against BOE HYDIS TECHNOLOGY Co. Ltd. and BOE HYDIS America Inc.

**STIPULATED AND AGREED**

| | |
|---|---|
| /s/ Richard K. Herrmann | /s/ Steven J. Balick |
| Richard K. Herrmann #405 | Steven J. Balick #2114 |
| MORRIS JAMES HITCHENS & WILLIAMS | John G. Day #2403 |
| 222 Delaware Avenue, 10th Floor | ASHBY & GEDDES |
| Wilmington, Delaware 19801 | 222 Delaware Avenue, 17th Floor |
| (302) 888-6800 | P.O. Box 1150 |
| rherrmann@morrisjames.com | Wilmington, Delaware 19899 |
| | (302) 654-1888 |
| Bryan S. Hales | sbalick@ashby-geddes.com |
| Craig D. Leavell | |
| Meredith Zinanni | *Counsel for Defendants* |
| Eric Hayes | *BOE HYDIS TECHNOLOGY Co. Ltd.* |
| KIRKLAND & ELLIS LLP | *and BOE HYDIS America Inc.* |
| 200 East Randolph Drive | |
| Chicago, Illinois 60601 | |
| 312.861.2000 | |
| | |
| *Counsel for Plaintiff* | |
| *Guardian Industries Corp.* | |

SO ORDERED this _____ day of _____, 2005.

_____
Judge Sue L. Robinson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2005, I electronically filed the foregoing document, **STIPULATED DISMISSAL**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Additionally, I hereby certify that on the 12th day of August, 2005, the foregoing document was served via email on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025-3434
shvodiand@howrey.com
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
rickwilliams@velaw.com
aross@velaw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
york.faulkner@finnegan.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

Michael Bettinger, Esq.  
Preston Gates & Ellis LLP  
55 Second Street, Suite 1700  
San Francisco, CA 94105-3493  
mikeb@prestongates.com  

Jeffrey K. Sherwood, Esq.  
Akin Gump Strauss Hauer & Feld  
1333 New Hampshire Avenie, NW  
Washington, DC 20036  
jsherwood@akingump.com  

Keven M. O'Brien, Esq.  
Baker & McKenzie  
815 Connecticut Avenue, N.W.  
Washington, D.C. 20006  
boehydis@bakernet.com  

Eric Wesenberg, Esq.  
Kai Tseng, Esq.  
Orrick Herrington & Sutcliffe  
1000 Marsh Road  
Menlo Park, CA 94025  
ewesenberg@orrick.com  
ktseng@orrick.com  

Peter J. Wied, Esq.  
Terry D. Garnett, Esq.  
Paul Hastings Janofsky & Walker LLP  
515 South Flower Street, 25th Floor  
Los Angeles, CA 90071  
peterwied@paulhastings.com  
terrygarnett@paulhastings.com  

Kevin R. Hamel, Esq.  
Aaron Ettelman, Esq.  
Akin Gump Strauss Hauer & Feld  
One Commerce Square  
2005 Market Street, Suite 2200  
Philadelphia, PA 19103  
khamel@akingump.com  
aettelman@akingump.com  

Robert C. Weems, Esq.  
Baum & Weems  
58 Katrina Lane  
San Anselmo, CA 94960  
rcweems@comcast.net  

Robert J. Gunther, Jr., Esq.  
Kurt M. Rogers  
Latham & Watkins  
885 Third Avenue  
New York, NY 10022  
robert.gunther@lw.com  
kurt.rogers@lw.com  

    */s/ Richard K. Herrmann*  
Richard K. Herrmann (I.D. No. 405)  
Mary B. Matterer (I.D. No. 2696)  
MORRIS, JAMES, HITCHENS & WILLIAMS  
222 Delaware Avenue, 10th Floor  
Wilmington, Delaware 19801  
302.888.6800  
rherrmann@morrisjames.com  
mmatterer@morrisjames.com  

*Counsel for Plaintiff Guardian Industries Corp.*