# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

August 23, 2005

**VIA ELECTRONIC FILING &
VIA HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE 19801

      **Re:**   *Guardian Industries Corp. v. Dell, Inc., et al.*
             *D. Del., C.A. No. 05-027 SLR*

Your Honor:

    Enclosed for Your Honor's approval, please find the parties' proposed Protective Order.

                                    Respectfully,

                                    */s/ Richard K. Herrmann*

                                    Richard K. Herrmann

RKH/sch
Enclosure

cc: All counsel (via email)