IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORPORATIONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-27-SLR |
| | ) | |
| DELL, INC.; | ) | |
| GATEWAY, INC.; | ) | |
| HEWLETT-PACKARD COMPANY; | ) | |
| ACER INC.; | ) | |
| ACER AMERICA CORPORATION; | ) | |
| AOC INTERNATIONAL; | ) | |
| ENVISION PERIPHERALS, INC.; | ) | |
| TPV TECHNOLOGY, LTD.; | ) | |
| TPV INTERNATIONAL (USA), INC.; | ) | |
| AIJ OPTRONICS CORPORATION; | ) | |
| AU OPTRONICS CORPORATION AMERICA a/k/a | ) | |
| AU OPTRONICS AMERICA, INC.; | ) | |
| BENQ CORPORATION; | ) | |
| BENQ AMERICA CORPORATION; | ) | |
| CHUNGHWA PICTURE TUBES, LTD a/k/a | ) | |
| CHUNGHWA PICTURE TUBES COMPANY; | ) | |
| TATUNG COMPANY; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; | ) | |
| BOE HYDIS TECHNOLOGY COMPANY, LTD.; | ) | |
| BOE HYDIS AMERICA INC.; | ) | |
| CHI MEI OPTOELECTRONICS; | ) | |
| COMPAL ELECTRONICS, INC.; | ) | |
| DELTA ELECTRONICS, INC.; | ) | |
| DELTA PRODUCTS CORPORATION; | ) | |
| DELTA ELECTRONICS (THAILAND) PUBLIC | ) | |
| COMPANY, LTD.; | ) | |
| HANNSTAR DISPLAY CORPORATION; | ) | |
| JEAN CO., LTD.; | ) | |
| LITE-ON TECHNOLOGY CORPORATION; | ) | |
| LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; | ) | |
| MAG TECHNOLOGY COMPANY, LTD.; | ) | |
| MAG TECHNOLOGY USA, INC.; | ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; | ) | |
| PROVIEW TECHNOLOGY, INC.; | ) | |
| PROVIEW ELECTRONICS COMPANY, LTD.; and | ) | |
| QUANTA DISPLAY, INC., | ) | |
| | ) | |
| Defendants | ) | |

1

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Quanta Display Inc.'s Initial Objections and Responses to Guardian's First Set of Interrogatories (Nos. 1 – 13) and (2) Quanta Display Inc.'s Responses to Guardian's First Set of Requests for the Production of Documents and Things (Nos. 1 – 138) were served on August 19, 2005 on the following counsel of record in the manner indicated:

### BY U.S. MAIL

Richard K. Herrmann, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19801
*Attorneys for Plaintiff Guardian Industries Corp.*

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a*
*Chunghwa Picture Tubes Company; Tatung Company;*
*Tatung Company of America, Inc. and Jean Co., Ltd.,*
*Jean Co. Ltd.*

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Dell, Inc., Mag Technology Co., Ltd.*
*and Mag Technology USA, Inc., Acer Inc., Acer America*
*Corp., Compal Electronics, Inc., Lite-on Technology*
*Corp., Lite-on Inc., Proview International Holdings,*
*Ltd., Proview Technology, Inc.*

David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Gateway, Inc. ,Mag Technology Company*
*Ltd., Mag Technology USA, Inc., Hewlett-Packard*
*Company, Dell Inc.*

064066.1001

Gerard M. O'Rourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for AU Optronics Corp. America, Benq*
*Corp., Benq America Corp.*

Steven Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington DE 19801
*Attorneys for BOE HYDIS America Inc., BOE HYDIS*
*Technology Company Ltd.*

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801
*Attorneys for Hewlett-Packard Company*

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Attorneys for Plaintiff Guardian Industries Corp.*

Daniel T. Shvodian, Esquire
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a*
*Chunghwa Picture Tubes Company; Tatung Company;*
*Tatung Company of America, Inc. and Jean Co., Ltd.*

Teresa M. Corbin, Esquire
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a*
*Chunghwa Picture Tubes Company; Tatung Company;*
*Tatung Company of America, Inc. and Jean Co., Ltd.*

DB01:1824438.1                                                           064066.1001

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746
*Attorneys for Dell, Inc.*

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on August 24, 2005 upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING AND HAND DELIVERY

Richard K. Herrmann, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE  19801
*Attorneys for Plaintiff Guardian Industries Corp.*

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a
Chunghwa Picture Tubes Company; Tatung Company;
Tatung Company of America, Inc. and Jean Co., Ltd.,
Jean Co. Ltd.*

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801
*Attorneys for Dell, Inc., Mag Technology Co., Ltd.
and Mag Technology USA, Inc., Acer Inc., Acer America
Corp., Compal Electronics, Inc., Lite-on Technology
Corp., Lite-on Inc., Proview International Holdings,
Ltd., Proview Technology, Inc.*

David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801
*Attorneys for Gateway, Inc. ,Mag Technology Company
Ltd., Mag Technology USA, Inc., Hewlett-Packard*

4

*Company, Dell Inc.*
Gerard M. O'Rourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE  19801
*Attorneys for AU Optronics Corp. America, Benq*
*Corp., Benq America Corp.*

Steven Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington DE  19801
*Attorneys for BOE HYDIS America Inc., BOE HYDIS*
*Technology Company Ltd.*

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801
*Attorneys for Hewlett-Packard Company*

## BY FEDERAL EXPRESS

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
*Attorneys for Plaintiff Guardian Industries Corp.*

Daniel T. Shvodian, Esquire
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA  94025
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a*
*Chunghwa Picture Tubes Company; Tatung Company;*
*Tatung Company of America, Inc. and Jean Co., Ltd.*

Teresa M. Corbin, Esquire
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a*
*Chunghwa Picture Tubes Company; Tatung Company;*

064066.1001

*Tatung Company of America, Inc. and Jean Co., Ltd.*

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746
*Attorneys for Dell, Inc.*

Date: August 24, 2005

Josy W. Ingersoll (#1088)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: 302-571-6600
jingersoll@ycst.com
Counsel for Defendant Quanta Display, Inc.

OF COUNSEL:

Peter J. Wied, Esquire
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: 213-683-6000

DB01:1824438.1                                                    064066.1001