# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) C.A. No. 05-27-SLR |
| **DELL, INC., et al.** | ) ) |
| **Defendants.** | ) |

## STIPULATED ORDER

WHEREAS defendant HannStar Display Corporation is a Taiwan corporation;

WHEREAS, HannStar Display Corporation and Guardian Industries Corp. have negotiated an agreement regarding service and response deadlines,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. HannStar Display Corporation shall answer, move or otherwise respond to the First Amended Complaint on or before September 15, 2005.

2. This stipulation is without prejudice to either party requesting a further extension of time to answer, move or otherwise respond.

MORRIS JAMES HITCHENS & WILLIAMS    POTTER ANDERSON & CORROON LLP

By: */s/ Richard K. Herrmann*
    Richard K. Herrmann (No. 405)
    Mary B. Matterer (No. 2696)
    222 Delaware Avenue, 10th Floor
    Wilmington, DE 19801
    (302) 888-6800
    rherrmann@morrisjames.com
    mmatterer@morrisjames.com

*Counsel for Plaintiff*
*Guardian Industries Corp.*

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (No. 2246)
    David E. Moore (No. 3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Counsel for Defendant*
*HannStar Display Corporation*

| *Of Counsel:* | *Of Counsel:* |
|---|---|
| Bryan S. Hales<br>Craig D. Leavell<br>Meredith Zinanni<br>Eric D. Hayes<br>KIRKLAND & ELLIS<br>200 East Randolph Drive<br>Chicago, Illinois  60601<br>(312) 861-2000 | E. Robert Yoches<br>Laura P. Masurovsky<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C.  20001<br>(202) 408-4000<br><br>York M. Faulkner<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>11955 Freedom Drive<br>Reston, Virginia  20190<br>(571) 203-2700<br><br>John R. Alison<br>Ya-Chiao Chang<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>12D, 167 DunHua North Road<br>Taipei 105, Taiwan, R.O.C.<br>(886)-2-2712-7001 |

SO ORDERED this _____ day of _____, 2005.

_____
JUDGE SUE L. ROBINSON

697175