## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| GUARDIAN INDUSTRIES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-27-SLR |
| v. | ) | |
| | ) | Jury Trial Demanded |
| DELL, INC.; GATEWAY, INC.; | ) | |
| HEWLETT-PACKARD COMPANY; ACER INC.; | ) | |
| ACER AMERICA CORPORATION; AOC INTERNATIONAL; | ) | |
| ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; | ) | |
| TPV INTERNATIONAL (USA), INC.; | ) | |
| CHUNGHWA PICTURE TUBES, LTD. a/k/a | ) | |
| CHUNGHWA PICTURE TUBES COMPANY; | ) | |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; | ) | |
| BOE HYDIS TECHNOLOGY COMPANY, LTD.; | ) | |
| BOE HYDIS AMERICA INC.; COMPAL ELECTRONICS, INC.; | ) | |
| HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; | ) | |
| LITE-ON TECHNOLOGY CORPORATION: | ) | |
| LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; | ) | |
| MAG TECHNOLOGY COMPANY, LTD.; | ) | |
| MAG TECHNOLOGY USA, INC.; | ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; | ) | |
| PROVIEW TECHNOLOGY, INC.; | ) | |
| PROVIEW ELECTRONICS COMPANY, LTD.; and | ) | |
| QUANTA DISPLAY, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

Please take notice that on this 9th day of Septembert, 2005, copies of the following

documents were served on counsel as indicated:

**(1)   PLAINTIFF GUARDIAN INDUSTRIES' RESPONSE TO DEFENDANT
          HEWLETT-PACKARD'S FIRST SET OF INTERROGATORIES (NOS. 1-14)**

**and**

**(2)   PLAINTIFF GUARDIAN INDUSTRIES' RESPONSE TO DEFENDANT
          HEWLETT-PACKARD'S FIRST SET OF DOCUMENT REQUESTS (NOS. 1-97)**

**VIA EMAIL & HAND DELIVERY**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

**VIA EMAIL & HAND DELIVERY**

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE  19801

**VIA EMAIL**

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA  94025-3434
shvodiand@howrey.com
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC  20036
jsherwood@akingump.com

**VIA EMAIL**

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C.  20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

Peter J.Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA  90404-4060
pwied@agsk.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA  19103
khamel@akingump.com
aettelman@akingump.com

| | |
|---|---|
| **VIA EMAIL** | **VIA EMA**IL |
| Eric Wesenberg, Esq.<br>Kai Tseng, Esq.<br>Orrick Herrington & Sutcliffe<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>ewesenberg@orrick.com<br>ktseng@orrick.com | Robert J. Gunther, Jr., Esq.<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022<br>robert.gunther@lw.com<br>kurt.rogers@lw.com |
| Robert C. Weems, Esq.<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA  94960<br>rcweems@comcast.net | |

    */s/ Mary B. Matterer*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz, Esq. | Josy W. Ingersoll, Esq. |
| David E. Moore, Esq. | Young, Conaway, Stargatt & Taylor LLP |
| Potter Anderson & Corroon | The Brandywine Building |
| Hercules Plaza, 6th Floor | 1000 West Street, 17th Floor |
| 1313 N. Market Street | Wilmington, DE  19801 |
| Wilmington, DE  19801 | |
| | William Marsden, Esq. |
| Robert W. Whetzel, Esq. | Sean P. Hayes, Esq. |
| Matthew W. King, Esq. | Fish & Richardson |
| Richards, Layton & Finger, P.A. | 919 N. Market Street, Suite 1100 |
| One Rodney Square | Wilmington, DE  19801 |
| Wilmington, DE  19801 | |

Additionally, I hereby certify that on the 9th day of September, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Daniel T. Shvodian, Esq. | York M. Faulkner, Esq. |
| Teresa M. Corbin, Esq. | Finnegan Henderson Farabow Garrett & Dunner |
| Howrey LLP | Two Freedom Square |
| 301 Ravenswood Avenue | 11955 Freedom Drive |
| Menlo Park, CA  94025-3434 | Reston, VA  20190-5675 |
| shvodiand@howrey.com | york.faulkner@finnegan.com |
| corbint@howrey.com | |
| | E. Robert Yoches, Esq. |
| Roderick B. Williams, Esq. | Laura P. Masurovsky, Esq. |
| Avelyn M. Ross, Esq. | Finnegan Henderson Farabow Garrett & Dunner |
| Vinson & Elkins | 901 New York Avenue, N.W. |
| 2801 Via Fortuna, Suite 100 | Washington, D.C.  20001 |
| Austin, TX  78746-7568 | bob.yoches@finnegan.com |
| rickwilliams@velaw.com | laura.masurovsky@finngan.com |
| aross@velaw.com | |
| | |
| Michael Bettinger, Esq. | Peter J.Wied, Esq. |
| Preston Gates & Ellis LLP | Alschuler Grossman Stein & Kahan LLP |
| 55 Second Street, Suite 1700 | 1620 26th Street, Fourth Floor, N Tower |
| San Francisco, CA  94105-3493 | Santa Monica, CA  90404-4060 |
| mikeb@prestongates.com | pwied@agsk.com |

| | |
|---|---|
| Jeffrey K. Sherwood, Esq.<br>Akin Gump Strauss Hauer & Feld<br>1333 New Hampshire Avenie, NW<br>Washington, DC  20036<br>jsherwood@akingump.com<br><br>Eric Wesenberg, Esq.<br>Kai Tseng, Esq.<br>Orrick Herrington & Sutcliffe<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>ewesenberg@orrick.com<br>ktseng@orrick.com | Kevin R. Hamel, Esq.<br>Aaron Ettelman, Esq.<br>Akin Gump Strauss Hauer & Feld<br>One Commerce Square<br>2005 Market Street, Suite 2200<br>Philadelphia, PA  19103<br>khamel@akingump.com<br>aettelman@akingump.com<br><br>Robert C. Weems, Esq.<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA  94960<br>rcweems@comcast.net<br><br>Robert J. Gunther, Jr., Esq.<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022<br>robert.gunther@lw.com<br>kurt.rogers@lw.com |

    */s/ Mary B. Matterer*

Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*