IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> DELL, INC., ET AL., <br><br> Defendant. | C.A. 05-27-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 9, 2005, copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**HEWLETT-PACKARD COMPANY'S RESPONSE TO GUARDIAN'S FIRST SET OF INTERROGATORIES**

**HEWLETT-PACKARD COMPANY'S RESPONSE TO GUARDIAN'S FIRST SET OF REQUESTS TO DEFENDANTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-138)**

**BY HAND**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

**BY HAND**
Josy Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th
Wilmington, DE  19801

**BY HAND**
Robert W. Whetzel, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

**BY HAND**
Richard K. Herrmann, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY EMAIL**

Teresa M. Corbin, Esq.
Daniel T. Shvodian
David L. Bilsker
Wallace Wu
Howrey LLP
525 Market Street, Suite 2600
San Francisco, CA 94105
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-6568
rickwilliams@velaw.com
aross@velaw.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
Robert.gunther@lw.com
Kurt.rogers@lw.com

E. Robert Yoches, Esq.
Finnegan Henderson Farabow Garrett
  & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001
Bob.yoches@finnegan.com

Bryan S. Hales
Meredith Zinanni
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
bhales@kirkland.com
mzinanni@kirkland.com

Kevin M. O'Brien
John G. Flaim
Jennifer A. Semko
Baker & McKenzie LLP
815 Connecticut Avenuem, N.W.
Washington D.C. 20006
kevin.m.obrien@bakernet.com
jennifer.a.semko@bakernet.com

**BY EMAIL**

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett &
Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
York.faulkner@finnegan.com

Peter J. Weid, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
peterweid@paulhastings.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960
reweems@comcast.net

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
jsherwood@akingump.com

Eric L. Wesenberg
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
ewesenberg@orrick.com
ktseng@orrick.com
ryoung@orrick.com

Dated: September 13, 2005  FISH & RICHARDSON P.C.


By: */s/ Sean P. Hayes*
William J. Marsden, Jr. (#2247)
Sean P. Hayes (#4413)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899
(302) 778-8401
Michael J. McKeon
Richard A. Sterba
1425 K Street, N.W., 11th Floor
Washington, DC  20005-2500
(202) 783-5070

Katherine A. Moerke
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN  55402

Attorneys for Defendant
Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2005, I electronically filed the foregoing document, NOTICE OF SERVICE, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

Josy Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

I hereby certify that on September 13, 2005, the foregoing document was e-mailed to the following non-registered participants:

Teresa M. Corbin, Esq.
Daniel T. Shvodian
David L. Bilsker
Wallace Wu
Howrey LLP
525 Market Street, Suite 2600
San Francisco, CA  94105
corbint@howrey.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
York.faulkner@finnegan.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-6568
rickwilliams@velaw.com
aross@velaw.com

Peter J. Weid, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071
peterweid@paulhastings.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
Robert.gunther@lw.com
Kurt.rogers@lw.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960
reweems@comcast.net

E. Robert Yoches, Esq.  
Finnegan Henderson Farabow Garrett  
  & Dunner  
901 New York Avenue, N.W.  
Washington, D.C. 20001  
Bob.yoches@finnegan.com  

Bryan S. Hales  
Meredith Zinanni  
Kirkland & Ellis LLP  
200 East Randolph Drive  
Chicago, IL  60601  
bhales@kirkland.com  
mzinanni@kirkland.com  

Kevin M. O'Brien  
John G. Flaim  
Jennifer A. Semko  
Baker & McKenzie LLP  
815 Connecticut Avenuem, N.W.  
Washington D.C. 20006  
kevin.m.obrien@bakernet.com  
jennifer.a.semko@bakernet.com  

Jeffrey K. Sherwood, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
Robert S. Strauss Building  
1333 New Hampshire Avenue, N.W.  
Washington, DC  20036-1564  
jsherwood@akingump.com  

Eric L. Wesenberg  
Orrick, Herrington & Sutcliffe LLP  
1000 Marsh Road  
Menlo Park, CA  94025  
ewesenberg@orrick.com  
ktseng@orrick.com  
ryoung@orrick.com  

                             */s/ Sean P. Hayes*  
                            Sean P. Hayes