IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) C.A. No. 05-27-SLR <br> DELL, INC. et al., ) <br> ) <br> Defendants. ) <br> _____) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that a copy of the following documents were caused to be served on September 9, 2005 upon the following attorneys of record at the following addresses as indicated:

1. Dell, Inc.'s Responses and Objections to Guardian's First Set of Interrogatories to Dell, Inc.; and

2. Dell, Inc.'s Responses and Objections to Guardian's First Set of Requests to Defendants for the Production of Documents and Things (Nos. 1-138).

**VIA EMAIL AND VIA FEDERAL EXPRESS**

William J. Marsden, Jr.
Sean P. Hayes
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

E-Mail: marsden@fr.com
E-Mail: hayes@fr.com

Attorneys for Hewlett-Packard Co.

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

E-Mail: ewesenberg@orrick.com
E-Mail: ktseng@orrick.com
E-Mail: ryoung@orrick.com

Attorney for Acer America Corp.
and Compal Electronics, Inc.

Jeffrey K. Sherwood
John Caracappa
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

E-Mail: jsherwood@akingump.com
E-Mail: jcaracappa@akingump.com

Attorneys for Proview International
Holdings Ltd.; Proview Technology Inc.;
Proview Electronics Co., Ltd.; MAG
Technology Co., Ltd.; MAG Technology
USA, Inc.

York M. Faulkner
Finnegan Henderson Farabow Garrett
 & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

E-Mail: york.Faulkner@finnegan.com

Attorneys for Lite-on Technology Corp.
and Lite-On Inc. a/k/a Liteon Trading USA
Inc.

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

E-Mail: jingersoll@ycst.com

Attorneys for Quanta Display, Inc.

Kevin R. Hamel
Aaron Ettelman
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103

E-Mail: khamel@akingump.com
E-Mail: aettelman@akingump.com

Attorneys for Proview International Holdings
Ltd.; Proview Technology Inc.; Proview
Electronics Co., Ltd.; MAG Technology Co.,
Ltd.; MAG Technology USA, Inc.

E. Robert Yoches
Laura P. Masurovsky
Ya-Chiao Chang
Finnegan Henderson Farabow Garrett
 & Dunner
901 New York Avenue, NW
Washington, DC 20001

E-Mail: bob.yoches@finnegan.com
E-Mail: laura.masurovsky@finnegan.com
E-Mail: ya-chiao.chang@finnegan.com

Attorneys for Lite-on Technology Corp. and
Lite-On Inc. a/k/a Liteon Trading USA Inc.

Daniel T. Schvodian
David L. Bilsker
Wallace Wu
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025

E-Mail: ShvodianD@howrey.com
E-Mail: BilskerD@howrey.com
E-Mail: WuW@howrey.com

Attorneys for Chunghwa Picture Tubes, Ltd.
a/k/a Chunghwa Picture Tubes Co.; Tatung
Co.; Tatung Co. of America, Inc. and Jean
Co. Ltd.

Robert W. Whetzel
Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

E-Mail: whetzel@rlf.com
E-Mail: kin@rlf.com

Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Co.; Tatung Co.; Tatung Co. of America, Inc. and Jean Co. Ltd.

OF COUNSEL:

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel: 512-542-8651

Dated: September 14, 2005

698979 / 28863

Robert J. Gunther, Jr.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
Suite 1000
New York, NY 10022

E-Mail: Robert.gunther@lw.com
E-Mail: kurt.rogers@lw.com

Attorneys for Gateway, Inc.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Dell Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 14, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**VIA HAND DELIVERY**

Richard K. Herrmann
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Robert W. Whetzel
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

I hereby certify that on September 14, 2005, I have Federal Expressed the documents to the following non-registered participants:

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Bryan S. Hales<br>Craig D. Leavell<br>Meredith Zinanni<br>Eric D. Hayes<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601 | Teresa M. Corbin<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA  9410534 |
| Terry D. Garnett<br>Peter J. Wied<br>Paul Hastings Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA  90071 | Robert C. Weems<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA  94960 |
| Roderick B. Williams<br>Avelyn M. Ross<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746-7568 | Kurt M. Rogers<br>Latham & Watkins LLP<br>885 Third Avenue<br>Suite 1000<br>New York, NY  10022-4834 |
| Eric L. Wesenberg<br>Kai Tseng<br>Rowena Young<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015 | E. Robert Yoches<br>Laura P. Masurovsky<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC  20001 |
| Jeffrey K. Sherwood<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036-1564 | Michael J. Bettinger<br>Timothy P. Walker<br>Preston Gates & Ellis LLP<br>55 Second Street, Suite 1700<br>San Francisco, CA  94105 |

/s/ David E. Moore
David E. Moore

687342