### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 05-27-SLR |
| DELL, INC., et al. | ) |
| | ) |
| Defendants. | ) |

### STIPULATED ORDER

WHEREAS defendant HannStar Display Corporation is a Taiwan corporation;

WHEREAS, HannStar Display Corporation and Guardian Industries Corp. have negotiated an agreement regarding service and response deadlines,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. HannStar Display Corporation shall answer, move or otherwise respond to the First Amended Complaint on or before September 30, 2005.

2. This stipulation is without prejudice to either party requesting a further extension of time to answer, move or otherwise respond.

| MORRIS JAMES HITCHENS & WILLIAMS | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Richard K. Herrmann<br>Richard K. Herrmann (No. 405)<br>Mary B. Matterer (No. 2696)<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (No. 2246)<br>David E. Moore (No. 3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Counsel for Plaintiff*<br>*Guardian Industries Corp.* | *Counsel for Defendant*<br>*HannStar Display Corporation* |

*Of Counsel:*

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

*Of Counsel:*

E. Robert Yoches
Laura P. Masurovsky
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, Virginia  20190
(571) 203-2700

John R. Alison
Ya-Chiao Chang
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
12D, 167 DunHua North Road
Taipei 105, Taiwan, R.O.C.
(886)-2-2712-7001


        SO ORDERED this _____ day of _____, 2005.


                                        _____
                                        JUDGE SUE L. ROBINSON


699165