IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05-27 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| DELL, INC, | ) | |
| GATEWAY, INC., | ) | |
| ACER, INC., | ) | |
| ACER AMERICA CORPORATION, | ) | |
| AOC INTERNATIONAL, | ) | |
| CHUNGHWA PICTURE TUBES LTD. a/k/a | ) | |
| CHUNGHWA PICTURE TUBES COMPANY, | ) | |
| TATUNG COMPANY, | ) | |
| TATUNG COMPANY OF AMERICA INC., | ) | |
| COMPAL ELECTRONICS, INC., | ) | |
| JEAN CO., LTD., | ) | |
| LITE-ON TECHNOLOGY CORPORATION, | ) | |
| LITE-ON, INC. a/k/a LITEON TRADING USA, INC., | ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD., | ) | |
| PROVIEW TECHNOLOGY, INC., | ) | |
| QUANTA DISPLAY, INC., | ) | |
| BOE HYDIS AMERICA, INC., | ) | |
| BOE HYDIS TECHNOLOGY COMPANY LTD., | ) | |
| CHI MEI OPTOELECTRONICS, | ) | |
| ENVISION PERIPHERALS, INC., | ) | |
| HANNSTAR DISPLAY CORPORATION, | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| MAG TECHNOLOGY COMPANY LTD., | ) | |
| MAG TECHNOLOGY USA, INC., | ) | |
| PROVIEW ELECTRONICS COMPANY, LTD., | ) | |
| TPV TECHNOLOGY, LTD., and | ) | |
| TPV INTERNATIONAL (USA), INC. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Elaine Y. Chow, of Preston Gates & Ellis LLP to represent Envision Peripherals, Inc., TPV Technology, Ltd. and TPV International (USA), Inc. in this matter.

Of Counsel:

Michael J. Bettinger
Timothy P. Walker
Preston Gates & Ellis LLP
55 Second Street
Suite 1700
San Francisco, CA 94105
(415)882-8200

Dated: September 15, 2005

RICHARDS, LAYTON & FINGER, P.A.

Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Dated: September _16_, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of September, 2005.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing, and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*Elaine Y. Chow*
Elaine Y. Chow, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Fax: (415) 882-8220

Dated: September 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Gerald M. O'Rourke
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

I hereby certify that on September 16, 2005 the foregoing documents were sent to the following non-registered participants in the manner indicated:

### VIA ELECTRONIC MAIL

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022

-2-

| | |
|---|---|
| Jeffrey K. Sherwood<br>John Caracappa<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 | Roderick B. Williams<br>Avelyn M. Ross<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568 |
| Michael J. Bettinger<br>Timothy P. Walker<br>Rachel Davidson<br>Preston Gates & Ellis LLP<br>Suite 1700<br>55 Second Street<br>San Francisco, CA 94105 | Eric L. Wesenberg<br>Kai Tseng<br>Rowena Young<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 |
| Terry D. Garnett<br>Peter J. Wied<br>Paul Hastings Janofsky & Walker<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071-2228 | York M. Faulkner<br>Finnegan Henderson Farabow Garrett & Dunner<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 |
| Robert C. Weems<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA 94960 | E. Robert Yoches<br>Laura P. Masurovsky<br>Finnegan Henderson Farabow Garrett & Dunner<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 |

_____
Robert W. Whetzel (#2288)
Whetzel@rlf.com