## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORP., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-27-SLR |
| | : | |
| DELL, INC., et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **19th** day of **September, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, September 23, 2005 at 9:30 a.m.** with Magistrate Judge Thynge to discuss the scheduling of the mediation conferences. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

Counsel and the parties are required to review and be prepared to discuss the attachment to this Order during the teleconference.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE