**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>DELL, INC. et al., )<br>   )<br>   Defendants. ) | C. A. No. 05-27-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that a copy of the Response of Lite-On Technology Corporation and Lite-On, Inc. to Guardian Industries Corp.'s First Set of Interrogatories (Nos. 1-15) and the Response of Lite-On Technology Corporation and Lite-On, Inc. to Guardian Industries Corp.'s First Set of Requests for the Production of Documents and Things (Nos. 1-138) were caused to be served on September 23, 2005 upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Richard K. Herrmann
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Robert W. Whetzel
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

William J. Marsden, Jr.  
Fish & Richardson, P.C.  
919 N. Market Street, Suite 1100  
P.O. Box 1114  
Wilmington, DE  19899-1114

Matthew W. King  
Richards, Layton & Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE  19899-0551

**VIA FEDERAL EXPRESS**

Bryan S. Hales  
Craig D. Leavell  
Meredith Zinanni  
Eric D. Hayes  
Kirkland & Ellis LLP  
200 East Randolph Drive  
Chicago, IL  60601

Teresa M. Corbin  
Howrey LLP  
525 Market Street, Suite 3600  
San Francisco, CA  9410534

Terry D. Garnett  
Peter J. Wied  
Paul Hastings Janofsky & Walker  
515 South Flower Street, 25th Floor  
Los Angeles, CA  90071-2228

Robert C. Weems  
Baum & Weems  
58 Katrina Lane  
San Anselmo, CA  94960

Roderick B. Williams  
Avelyn M. Ross  
Vinson & Elkins  
2801 Via Fortuna, Suite 100  
Austin, TX  78746-7568

Kurt M. Rogers  
Latham & Watkins LLP  
885 Third Avenue  
Suite 1000  
New York, NY  10022-4834

Eric L. Wesenberg  
Kai Tseng  
Rowena Young  
Orrick, Herrington & Sutcliffe LLP  
1000 Marsh Road  
Menlo Park, CA  94025-1015

E. Robert Yoches  
Laura P. Masurovsky  
Finnegan, Henderson, Farabow,  
    Garrett & Dunner, L.L.P.  
901 New York Avenue, N.W.  
Washington, DC  20001

| | |
|---|---|
| Jeffrey K. Sherwood<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036-1564 | Michael J. Bettinger<br>Timothy P. Walker<br>Preston Gates & Ellis LLP<br>Suite 1700<br>55 Second Street<br>San Francisco, CA  94105 |

OF COUNSEL:

E. Robert Yoches
Laura P. Masurovsky
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
Tel.: (202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, VA  20190
Tel.: (571) 203-2700

John R. Alison
Ya-Chiao Chang
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, L.L.P.
12D, 167 DunHua North Road
Taipei 105, Taiwan, ROC
Tel.: (886)-2-2712-7001

Dated:  September 23, 2005

700728

POTTER ANDERSON & CORROON LLP

By:  */s/ Richard L. Horwitz*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE  19899
     Tel..:  (302) 984-6000

*Attorneys for Defendants*
*Lite-On Technology Corporation*
*and Lite-On, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on September 23, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard K. Herrmann<br>Mary B. Matterer<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 | Robert W. Whetzel<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 |
| Josy W. Ingersoll<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | Steven J. Balick<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 |
| William J. Marsden, Jr.<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | Matthew W. King<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 |

I hereby certify that on September 23, 2005, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Bryan S. Hales<br>Craig D. Leavell<br>Meredith Zinanni<br>Eric D. Hayes<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601 | Terry D. Garnett<br>Peter J. Wied<br>Paul Hastings Janofsky & Walker<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA  90071-2228 |
| Teresa M. Corbin<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA  94105-2708 | Robert C. Weems<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA  94960 |
| Roderick B. Williams<br>Avelyn M. Ross<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746-7568 | Kurt M. Rogers<br>Latham & Watkins LLP<br>885 Third Avenue<br>Suite 1000<br>New York, NY 10022-4834 |
| Eric L. Wesenberg<br>Kai Tseng<br>Rowena Young<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | E. Robert Yoches<br>Laura P. Masurovsky<br>Finnegan, Henderson, Farabow,<br>    Garrett & Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC  20001 |
| Jeffrey K. Sherwood<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 | Michael J. Bettinger<br>Timothy P. Walker<br>Preston Gates & Ellis LLP<br>Suite 1700<br>55 Second Street<br>San Francisco, CA  94105 |

By: */s/ Richard L. Horwitz*
   Richard L. Horwitz
   David E. Moore
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE  19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

679634

5