IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORP., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-27-SLR |
| | : | |
| DELL, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **26th** day of **September, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, November 16, 2005 at 5:00 p.m. EST** with Magistrate Judge Thynge. **Matthew W. King, Esquire shall initiate the teleconference call.** The purpose of the call is to discuss the status of the case and negotiations, as well as the mediation schedule and the mechanics of mediation. Presently, mediation is scheduled as follows:

| | |
|---|---|
| Quanta | Wednesday, March 22, 2006 |
| CPT | Thursday, March 23, 2006 |
| Lite-On | Thursday, March 30, 2006 |
| Other Defendants | Tuesday, March 28, Wednesday, March 29, Tuesday, April 4, Wednesday, April 5 and Thursday, April 6, 2006 |

Counsel and the party representatives for those parties who have not yet been scheduled a specific date for mediation are required to keep the March 28, 29 and

April 4-6, 2006 dates available until the mediation schedule is finalized. Obviously, plaintiff's counsel and plaintiff's representatives must be available on all dates noted in this Order.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE