### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | C.A. No. 05-27-SLR |
| ) | |
| **DELL, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

### STIPULATED ORDER

WHEREAS defendant HannStar Display Corporation is a Taiwan corporation;

WHEREAS, HannStar Display Corporation and Guardian Industries Corp. have negotiated an agreement regarding service and response deadlines,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. HannStar Display Corporation shall answer, move or otherwise respond to the First Amended Complaint on or before October 31, 2005.

2. This stipulation is without prejudice to either party requesting a further extension of time to answer, move or otherwise respond.

| | |
|---|---|
| /s/ David E. Moore | /s/ Richard K. Herrmann |
| Richard L. Horwitz (No. 2246) | Richard K. Herrmann (No. 405) |
| David E. Moore (No. 3983) | Mary B. Matterer (No. 2696) |
| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS |
| Hercules Plaza, 6th Floor | 222 Delaware Avenue, 10th Floor |
| 1313 N. Market Street | Wilmington, Delaware 19801 |
| P.O. Box 951 | (302) 888-6800 |
| Wilmington, Delaware 19899 | |
| (302) 984-6000 | *Of Counsel:* |
| | |
| *Of Counsel:* | Bryan S. Hales |
| | Craig D. Leavell |
| E. Robert Yoches | Meredith Zinanni |
| Laura P. Masurovsky | Eric D. Hayes |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. | KIRKLAND & ELLIS |
| 901 New York Avenue, N.W. | 200 East Randolph Drive |
| Washington, D.C. 20001 | Chicago, Illinois 60601 |
| (202) 408-4000 | (312) 861-2000 |
| | |
| York M. Faulkner | *Counsel for Guardian Industries Corp.* |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. | |
| 11955 Freedom Drive | |
| Reston, Virginia 20190 | |
| (571) 203-2700 | |
| | |
| John R. Alison | |
| Ya-Chiao Chang | |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. | |
| 12D, 167 DunHua North Road | |
| Taipei 105, Taiwan, R.O.C. | |
| (886)-2-2712-7001 | |
| | |
| *Counsel for Defendant HannStar Display Corporation* | |

SO ORDERED this _____ day of _____, 2005.

_____
JUDGE SUE L. ROBINSON