IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GUARDIAN INDUSTRIES CORP.,       )
                                 )
                 Plaintiff,      )
          v.                     )    C.A. No. 05-27-SLR
                                 )
DELL, INC., et al.               )
                                 )
                 Defendants.     )
_____  )

## STIPULATED DISMISSAL

WHEREAS, plaintiff, Guardian Industries Corp. and defendant, HannStar Display Corporation, as indicated by the signature of counsel appearing below, have agreed to the dismissal of defendant HannStar Display Corporation from this action pursuant to Rule 41 of the Federal Rules of Civil Procedure and subject to the terms of this Order and a confidential Settlement and License Agreement, dated October 6, 2005.

NOW THEREFORE, it is ordered as follows:

1.    The claims by Guardian Industries Corp. against HannStar Display Corporation are hereby dismissed with prejudice, with respect to HannStar Display Corporation.

2.    Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of the claims against HannStar Display Corporation.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Richard K. Herrmann* | */s/ David E. Moore* |
| Richard K. Herrmann (No. 405) | Richard L. Horwitz (No. 2246) |
| MORRIS JAMES HITCHENS & | David E. Moore (No. 3983) |
|   WILLIAMS | POTTER ANDERSON & |
| 222 Delaware Avenue, 10th Floor |   CORROON LLP |
| Wilmington, Delaware 19801 | Hercules Plaza, 6th Floor |
| (302) 888-6800 | 1313 N. Market Street |
| | P.O. Box 951 |
| *Of Counsel:* | Wilmington, Delaware 19899 |
| | (302) 984-6000 |
| Bryan S. Hales | |
| Craig D. Leavell | *Of Counsel:* |
| Meredith Zinanni | |
| Eric D. Hayes | E. Robert Yoches |
| KIRKLAND & ELLIS | Laura P. Masurovsky |
| 200 East Randolph Drive | FINNEGAN, HENDERSON, FARABOW, |
| Chicago, Illinois 60601 |   GARRETT & DUNNER, L.L.P. |
| (312) 861-2000 | 901 New York Avenue, N.W. |
| | Washington, D.C. 20001 |
| Attorneys for Guardian Industries | (202) 408-4000 |
| Corp. | |
| | York M. Faulkner |
| | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, L.L.P. |
| | 11955 Freedom Drive |
| | Reston, Virginia 20190 |
| | (571) 203-2700 |
| | |
| | John R. Alison |
| | Ya-Chiao Chang |
| | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, L.L.P. |
| | 12D, 167 DunHua North Road |
| | Taipei 105, Taiwan, R.O.C. |
| | (886)-2-2712-7001 |
| | |
| | Attorneys for Defendant |
| | HannStar Display Corporation |

**SO ORDERED** this _____ day of _____, 2005

_____
Sue L. Robinson
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 28, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**VIA HAND DELIVERY**

Richard K. Herrmann
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Robert W. Whetzel
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

I hereby certify that on October 28, 2005, I have Federal Expressed the documents to the following non-registered participants:

**VIA FEDERAL EXPRESS**

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Teresa M. Corbin
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 9410534

Terry D. Garnett
Peter J. Wied
Paul Hastings Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

Robert C. Weems
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

Kurt M. Rogers
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

E. Robert Yoches
Laura P. Masurovsky
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001

Jeffrey K. Sherwood
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Michael J. Bettinger
Timothy P. Walker
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

/s/ David E. Moore
                    David E. Moore

687342