**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** ) | |
| ) | |
| **Plaintiff,** ) | **C.A. No.: 05-27-SLR** |
| **v.** ) | |
| ) | **Jury Trial Demanded** |
| **DELL, INC.; GATEWAY, INC.;** ) | |
| **HEWLETT-PACKARD COMPANY;** ) | |
| **ACER INC.; ACER AMERICA CORPORATION;** ) | |
| **AOC INTERNATIONAL; ENVISION PERIPHERALS, INC.;** ) | |
| **TPV TECHNOLOGY, LTD.; TPV INTERNATIONAL (USA), INC.;** ) | |
| **CHUNGHWA PICTURE TUBES, LTD. a/k/a** ) | |
| **CHUNGHWA PICTURE TUBES COMPANY;** ) | |
| **TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.;** ) | |
| **COMPAL ELECTRONICS, INC.; JEAN CO., LTD.;** ) | |
| **LITE-ON TECHNOLOGY CORPORATION:** ) | |
| **LITE-ON, INC. a/k/a LITEON TRADING USA, INC.;** ) | |
| **MAG TECHNOLOGY COMPANY, LTD.;** ) | |
| **MAG TECHNOLOGY USA, INC.;** ) | |
| **PROVIEW INTERNATIONAL HOLDINGS, LTD.;** ) | |
| **PROVIEW TECHNOLOGY, INC.;** ) | |
| **PROVIEW ELECTRONICS COMPANY, LTD.; and** ) | |
| **QUANTA DISPLAY, INC.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## STIPULATED REQUEST FOR STAY

WHEREAS, plaintiff, Guardian Industries Corp. and defendant, Quanta Display

Inc. are parties to the above-captioned litigation, and,

WHEREAS, the parties have signed a settlement agreement, but require

additional time to carry out certain terms of that agreement,

WHEREAS, the parties expect to file a Stipulated Dismissal on or before January

6, 2006, and

WHEREAS, the parties wish to avoid unnecessary legal expenses until such time

as the Stipulated Dismissal is filed.

NOW THEREFORE, it is ordered as follows:

1. The above-captioned litigation will be stayed for all purposes, including discovery, until January 9, 2006 as between Guardian and Defendant Quanta Display, Inc. but no other defendant;

2. During the stay, Defendant Quanta Display, Inc. is not obligated to respond to discovery propounded in the above-captioned litigation, including producing documents or providing witnesses for deposition; and

3. This stay does not affect Guardian's ability to pursue its case against any defendant other than Quanta Display.

**STIPULATED AND AGREED**

| | |
|---|---|
| */s/ Josy W. Ingersoll* | */s/ Richard K. Herrmann* |
| Josy W. Ingersoll, Esq. (I.D. No. 1088) | Richard K. Herrmann (I.D. No. 405) |
| YOUNG CONAWAY STARGATT & | MORRIS JAMES HITCHENS & WILLIAMS |
| TAYLOR LLP | 222 Delaware Avenue, 10th Floor |
| 17th Floor, The Brandywine Building | Wilmington, Delaware 19801 |
| 1000 West Street | 302.888.6800 |
| Wilmington, Delaware 19801 | rherrmann@morrisjames.com |
| 302.571.6672 | |
| jingersoll@ycst.com | Bryan S. Hales |
| | Craig D. Leavell |
| Peter J. Wied | Meredith Zinanni |
| Terry D. Garnett | Eric D. Hayes |
| PAUL HASTINGS JANOFSKY & WALKER | KIRKLAND & ELLIS LLP |
| 515 South Flower Street, 25th Floor | 200 East Randolph Drive |
| Los Angeles, California 90071 | Chicago, Illinois 60601 |
| 213.683.6000 | 312.861.2000 |
| | |
| *Counsel for Quanta Display, Inc.* | *Counsel for Guardian Industries Corp.* |

**SO ORDERED** this _____ day of _____, 2005.

_____
Sue L. Robinson
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2005, I electronically filed the foregoing document, **STIPULATED REQUEST FOR STAY**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue,17[th] Floor
Wilmington, DE  19801

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Additionally, I hereby certify that on the 9th day of Novembert, 2005, the foregoing document was served via email on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA  94025-3434
shvodiand@howrey.com
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C.  20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

3

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC  20036
jsherwood@akingump.com

Keven M. O'Brien, Esq.
Baker & McKenzie
815 Connecticut Avenue, N.W.
Washington, D.C.  20006
boehydis@bakernet.com

Eric Wesenberg, Esq.
Kai Tseng, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA  94025
ewesenberg@orrick.com
ktseng@orrick.com

Peter J. Wied, Esq.
Terry D. Garnett, Esq.
Paul Hastings Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
peterwied@paulhastings.com
terrygarnett@paulhastings.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA  19103
khamel@akingump.com
aettelman@akingump.com

Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960
rcweems@comcast.net

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
robert.gunther@lw.com
kurt.rogers@lw.com

*/s/ Richard K. Herrmann*
RICHARD K. HERRMANN (I.D. NO. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*