IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                            ) | Civ. No. 05-27-SLR |
| ) | |
| DELL, INC., et al.,           ) | |
| ) | |
| Defendants.  ) | |

**O R D E R**

At Wilmington this 18th day of November, 2005, having conferred with counsel;

IT IS ORDERED that defendants' motions for stay pending resolution of case against LCD module manufacturers (D.I. 109, 111, 113, 114, 122, 125, 138, 139, 147, 148, 149, 150, 155) are granted to the extent that, other than discovery to confirm the volume of CPT LCD modules the defendants sold in the United States, no further discovery shall be pursued by plaintiff against the OEM and reseller defendants until further order of the court. Within five (5) days of the scheduled mediation between plaintiff and CPT, the parties shall inform the court of

the status of the case.

                                           _____
                                             United States District Judge