IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL INC.; )<br>GATEWAY, INC.; )<br>HEWLETT-PACKARD COMPANY; )<br>ACER INC.; )<br>ACER AMERICA CORPORATION; )<br>AOC INTERNATIONAL; )<br>ENVISION PERIPHERALS, INC.; )<br>TPV TECHNOLOGY, LTD; )<br>TPV INTERNATIONAL (USA), INC.; )<br>AU OPTRONICS CORPORATION; )<br>AU OPTRONICS CORPORATION AMERICA a/k/a )<br>AU OPTRONICS AMERICA, INC.; )<br>BENQ CORPORATION; )<br>BENQ AMERICA CORPORATION; )<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a )<br>CHUNGHWA PICTURE TUBES COMPANY; )<br>TATUNG COMPANY; )<br>TATUNG COMPANY OF AMERICA, INC.; )<br>BOE HYDIS TECHNOLOGY COMPANY, LTD.; )<br>BOE HYDIS AMERICA INC.; )<br>CHI MEI OPTOELECTRONICS; )<br>COMPAL ELECTRONICS, INC.; )<br>DELTA ELECTRONICS, INC.; )<br>DELTA PRODUCTS CORPORATION; )<br>DELTA ELECTRONICS (THAILAND) PUBLIC )<br>COMPANY LTD.; )<br>HANNSTAR DISPLAY CORPORATION; )<br>JEAN CO., LTD.; )<br>LITE-ON TECHNOLOGY CORPORATION; )<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; )<br>MAG TECHNOLOGY COMPANY, LTD.; )<br>MAG TECHNOLOGY USA, INC.; )<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.; )<br>PROVIEW TECHNOLOGY, INC.; )<br>PROVIEW ELECTRONICS COMPANY, LTD.; and )<br>QUANTA DISPLAY, INC., )<br>)<br>Defendants. ) | Case No.: 05-27 SLR<br><br>**JURY TRIAL DEMANDED** |

RLF1-2957095-1

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 13th day of December, 2005, copies of Chunghwa Picture Tubes, Ltd.'s First Set of Requests for the Production of Documents and First Set of Interrogatories were served in the manner indicated on the following counsel of record:

### VIA U.S. MAIL & ELECTRONIC MAIL

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

RLF1-2957095-1

**VIA ELECTRONIC MAIL**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Robert C. Weems
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022

Jeffrey K. Sherwood
John Caracappa
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

Michael J. Bettinger
Timothy P. Walker
Rachel Davidson
Preston Gates & Ellis LLP
Suite 1700
55 Second Street
San Francisco, CA 94105

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

Terry D. Garnett
Peter J. Wied
Paul Hastings Janofsky & Walker
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

E. Robert Yoches
Laura P. Masurovsky
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

RLF1-2957095-1

OF COUNSEL:

Daniel T. Shvodian
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025-3434
650.463.8247

Teresa M. Corbin
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
415.848.4900

Dated: December 14, 2005

/s/ Robert W. Whetzel
Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Chunghwa Picture Tubes, Ltd.

RLF1-2957095-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2005 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

I hereby certify that on December 14, 2005 the foregoing documents were sent to the following non-registered participants in the manner indicated:

### VIA ELECTRONIC MAIL

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022

RLF1-2910025-1

| | |
|---|---|
| Jeffrey K. Sherwood<br>John Caracappa<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 | Roderick B. Williams<br>Avelyn M. Ross<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568 |
| Michael J. Bettinger<br>Timothy P. Walker<br>Rachel Davidson<br>Preston Gates & Ellis LLP<br>Suite 1700<br>55 Second Street<br>San Francisco, CA 94105 | Eric L. Wesenberg<br>Kai Tseng<br>Rowena Young<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 |
| Terry D. Garnett<br>Peter J. Wied<br>Paul Hastings Janofsky & Walker<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071-2228 | E. Robert Yoches<br>Laura P. Masurovsky<br>Finnegan Henderson Farabow Garrett & Dunner<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 |
| Robert C. Weems<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA 94960 | |

/s/ Matthew W. King

Matthew W. King (#4566)
king@rlf.com

-2-

RLF1-2910025-1