IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL, INC.; )<br>GATEWAY, INC.; )<br>HEWLETT-PACKARD COMPANY; )<br>ACER INC.; )<br>ACER AMERICA CORPORATION; )<br>AOC INTERNATIONAL; )<br>ENVISION PERIPHERALS, INC.; )<br>TPV TECHNOLOGY, LTD; )<br>TPV INTERNATIONAL (USA), INC.; )<br>AU OPTRONICS CORPORATION; )<br>AU OPTRONICS CORPORATION AMERICA a/k/a )<br>AU OPTRONICS AMERICA, INC.; )<br>BENQ CORPORATION; )<br>BENQ AMERICA CORPORATION; )<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a )<br>CHUNGHWA PICTURE TUBES COMPANY; )<br>TATUNG COMPANY; )<br>TATUNG COMPANY OF AMERICA, INC.; )<br>BOE HYDIS TECHNOLOGY COMPANY, LTD.; )<br>BOE HYDIS AMERICA INC.; )<br>CHI MEI OPTOELECTRONICS; )<br>COMPAL ELECTRONICS, INC.; )<br>DELTA ELECTRONICS, INC.; )<br>DELTA PRODUCTS CORPORATION; )<br>DELTA ELECTRONICS (THAILAND) PUBLIC )<br>COMPANY LTD.; )<br>HANNSTAR DISPLAY CORPORATION; )<br>JEAN CO., LTD.; )<br>LITE-ON TECHNOLOGY CORPORATION; )<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; )<br>MAG TECHNOLOGY COMPANY, LTD.; )<br>MAG TECHNOLOGY USA, INC.; )<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.; )<br>PROVIEW TECHNOLOGY, INC.; )<br>PROVIEW ELECTRONICS COMPANY, LTD.; and )<br>QUANTA DISPLAY, INC., )<br>)<br>Defendants. ) | Case No.: 05-27 SLR<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on December 16, 2005, Defendant Chunghwa Picture Tubes, Ltd. issued a *subpoena duces tecum* for service on Adiel Abileah.

| | |
|---|---|
| OF COUNSEL: | Robert W. Whetzel (#2288)<br>whetzel@rlf.com |
| Daniel T. Shvodian<br>Howrey LLP<br>301 Ravenswood Avenue<br>Menlo Park, CA 94025-3434<br>650.463.8247 | Matthew W. King (#4566)<br>king@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700 |
| Teresa M. Corbin<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>415.848.4900 | Attorneys for Defendants/Counterclaimants<br>Chunghwa Picture Tubes, Ltd. |

Dated: December 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2005 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND**

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

I hereby certify that on December 20, 2005 the foregoing documents were sent to the following non-registered participants in the manner indicated:

**VIA ELECTRONIC MAIL**

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022

<div style="column-count:2">

Jeffrey K. Sherwood
John Caracappa
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Michael J. Bettinger
Timothy P. Walker
Rachel Davidson
Preston Gates & Ellis LLP
Suite 1700
55 Second Street
San Francisco, CA 94105

Terry D. Garnett
Peter J. Wied
Paul Hastings Janofsky & Walker
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

Robert C. Weems
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

E. Robert Yoches
Laura P. Masurovsky
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

</div>

_/s/ Matthew W. King_
Matthew W. King (#4566)
king@rlf.com

-2-