IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>DELL INC.;<br>GATEWAY, INC.;<br>HEWLETT-PACKARD COMPANY;<br>ACER INC.;<br>ACER AMERICA CORPORATION;<br>AOC INTERNATIONAL;<br>ENVISION PERIPHERALS, INC.;<br>TPV TECHNOLOGY, LTD;<br>TPV INTERNATIONAL (USA), INC.;<br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION AMERICA a/k/a<br>AU OPTRONICS AMERICA, INC.;<br>BENQ CORPORATION;<br>BENQ AMERICA CORPORATION;<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a<br>CHUNGHWA PICTURE TUBES COMPANY;<br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>BOE HYDIS TECHNOLOGY COMPANY, LTD.;<br>BOE HYDIS AMERICA INC.;<br>CHI MEI OPTOELECTRONICS;<br>COMPAL ELECTRONICS, INC.;<br>DELTA ELECTRONICS, INC.;<br>DELTA PRODUCTS CORPORATION;<br>DELTA ELECTRONICS (THAILAND) PUBLIC<br>COMPANY LTD.;<br>HANNSTAR DISPLAY CORPORATION;<br>JEAN CO., LTD.;<br>LITE-ON TECHNOLOGY CORPORATION;<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.;<br>MAG TECHNOLOGY COMPANY, LTD.;<br>MAG TECHNOLOGY USA, INC.;<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.;<br>PROVIEW TECHNOLOGY, INC.;<br>PROVIEW ELECTRONICS COMPANY, LTD.; and<br>QUANTA DISPLAY, INC.,<br><br>          Defendants. | Case No.: 05-27 SLR<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on December 16, 2005, Defendant Chunghwa Picture Tubes, Ltd. issued a *subpoena duces tecum* for service on Jeffrey H. Canfield.

OF COUNSEL:

Daniel T. Shvodian
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025-3434
650.463.8247

Teresa M. Corbin
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
415.848.4900

Dated: December 20, 2005

Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Chunghwa Picture Tubes, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2005 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND**

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

I hereby certify that on December 20, 2005 the foregoing documents were sent to the following non-registered participants in the manner indicated:

**VIA ELECTRONIC MAIL**

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022

RLF1-2910025-1

Jeffrey K. Sherwood
John Caracappa
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Michael J. Bettinger
Timothy P. Walker
Rachel Davidson
Preston Gates & Ellis LLP
Suite 1700
55 Second Street
San Francisco, CA 94105

Terry D. Garnett
Peter J. Wied
Paul Hastings Janofsky & Walker
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

Robert C. Weems
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

E. Robert Yoches
Laura P. Masurovsky
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Matthew W. King (#4566)
king@rlf.com

-2-