IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br><br> Plaintiff, <br> v. <br><br> DELL, INC.; GATEWAY, INC.; <br> HEWLETT-PACKARD COMPANY; ACER INC.; <br> ACER AMERICA CORPORATION; AOC INTERNATIONAL; <br> ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; <br> TPV INTERNATIONAL (USA), INC.; <br> CHUNGHWA PICTURE TUBES, LTD. a/k/a <br> CHUNGHWA PICTURE TUBES COMPANY; <br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; <br> COMPAL ELECTRONICS, INC.; JEAN CO., LTD.; <br> LITE-ON TECHNOLOGY CORPORATION: <br> LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; <br> MAG TECHNOLOGY COMPANY, LTD.; <br> MAG TECHNOLOGY USA, INC.; <br> PROVIEW INTERNATIONAL HOLDINGS, LTD.; <br> PROVIEW TECHNOLOGY, INC.; and <br> PROVIEW ELECTRONICS COMPANY, LTD., <br><br> Defendants. | C.A. No.: 05-27-SLR <br><br> Jury Trial Demanded |

## NOTICE OF SERVICE

Please take notice that on the 29th day of December, 2005, copies of the following documents, **RESPONSE TO CHUNGHWA PICTURE TUBES' SUBPOENA TO ADIEL ABILEAH and RESPONSE TO CHUNGHWA PICTURE TUBES' SUBPOENA TO GANG XU,** were served on counsel as indicated:

**VIA EMAIL & FEDEX**

Wallace Wu, Esq.
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, CA  90071
wuw@howrey.com

**VIA EMAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025-3434
shvodiand@howrey.com
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
rickwilliams@velaw.com
aross@velaw.com

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC 20036
jsherwood@akingump.com

**VIA EMAIL**

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE 19801

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
york.faulkner@finnegan.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

Peter J. Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA 90404-4060
pwied@agsk.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
khamel@akingump.com
aettelman@akingump.com

| | |
|---|---|
| **VIA EMAIL** | **VIA EMAIL** |
| Eric Wesenberg, Esq.<br>Kai Tseng, Esq.<br>Orrick Herrington & Sutcliffe<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>ewesenberg@orrick.com<br>ktseng@orrick.com | Robert J. Gunther, Jr., Esq.<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br>robert.gunther@lw.com<br>kurt.rogers@lw.com |

/s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of December, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Additionally, I hereby certify that on the 30th day of December, 2005, the foregoing document was served via email on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025-3434
shvodiand@howrey.com
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
rickwilliams@velaw.com
aross@velaw.com

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
mikeb@prestongates.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
york.faulkner@finnegan.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

Peter J. Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA 90404-4060
pwied@agsk.com

| | |
|---|---|
| Jeffrey K. Sherwood, Esq.<br>Akin Gump Strauss Hauer & Feld<br>1333 New Hampshire Avenie, NW<br>Washington, DC  20036<br>jsherwood@akingump.com<br><br>Eric Wesenberg, Esq.<br>Kai Tseng, Esq.<br>Orrick Herrington & Sutcliffe<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>ewesenberg@orrick.com<br>ktseng@orrick.com | Kevin R. Hamel, Esq.<br>Aaron Ettelman, Esq.<br>Akin Gump Strauss Hauer & Feld<br>One Commerce Square<br>2005 Market Street, Suite 2200<br>Philadelphia, PA  19103<br>khamel@akingump.com<br>aettelman@akingump.com<br><br>Robert J. Gunther, Jr., Esq.<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022<br>robert.gunther@lw.com<br>kurt.rogers@lw.com |

    /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*