IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br><br> Plaintiff, <br> v. <br><br> DELL, INC.; GATEWAY, INC.; <br> HEWLETT-PACKARD COMPANY; ACER INC.; <br> ACER AMERICA CORPORATION; AOC INTERNATIONAL; <br> ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; <br> TPV INTERNATIONAL (USA), INC.; <br> CHUNGHWA PICTURE TUBES, LTD. a/k/a <br> CHUNGHWA PICTURE TUBES COMPANY; <br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; <br> COMPAL ELECTRONICS, INC.; <br> HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; <br> LITE-ON TECHNOLOGY CORPORATION; <br> LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; <br> MAG TECHNOLOGY COMPANY, LTD.; <br> MAG TECHNOLOGY USA, INC.; <br> PROVIEW INTERNATIONAL HOLDINGS, LTD.; <br> PROVIEW TECHNOLOGY, INC.; <br> PROVIEW ELECTRONICS COMPANY, LTD.; and <br> QUANTA DISPLAY, INC. <br><br> Defendants. | Case No.: 05-27-SLR <br><br> Jury Trial Demanded |

## STIPULATED DISMISSAL

WHEREAS, plaintiff, Guardian Industries Corp., and defendant Quanta Display Inc., as indicated by the signature of counsel appearing below, have agreed to the dismissal of Quanta Display Inc. from this action pursuant to Federal Rule of Civil Procedure 41 and subject to the terms of this Order and a confidential settlement agreement, dated November 5, 2005.

NOW, THEREFORE, it is ordered as follows:

1.    The claims by Guardian Industries Corp. against Quanta Display Inc. are hereby dismissed with prejudice with respect to Quanta Display Inc.;

2. The counterclaims by Quanta Display Inc. against Guardian Industries Corp. are hereby dismissed with prejudice with respect to Guardian Industries Corp.

3. Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of the claims against Quanta Display Inc. and the counterclaims against Guardian Industries Corp.

**STIPULATED AND AGREED**

/s/ Richard K. Herrman
Richard K. Herrmann (#405)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric Hayes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for Guardian Industries Corp.*

*Karen E. Keller*
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT & TAYLOR
17th Floor, The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com
kkeller@ycst.com

Terry D. Garnett
Peter Wied
PAUL HASTINGS JANOFSKY & WALKER
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
(213) 683-6000

*Counsel for Quanta Display Inc.*

SO ORDERED this _____ day of _____, 2006.

_____
Judge Sue L. Robinson

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on January 16, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard K. Herrmann, Esquire
Mary Matterer, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19801
*Attorneys for Plaintiff Guardian Industries Corp.*

Robert W. Whetzel, Esquire
Matthew W. King, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company; Tatung Company of America, Inc. and Jean Co., Ltd., Envision Peripherals, Inc., TPV Technology, Ltd., and TPV International (USA), Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Dell, Inc., Mag Technology Co., Ltd., Mag Technology USA, Inc., Acer Inc., Acer America Corp., Compal Electronics, Inc., Lite-on Technology Corp., Lite-on Inc., Proview International Holdings, Ltd., Proview Technology, Inc., and Gateway, Inc.*

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801
*Attorneys for Hewlett-Packard Company*

I further certify that on January 16, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

Bryan S. Hales, Esquire
Craig D. Leavell, Esquire
Meredith Zinanni, Esquire
Eric Hayes, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
*Attorneys for Plaintiff Guardian Industries Corp.*

Michael Bettinger, Esquire
Timothy P. Walker, Esquire
Rachel Davidson, Esquire
Preston Gates & Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105
*Attorneys for Envision Peripherals, Inc., TPV Technology, Ltd. and TPV International (USA), Inc.*

Teresa M. Corbin, Esquire
Daniel T. Shvodian, Esquire
David L. Bilsker, Esquire
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
*Attorneys for Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company; Tatung Company; Tatung Company of America, Inc. and Jean Co., Ltd.*

Roderick B. Williams, Esquire
Avelyn M. Ross, Esquire
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746
*Attorneys for Dell, Inc.*

Eric Wesenberg, Esquire
Kai Tseng, Esquire
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA  94205
*Attorneys for Acer Inc. and Compal Electronics, Inc.*

Robert J. Gunther, Jr., Esquire
Kurt M. Rogers, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
*Attorneys for Gateway, Inc.*

DB01:1598319.1

Laura P. Masurovsky, Esquire
Ya-Chiao Chang, Esquire
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001
*Attorneys for Lite-On Inc. and Lite-On Technology Corp.*

Jeffrey K. Sherwood, Esquire
John M. Caracappa, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
*Attorneys for Proview International Holdings, Inc., Proview Technology, Inc., Proview Electronics Company, Ltd., MAG Technology Company Ltd. and MAG Technology USA, Inc.*

Yitai Hu, Esquire
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
*Attorneys for Proview International Holdings, Inc., Proview Technology, Inc., Proview Electronics Company, Ltd., MAG Technology Company Ltd. and MAG Technology USA, Inc.*

Kevin R. Hamel, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
Philadelphia, PA 19103
*Attorneys for Proview International Holdings, Inc., Proview Technology, Inc., Proview Electronics Company, Ltd., MAG Technology Company Ltd. and MAG Technology USA, Inc.*

Michael J. McKeon, Esquire
Richard A. Sterba, Esquire
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005-2500
*Attorneys for Hewlett-Packard Company*

Katherine A. Moerke, Esquire
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
*Attorneys for Hewlett-Packard Company*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Quanta Display, Inc.*

DB01:1598319.1