# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 05-27-SLR |
| | ) |
| **DELL, INC.; GATEWAY, INC.;** | ) Jury Trial Demanded |
| **HEWLETT-PACKARD CO.; ACER INC.;** | ) |
| **ACER AMERICA CORP.; AOC INTERNATIONAL;** | ) |
| **ENVISION PERIPHERALS, INC.;** | ) |
| **TPV TECHNOLOGY, LTD.;** | ) |
| **TPV INTERNATIONAL (USA), INC.;** | ) |
| **CHUNGHWA PICTURES TUBES, LTD. a/k/a** | ) |
| **CHUNGHWA PICTURE TUBES CO.;** | ) |
| **TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.;** | ) |
| **COMPAL ELECTRONICS, INC.; JEAN CO., LTD.;** | ) |
| **LITE-ON TECHNOLOGY CORP.;** | ) |
| **LITE-ON, INC. a/k/a LITEON TRADING USA, INC.;** | ) |
| **MAG TECHNOLOGY CO., LTD.;** | ) |
| **MAG TECHNOLOGY USA, INC.;** | ) |
| **PROVIEW INTERNATIONAL HOLDINGS, LTD.;** | ) |
| **PROVIEW TECHNOLOGY, INC.; and** | ) |
| **PROVIEW ELECTRONICS CO., LTD.,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

Please take notice that on the 12th day of January, 2006, copies of the following documents, **PLAINTIFF GUARDIAN'S RESPONSE TO DEFENDANT CPT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS and PLAINTIFF GUARDIAN INDUSTRIES' RESPONSE TO DEFENDANT CHUNGHWA PICTURE TUBES' FIRST SET OF INTERROGATORIES,** were served on counsel as indicated:

| VIA EMAIL | VIA EMAIL |
|---|---|
| Richard L. Horwitz, Esq. | Josy W. Ingersoll, Esq. |
| David E. Moore, Esq. | Young, Conaway, Stargatt & Taylor LLP |
| Potter Anderson & Corroon | The Brandywine Building |
| Hercules Plaza, 6th Floor | 1000 West Street, 17th Floor |
| 1313 N. Market Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | |

**VIA EMAIL**
Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA 94025-3434
shvodiand@howrey.com
corbint@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
rickwilliams@velaw.com
aross@velaw.com

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC 20036
jsherwood@akingump.com

Eric Wesenberg, Esq.
Kai Tseng, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025
ewesenberg@orrick.com
ktseng@orrick.com

**VIA EMAIL**
William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE 19801

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
york.faulkner@finnegan.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

Peter J.Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA 90404-4060
pwied@agsk.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
khamel@akingump.com
aettelman@akingump.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
robert.gunther@lw.com
kurt.rogers@lw.com

- 2 -

*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Additionally, I hereby certify that on the 20th day of January, 2006, the foregoing document was served via email on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Wallace Wu, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA  94025-3434
shvodiand@howrey.com
corbint@howrey.com
wuw@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C.  20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

Peter J.Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA  90404-4060
pwied@agsk.com

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC  20036
jsherwood@akingump.com

Eric Wesenberg, Esq.
Kai Tseng, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA  94025
ewesenberg@orrick.com
ktseng@orrick.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA  19103
khamel@akingump.com
aettelman@akingump.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
robert.gunther@lw.com
kurt.rogers@lw.com

   /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*