IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No(s).: 05-27-SLR |
| | ) | |
| DELL, INC.; GATEWAY, INC.; | ) | Jury Trial Demanded |
| HEWLETT-PACKARD CO.; ACER INC.; | ) | |
| ACER AMERICA CORP.; AOC INTERNATIONAL; | ) | |
| ENVISION PERIPHERALS, INC.; | ) | |
| TPV TECHNOLOGY, LTD.; | ) | |
| TPV INTERNATIONAL (USA), INC.; | ) | |
| CHUNGHWA PICTURES TUBES, LTD. a/k/a | ) | |
| CHUNGHWA PICTURE TUBES CO.; | ) | |
| TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; | ) | |
| COMPAL ELECTRONICS, INC.; JEAN CO., LTD.; | ) | |
| LITE-ON TECHNOLOGY CORP.; | ) | |
| LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; | ) | |
| MAG TECHNOLOGY CO., LTD.; | ) | |
| MAG TECHNOLOGY USA, INC.; | ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; | ) | |
| PROVIEW TECHNOLOGY, INC.; and | ) | |
| PROVIEW ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**GUARDIAN'S MOTION TO LIFT THE STAY**

Plaintiff Guardian respectfully requests that the Court lift the stay imposed on the OEM

and reseller defendants at the November 18, 2005 discovery status conference. The stay was

imposed pending the mediation between Guardian and Chunghwa Pictures Tubes, Ltd., which

took place on January 11, 2006. The mediation did not result in a settlement.

The OEM and reseller defendants are the direct infringers of Guardian's patents-in-suit.

For the reasons previously briefed and argued (*see* Guardian's Consolidated Opposition to the

Defendants' Motions to Stay, filed July 22, 2005), Guardian requires discovery from the OEM

and reseller defendants to prepare for trial to protect the patents at issue in this litigation.

Dated:  January 23, 2006

MORRIS JAMES HITCHENS & WILLIAMS

Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302-888-6800

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for Plaintiff,*
*Guardian Industries Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No(s).: 05-27-SLR |
| | ) |
| DELL, INC.; GATEWAY, INC.; | ) Jury Trial Demanded |
| HEWLETT-PACKARD CO.; ACER INC.; | ) |
| ACER AMERICA CORP.; AOC INTERNATIONAL; | ) |
| ENVISION PERIPHERALS, INC.; | ) |
| TPV TECHNOLOGY, LTD.; | ) |
| TPV INTERNATIONAL (USA), INC.; | ) |
| CHUNGHWA PICTURES TUBES, LTD. a/k/a | ) |
| CHUNGHWA PICTURE TUBES CO.; | ) |
| TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; | ) |
| COMPAL ELECTRONICS, INC.; JEAN CO., LTD.; | ) |
| LITE-ON TECHNOLOGY CORP.; | ) |
| LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; | ) |
| MAG TECHNOLOGY CO., LTD.; | ) |
| MAG TECHNOLOGY USA, INC.; | ) |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; | ) |
| PROVIEW TECHNOLOGY, INC.; and | ) |
| PROVIEW ELECTRONICS CO., LTD., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The Court having considered Plaintiff's Motion to Lift the Stay for good cause shown,

IT IS HEREBY ORDERED this _____ day of _____, 2006, that the

Motion is GRANTED.

_____
Sue L. Robinson, Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2006, I electronically filed the foregoing document, **GUARDIAN'S MOTION TO LIFT THE STAY** and proposed **ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Additionally, I hereby certify that on the 23rd day of January, 2006, the foregoing document was served via e-mail on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA  94025-3434
shvodiand@howrey.com
corbint@howrey.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett
 & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett
 & Dunner
901 New York Avenue, N.W.
Washington, D.C.  20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC  20036
jsherwood@akingump.com

Eric Wesenberg, Esq.
Kai Tseng, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA  94025
ewesenberg@orrick.com
ktseng@orrick.com

Peter J.Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA  90404-4060
pwied@agsk.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA  19103
khamel@akingump.com
aettelman@akingump.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
robert.gunther@lw.com
kurt.rogers@lw.com

MORRIS JAMES HITCHENS & WILLIAMS

_____*/s/ Mary B. Matterer*_____
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302-888-6800
mmatterer@morrisjames.com

*Counsel for Plaintiff,*
*Guardian Industries Corp.*

2