IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., </br></br> Plaintiff, </br></br> v. </br></br> DELL, INC.; GATEWAY, INC.; </br> HEWLETT-PACKARD CO.; ACER INC.; </br> ACER AMERICA CORP.; AOC INTERNATIONAL; </br> ENVISION PERIPHERALS, INC.; </br> TPV TECHNOLOGY, LTD.; </br> TPV INTERNATIONAL (USA), INC.; </br> CHUNGHWA PICTURES TUBES, LTD. a/k/a </br> CHUNGHWA PICTURE TUBES CO.; </br> TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; </br> COMPAL ELECTRONICS, INC.; JEAN CO., LTD.; </br> LITE-ON TECHNOLOGY CORP.; </br> LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; </br> MAG TECHNOLOGY CO., LTD.; </br> MAG TECHNOLOGY USA, INC.; </br> PROVIEW INTERNATIONAL HOLDINGS, LTD.; </br> PROVIEW TECHNOLOGY, INC.; and </br> PROVIEW ELECTRONICS CO., LTD., </br></br> Defendants. | Case No(s).: 05-27-SLR </br></br> Jury Trial Demanded |

## GUARDIAN'S RULE 7.1.1 CERTIFICATION
## FOR ITS MOTION TO LIFT THE STAY

Counsel for Plaintiff Guardian Industries Corp. hereby certifies that opposing counsel was contacted in an effort to resolve this issue to no avail.

Dated: January 23, 2006                MORRIS JAMES HITCHENS & WILLIAMS

              /s/ Mary B. Matterer
            Richard K. Herrmann (I.D. No. 405)
            Mary B. Matterer (I.D. No. 2696)
            222 Delaware Avenue, 10th Floor
            Wilmington, Delaware 19801
            302-888-6800
            mmatterer@morrisjames.com

            Bryan S. Hales
            Craig D. Leavell
            Meredith Zinanni
            Eric D. Hayes
            KIRKLAND & ELLIS LLP
            200 East Randolph Drive
            Chicago, Illinois 60601
            (312) 861-2000

            *Counsel for Plaintiff,*
            *Guardian Industries Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2006, I electronically filed the foregoing document, **GUARDIAN'S RULE 7.1.1 CERTIFICATION FOR ITS MOTION TO LIFT THE STAY**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Additionally, I hereby certify that on the 23rd day of January, 2006, the foregoing document was served via e-mail on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA  94025-3434
shvodiand@howrey.com
corbint@howrey.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett
 & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett
 & Dunner
901 New York Avenue, N.W.
Washington, D.C.  20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

Michael Bettinger, Esq.  
Preston Gates & Ellis LLP  
55 Second Street, Suite 1700  
San Francisco, CA 94105-3493  
mikeb@prestongates.com  

Jeffrey K. Sherwood, Esq.  
Akin Gump Strauss Hauer & Feld  
1333 New Hampshire Avenie, NW  
Washington, DC 20036  
jsherwood@akingump.com  

Eric Wesenberg, Esq.  
Kai Tseng, Esq.  
Orrick Herrington & Sutcliffe  
1000 Marsh Road  
Menlo Park, CA 94025  
ewesenberg@orrick.com  
ktseng@orrick.com  

Peter J.Wied, Esq.  
Alschuler Grossman Stein & Kahan LLP  
1620 26th Street, Fourth Floor, N Tower  
Santa Monica, CA 90404-4060  
pwied@agsk.com  

Kevin R. Hamel, Esq.  
Aaron Ettelman, Esq.  
Akin Gump Strauss Hauer & Feld  
One Commerce Square  
2005 Market Street, Suite 2200  
Philadelphia, PA 19103  
khamel@akingump.com  
aettelman@akingump.com  

Robert J. Gunther, Jr., Esq.  
Kurt M. Rogers  
Latham & Watkins  
885 Third Avenue  
New York, NY 10022  
robert.gunther@lw.com  
kurt.rogers@lw.com  

MORRIS JAMES HITCHENS & WILLIAMS  

　　　　/s/ *Mary B. Matterer*　　　　  
Richard K. Herrmann (I.D. No. 405)  
Mary B. Matterer (I.D. No. 2696)  
222 Delaware Avenue, 10th Floor  
Wilmington, Delaware 19801  
302-888-6800  
mmatterer@morrisjames.com  

*Counsel for Plaintiff,*  
*Guardian Industries Corp.*  

2