IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-27-SLR |
| ) | |
| v. ) | |
| ) | |
| DELL, INC. et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, subject to the approval of the Court, that the date by which Defendants must respond to Plaintiff's Motion to Lift Stay (D.I. 242) is extended to February 13, 2006.

| MORRIS JAMES HITCHENS & WILLIAMS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Richard K. Herrmann* <br> Richard K. Herrmann (#405) <br> Mary B. Matterer (#2696) <br> 222 Delaware Avenue, 10th Floor <br> P.O. Box 2306 <br> Wilmington, DE 19899-2306 <br> (302) 888-6800 <br> rherrmann@morrisjames.com <br> mmatterer@morrisjames.com | By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P. O. Box 951 <br> Wilmington, DE 19899-0951 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com |
| *Attorneys for Plaintiff Guardian Industries Corp.* | *Attorneys for Defendant Attorneys for Defendants Dell, Inc., Acer Inc., Acer America Corporation, Compal Electronics, Inc., Proview International Holdings, Ltd., Proview Technology, Inc., Proview Electronics Company, Ltd., Gateway Inc., Lite-On Technology Corporation, Lite-On, Inc. a/k/a Liteon Trading USA, Inc., Mag Technology Company, Ltd., Mag Technology USA, Inc.,* <br><br> *Filing on behalf of all Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

717947