## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2006 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

I hereby certify that on February 13, 2006 the foregoing documents were sent to the following non-registered participants in the manner indicated:

### VIA ELECTRONIC MAIL

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022

Jeffrey K. Sherwood
John Caracappa
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

RLF1-2910025-1

-2-

| | |
|---|---|
| Michael J. Bettinger<br>Timothy P. Walker<br>Rachel Davidson<br>Elaine Chow<br>Preston Gates & Ellis LLP<br>Suite 1700<br>55 Second Street<br>San Francisco, CA 94105 | Eric L. Wesenberg<br>Kai Tseng<br>Rowena Young<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 |
| Robert C. Weems<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA 94960 | E. Robert Yoches<br>Laura P. Masurovsky<br>Finnegan Henderson Farabow Garrett & Dunner<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Reston, VA 20190-5675 |

Matthew W. King (#4566)
king@rlf.com