### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-27-SLR |
| | : |
| DELL, INC., et al., | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington this **23rd** day of **February, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Monday, March 13, 2006 at 5:00 p.m. EST** with Judge Thynge. The purpose of the teleconference is to discuss who is actually remaining in the case and the dates reserved (March 29 & 30, April 4-6, 2006) for mediation with those defendants. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE