IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DELL, INC.; GATEWAY, INC.; )<br>HEWLETT-PACKARD COMPANY; ACER INC.; )<br>ACER AMERICA CORPORATION; AOC INTERNATIONAL; )<br>ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.; )<br>TPV INTERNATIONAL (USA), INC.; )<br>AU OPTRONICS CORPORATION; )<br>AU OPTRONICS CORPORATION AMERICA a/k/a )<br>AU OPTRONICS AMERICA, INC.; )<br>BENQ CORPORATION; BENQ AMERICA CORPORATION; )<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a )<br>CHUNGHWA PICTURE TUBES COMPANY; )<br>TATUNG COMPANY; )<br>TATUNG COMPANY OF AMERICA, INC.; )<br>BOE HYDIS TECHNOLOGY COMPANY, LTD.; )<br>BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; )<br>COMPAL ELECTRONICS, INC.; )<br>HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; )<br>LITE-ON TECHNOLOGY CORPORATION; )<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; )<br>MAG TECHNOLOGY COMPANY, LTD.; )<br>MAG TECHNOLOGY USA, INC.; )<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.; )<br>PROVIEW TECHNOLOGY, INC.; )<br>PROVIEW ELECTRONICS COMPANY, LTD.; and )<br>QUANTA DISPLAY, INC., )<br>)<br>Defendants. ) | C. A. No. 05-27-SLR<br><br>Jury Trial Demanded |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT
OF THE OPPOSITION TO GUARDIAN'S MOTION TO LIFT THE STAY**

Defendants respectfully move for leave to file a sur-reply in support of their opposition to Guardian's motion to lift the stay.[1] The sur-reply is necessary to address a change of circumstances that arose after the Defendants filed their opposition brief on February 13. Three days later, Chunghwa Picture Tube, Ltd. ("CPT") entered into a tentative settlement agreement with Guardian, and Guardian addressed that tentative settlement agreement in its reply brief.

Guardian argues that the tentative settlement agreement with CPT compels the lifting of the stay against the other non-manufacturing defendants. As set forth in Defendants' sur-reply, attached as Exhibit A hereto, that tentative settlement not only does not support the lifting of the stay, it compels the dismissal of this entire action once that settlement is finalized.

Therefore, Defendants request leave to file a sur-reply to address this change in circumstances and new argument by Guardian. A form of Order is attached as Exhibit B for the Court's convenience.

---

[1] Purusant to Local Rule 7.1.1, counsel for Defendants contacted counsel for Plaintiff regarding the instant motion. As of the time of filing, Plaintiff had not communicated its position on the motion.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants Dell Inc., Gateway, Inc., Lite-On Technology Corporation and Lite-On, Inc., Acer, Inc. and Acer American Corporation, Compal Electronics, Proview Int'l Holdings Ltd., Proview Technology, Inc., Proview Electronics Company, Ltd., MAG Technology Company, Ltd., MAG Technology USA, Inc.*

Dated: February 24, 2006

*(filing on behalf of Hewlett-Packard Company, Chunghwa Picture Tubes Ltd., Jean Co., Ltd., Tatung Co., Envision Peripherals, Inc., Tatung Co. of America Inc., TPV Technology, Ltd. and TPV International (USA), Inc.)*

720981

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 24, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Robert W. Whetzel
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

I hereby certify that on February 24, 2006, I have Electronically Mailed the document to the following non-registered participants:

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
bhales@kirkland.com
cleavell@kirkland.com
mzinanni@kirkland.com
ehayes@kirkland.com

Teresa M. Corbin
Daniel T. Shvodian
David L. Bilsker
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
CorbinT@howrey.com
shvodiand@howrey.com
bilskerd@howrey.com

| | |
|---|---|
| Terry D. Garnett<br>Peter J. Wied<br>Paul Hastings Janofsky & Walker<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071-2228<br>terrygarnett@paulhastings.com<br>peterwied@paulhastings.com | Michael J. Bettinger<br>Timothy P. Walker<br>Preston Gates & Ellis LLP<br>Suite 1700<br>55 Second Street<br>San Francisco, CA 94105<br>mikeb@prestongates.com<br>timothyw@prestongates.com |
| Roderick B. Williams<br>Avelyn M. Ross<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568<br>rickwilliams@velaw.com<br>aross@velaw.com | Kurt M. Rogers<br>Robert J. Gunther, Jr.<br>Latham & Watkins LLP<br>885 Third Avenue<br>Suite 1000<br>New York, NY 10022-4834<br>robert.gunther@lw.com |
| Eric L. Wesenberg<br>Kai Tseng<br>Rowena Young<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>ewesenberg@orrick.com<br>ktseng@orrick.com<br>ryoung@orrick.com | E. Robert Yoches<br>Laura P. Masurovsky<br>Finnegan, Henderson, Farabow,<br>    Garrett & Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>bob.yoches@finnegan.com<br>Laura.masurovsky@finnegan.com |
| Jeffrey K. Sherwood<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564<br>jsherwood@akingump.com | Kevin R. Hamel<br>Aaron Ettelman<br>Akin Gump Strauss Hauer & Feld LLP<br>One Commerce Square<br>2005 Market Street, Suite 2200<br>Philadelphia, PA 19103<br>khamel@akingump.com<br>aettelman@akingump.com |

By: /s/ David E. Moore
　　Richard L. Horwitz
　　David E. Moore
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　P.O. Box 951
　　Wilmington, DE 19899-0951
　　(302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com

679634

2