IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 05-27-SLR |
| ) | |
| DELL, INC.; GATEWAY, INC.; ) | Jury Trial |
| HEWLETT-PACKARD CO.; ACER INC.; ) | Demanded |
| ACER AMERICA CORP.; AOC INTERNATIONAL; ) | |
| ENVISION PERIPHERALS, INC.; ) | |
| TPV TECHNOLOGY, LTD.; ) | |
| TPV INTERNATIONAL (USA), INC.; ) | |
| CHUNGHWA PICTURES TUBES, LTD. a/k/a ) | |
| CHUNGHWA PICTURE TUBES CO.; ) | |
| TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; ) | |
| COMPAL ELECTRONICS, INC.; JEAN CO., LTD.; ) | |
| LITE-ON TECHNOLOGY CORP.; ) | |
| LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; ) | |
| MAG TECHNOLOGY CO., LTD.; ) | |
| MAG TECHNOLOGY USA, INC.; ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; ) | |
| PROVIEW TECHNOLOGY, INC.; and ) | |
| PROVIEW ELECTRONICS CO., LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**GUARDIAN'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE
TO FILE A SUR-REPLY TO GUARDIAN'S MOTION TO LIFT THE STAY**

Plaintiff Guardian respectfully requests that the Court deny Defendants' motion to file a sur-reply to Guardian's motion to lift the stay, and grant Guardian's motion to lift the stay. Contrary to Defendants' assertion, Guardian did not advance any "new argument" in its reply brief that would warrant a sur-reply from Defendants.

Guardian's position has always been that the presence of additional, unlicensed suppliers of LCD modules necessitates discovery from all Defendants, particularly since

1

the OEM and reseller defendants are the direct infringers.  *See* D.I. 162, Guardian's Consolidated Opposition to the Defendants' Motions to Stay, filed July 22, 2005.  The OEM and reseller defendants argued that a two-stage discovery process, where discovery from the LCD module manufacturers would take place before discovery of the OEMs and resellers, would be the most efficient.  The Court agreed with Defendants' proposed discovery staging, in part to allow time to see if Guardian and CPT would reach a settlement.  The Court thus allowed Guardian only limited discovery from the OEMs and resellers regarding the flow of monitors containing CPT modules into the United States, then stayed the case against the OEM and reseller defendants pending Guardian's mediation with CPT.  With an agreement in principle reached between Guardian and CPT (the last defendant module manufacturer), "stage 1" discovery of CPT is no longer needed, and it is time to move to "stage 2," discovery from the OEM and reseller defendants.

The arguments raised in Guardian's reply brief are the same as those raised by it during the initial stay briefing, modified only in light of the two-stage discovery process put in place at Defendants' request.  Thus, there is no basis for Defendants' sur-reply, and Guardian respectfully requests that the Court deny Defendants' Motion to File a Sur-Reply and grant Guardian's Motion to Lift the Stay.  The notion that the remaining defendants should be dismissed, without any opportunity for Guardian to take discovery regarding further unlicensed modules, has no basis in law.

Dated:  March 10, 2006          /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
Mary Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for Plaintiff Guardian Industries Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of March, 2006, I electronically filed the foregoing document, **GUARDIAN'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO GUARDIAN'S MOTION TO LIFT THE STAY**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Additionally, I hereby certify that on the 10th day of March, 2006, the foregoing document was served via email on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Wallace Wu, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA  94025-3434
shvodiand@howrey.com
corbint@howrey.com
wuw@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C.  20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

4

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC 20036
jsherwood@akingump.com

Eric Wesenberg, Esq.
Kai Tseng, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025
ewesenberg@orrick.com
ktseng@orrick.com

Peter J.Wied, Esq.
Terry D. Garnett, Esq.
Paul Hastings Janofsky & Walker LLP
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
peterwied@paulhastings.com
terrygarnett@paulhastings.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
khamel@akingump.com
aettelman@akingump.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
robert.gunther@lw.com
kurt.rogers@lw.com


   */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*