## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-27-SLR |
| DELL, INC., et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **14th** day of **March, 2006**,

A teleconference was held on March 13, 2006 to discuss the status of this matter. As a result of conversations with counsel, the Order of September 26, 2005 reserving the March and April 2006 dates for mediation is canceled. Plaintiff's counsel shall keep the Magistrate Judge updated regarding the status of the remaining litigation. Counsel are encouraged by this Court to reasonably discuss approaches to resolve the litigation remaining and to contact the Magistrate Judge for assistance, rather than proceeding through motion practice.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE