

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

March 22, 2006

**VIA ELECTRONIC FILING**

Chief Judge Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   *Guardian Industries v. Dell, Inc., et al.*
             C.A. No. 05-27 (SLR)

Dear Chief Judge Robinson:

      Pursuant to Local Rule 7.1.4, defendants respectfully request that Your Honor hear oral argument on plaintiff's pending motion to lift the stay and defendants' motion for leave to file a sur-reply in opposition to the motion to lift the stay.

      Thank you for your consideration. Counsel are available at the Court's convenience if Your Honor has any questions.

                              Respectfully,

                              */s/ David E. Moore*

                              David E. Moore

724834
cc:  Clerk of Court
       Local Counsel of Record