IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP.,<br><br>           Plaintiff,<br>v.<br><br>DELL, INC.; GATEWAY, INC.;<br>HEWLETT-PACKARD COMPANY; ACER INC.;<br>ACER AMERICA CORPORATION; AOC INTERNATIONAL;<br>ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD.;<br>TPV INTERNATIONAL (USA), INC.;<br>CHUNGHWA PICTURE TUBES, LTD. a/k/a<br>CHUNGHWA PICTURE TUBES COMPANY;<br>TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.;<br>COMPAL ELECTRONICS, INC.;<br>JEAN CO., LTD.; LITE-ON TECHNOLOGY CORPORATION:<br>LITE-ON, INC. a/k/a LITEON TRADING USA, INC.;<br>MAG TECHNOLOGY COMPANY, LTD.;<br>MAG TECHNOLOGY USA, INC.;<br>PROVIEW INTERNATIONAL HOLDINGS, LTD.;<br>PROVIEW TECHNOLOGY, INC.; and<br>PROVIEW ELECTRONICS COMPANY, LTD.<br><br>           Defendants. | Case No.: 05-27-SLR<br><br>Jury Trial Demanded |

## STIPULATED DISMISSAL

WHEREAS, plaintiff, Guardian Industries Corp., and defendant Chunghwa Picture Tubes, Ltd., as indicated by the signature of counsel appearing below, have agreed to the dismissal of Chunghwa Picture Tubes, Ltd. from this action pursuant to Federal Rule of Civil Procedure 41 and subject to the terms of this Order and a confidential Settlement and License Agreement, dated April 7, 2006,

NOW, THEREFORE, it is ordered as follows:

1.    The claims by Guardian Industries Corp. against Chunghwa Picture Tubes, Ltd. are hereby dismissed with prejudice with respect to Chunghwa Picture Tubes, Ltd.;

2. The counterclaims by Chunghwa Picture Tubes, Ltd. against Guardian Industries Corp. are hereby dismissed with prejudice with respect to Guardian Industries Corp.

3. Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of the claims against Chunghwa Picture Tubes, Ltd. and the counterclaims against Guardian Industries Corp.

**STIPULATED AND AGREED**

/s/ Richard K. Herrmann
Richard K. Herrmann (Bar I.D.#405)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric Hayes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for Guardian Industries Corp.*

/s/ Robert W. Whetzel
Robert W. Whetzel (Bar I.D.#2288)
RICHARDS, LAYTON & FINGER
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
whetzel@rlf.com

Daniel T. Shvodian
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
(650) 798-3500

*Counsel for Chunghwa Picture Tubes, Ltd.*

SO ORDERED this _____ day of _____, 2006.

_____
Judge Sue L. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2006, I electronically filed the foregoing document, **STIPULATED DISMISSAL**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Additionally, I hereby certify that on the 11th day of May, 2006, the foregoing document was served via email on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Wallace Wu, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA  94025-3434
shvodiand@howrey.com
corbint@howrey.com
wuw@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C.  20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

1

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC 20036
jsherwood@akingump.com

Eric Wesenberg, Esq.
Kai Tseng, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025
ewesenberg@orrick.com
ktseng@orrick.com

Peter J. Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA 90404-4060
pwied@agsk.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
khamel@akingump.com
aettelman@akingump.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY 10022
robert.gunther@lw.com
kurt.rogers@lw.com

  /s/ Mary B. Matterer
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*