## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DELL, INC.; GATEWAY, INC.; ) <br> HEWLETT-PACKARD COMPANY; ACER INC.; ) <br> ACER AMERICA CORPORATION; AOC INTERNATIONAL; ) <br> ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, ) <br> LTD.; ) <br> TPV INTERNATIONAL (USA), INC.; ) <br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, ) <br> INC.; ) <br> COMPAL ELECTRONICS, INC.; ) <br> LITE-ON TECHNOLOGY CORPORATION: ) <br> LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; ) <br> MAG TECHNOLOGY COMPANY, LTD.; ) <br> MAG TECHNOLOGY USA, INC.; ) <br> PROVIEW INTERNATIONAL HOLDINGS, LTD.; ) <br> PROVIEW TECHNOLOGY, INC.; and ) <br> PROVIEW ELECTRONICS COMPANY, LTD., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 05-27-SLR <br><br> Jury Trial Demanded |

### STIPULATED DISMISSAL

WHEREAS, plaintiff, Guardian Industries Corp., alleged that defendants Envision Peripherals, Inc., TPV Technology, Ltd., and TPV International (USA), Inc. have infringed United States Patents Nos. 5,570,214, 5,694,187, 6,226,065 and 6,229,588;

WHEREAS, Envision Peripherals, Inc., TPV Technology, Ltd., and TPV International (USA), Inc. have provided a Written Confirmation that they do not have unlicensed LCD module suppliers;

WHEREAS, Envision Peripherals, Inc., TPV Technology, Ltd., and TPV International (USA), Inc. have provided a Written Confirmation that they do not sell any

- 2 -

LCD products that incorporate unlicensed LCD modules containing Fuji Wide View Film; and

WHEREAS, plaintiff Guardian Industries Corp. and defendants Envision Peripherals, Inc., TPV Technology, Ltd., and TPV International (USA), Inc., as indicated by the signature of counsel appearing below, have agreed to the dismissal of Envision Peripherals, Inc., TPV Technology, Ltd., and TPV International (USA), Inc. from this action pursuant to Federal Rule of Civil Procedure 41 and subject to the terms of this Order,

NOW, THEREFORE, it is ordered as follows:

1. In view of the representations made by Envision Peripherals, Inc., TPV Technology, Ltd., and TPV International (USA), Inc. in the Written Confirmation, the claims by Guardian Industries Corp. against Envision Peripherals, Inc., TPV Technology, Ltd., and TPV International (USA), Inc. are hereby dismissed without prejudice with respect to Envision Peripherals, Inc., TPV Technology, Ltd., and TPV International (USA), Inc.

2. Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of the claims against Envision Peripherals, Inc., TPV Technology, Ltd., and TPV International (USA), Inc.

Dated: August 10, 2006

| */s/ Richard K. Herrmann* | */s/ Matthew W. King* |
|---|---|
| Richard K. Herrmann | Robert W. Whetzel |
| MORRIS JAMES HITCHENS & WILLIAMS | Matthew W. King |
| 222 Delaware Avenue, 10th Floor | RICHARDS, LAYTON & FINGER P.A. |
| Wilmington, Delaware 19801 | One Rodney Square, 920 North King Street |
| (302) 888-6800 | Wilmington, Delaware 19801 |
| rherrmann@morrisjames.com | (302) 651-7700 |
| | whetzel@rlf.com |
| Bryan S. Hales | |
| Craig D. Leavell | Elaine Y. Chow, Esq. |
| Meredith Zinanni | PRESTON, GATES & ELLIS LLP |
| KIRKLAND & ELLIS LLP | 55 Second Street, Suite 1700 |
| 200 East Randolph Drive | San Francisco, California 94105-3493 |
| Chicago, Illinois 60601 | (415) 882-8200 |
| (312)861-2000 | |
| | *Counsel for Envision Peripherals, Inc., TPV Technology, Ltd., and TPV International (USA), Inc.* |
| *Counsel for Guardian Industries Corp.* | |

SO ORDERED this _____ day of _____, 2006.

_____
Judge Sue L. Robinson