**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-27-SLR |
| v. ) | |
| ) | **Jury Trial Demanded** |
| DELL, INC.; GATEWAY, INC.; ) | |
| HEWLETT-PACKARD COMPANY; ) | |
| ACER INC.; ACER AMERICA CORPORATION; ) | |
| AOC INTERNATIONAL; TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| COMPAL ELECTRONICS, INC.; ) | |
| LITE-ON TECHNOLOGY CORPORATION: ) | |
| LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; ) | |
| MAG TECHNOLOGY COMPANY, LTD.; ) | |
| MAG TECHNOLOGY USA, INC.; ) | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD.; ) | |
| PROVIEW TECHNOLOGY, INC.; and ) | |
| PROVIEW ELECTRONICS COMPANY, LTD., ) | |
| Defendants. ) | |
| ) | |

**VOLUNTARY DISMISSAL OF AOC INTERNATIONAL WITHOUT PREJUDICE**

WHEREAS, defendant AOC International has not filed an appearance in this action and has not served plaintiff Guardian Industries Corp. with an Answer to the Complaint or to the Amended Complaint; and

WHEREAS plaintiff Guardian Industries Corp. requests that this Court dismiss AOC International from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and subject to the terms of this Order,

NOW, THEREFORE, it is ordered as follows:

1. The claims by Guardian Industries Corp. against AOC International are hereby dismissed without prejudice with respect to AOC International.

2.	Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of this action against AOC International.

Dated:  August 17, 2006

             By */s/ Richard K. Herrmann*
               Richard K. Herrmann #405
               MORRIS JAMES HITCHENS & WILLIAMS
               222 Delaware Avenue, 10th Floor
               Wilmington, Delaware 19801
               (302) 888-6800
               rherrmann@morrisjames.com

               Bryan S. Hales
               Craig D. Leavell
               Meredith Zinanni
               Eric Hayes
               KIRKLAND & ELLIS LLP
               200 East Randolph Drive
               Chicago, Illinois 60601
               (312)861-2000

               *Counsel for Guardian Industries Corp.*

  SO ORDERED this _____ day of _____, 2006.

               _____
               Judge Sue L. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2006, I electronically filed the foregoing document, **VOLUNTARY DISMISSAL OF AOC INTERNATIONAL WITHOUT PREJUDICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

William Marsden, Esq.
Sean P. Hayes, Esq.
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Additionally, I hereby certify that on the 17th day of August, 2006, the foregoing document was served via email on the following non-registered participants:

Daniel T. Shvodian, Esq.
Teresa M. Corbin, Esq.
Wallace Wu, Esq.
Howrey LLP
301 Ravenswood Avenue
Menlo Park, CA  94025-3434
shvodiand@howrey.com
corbint@howrey.com
wuw@howrey.com

Roderick B. Williams, Esq.
Avelyn M. Ross, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

York M. Faulkner, Esq.
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
york.faulkner@finnegan.com

E. Robert Yoches, Esq.
Laura P. Masurovsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C.  20001
bob.yoches@finnegan.com
laura.masurovsky@finngan.com

Michael Bettinger, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
mikeb@prestongates.com

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenie, NW
Washington, DC  20036
jsherwood@akingump.com

Eric Wesenberg, Esq.
Kai Tseng, Esq.
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA  94025
ewesenberg@orrick.com
ktseng@orrick.com

Peter J. Wied, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor, N Tower
Santa Monica, CA  90404-4060
pwied@agsk.com

Kevin R. Hamel, Esq.
Aaron Ettelman, Esq.
Akin Gump Strauss Hauer & Feld
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA  19103
khamel@akingump.com
aettelman@akingump.com

Robert J. Gunther, Jr., Esq.
Kurt M. Rogers
Latham & Watkins
885 Third Avenue
New York, NY  10022
robert.gunther@lw.com
kurt.rogers@lw.com

  */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff Guardian Industries Corp.*