IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., ) | |
| ) | |
| Plaintiff, ) | Case No. 05-27-SLR |
| ) | |
| v. ) | Jury Trial Demanded |
| ) | |
| DELL INC., et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATED DISMISSAL**

WHEREAS, plaintiff, Guardian Industries Corp., alleged that defendants Lite-On Technology Corporation and Lite-On, Inc. (collectively "Lite-On") have infringed United States Patents Nos. 5,570,214; 5,694,187; 6,226,065 and 6,229,588;

WHEREAS, Lite-On has provided a Written Confirmation that they do not have unlicensed LCD module suppliers;

WHEREAS, Lite-On has provided a Written Confirmation that they do not sell any LCD products that incorporate unlicensed LCD modules containing Fuji Wide View Film; and

WHEREAS, plaintiff Guardian Industries Corp. and defendants Lite-On, as indicated by the signature of counsel appearing below, have agreed to the dismissal of Lite-On Technology Corporation and Lite-On, Inc. from this action pursuant to Federal Rule of Civil Procedure 41 and subject to the terms of this Order,

NOW, THEREFORE, it is ordered as follows:

1. In view of the representations made by Lite-On in the Written Confirmation, the claims by Guardian Industries Corp. against Lite-On are hereby dismissed without prejudice with respect to Lite-On Technology Corporation and Lite-On, Inc.

2. Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of the claims against Lite-On Technology Corporation and Lite-On, Inc.

DATED: September 6, 2006

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS |
|---|---|
| By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br><br>*Attorneys for Defendants Lite-On Technology Corporation and Lite-On, Inc.* | By: /s/ Richard K. Herrmann<br>Richard K. Herrmann<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br><br>Bryan S. Hales<br>Craig D. Leavell<br>Meredith Zinanni<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2000<br><br>*Counsel for Guardian Industries Corp.* |

OF COUNSEL:

E. Robert Yoches
Laura P. Masurovsky
FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

John R. Alison
Ya-Chiao Chang
FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, L.L.P.
12D, 167 DunHua North Road
Taipei 105, Taiwan, ROC
(886)-2-2712-7001

SO ORDERED this _____ day of _____, 2006.

_____
Judge Sue L. Robinson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on September 6, 2006, the attached document was electronically mailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
King@RLF.com

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
bhales@kirkland.com
cleavell@kirkland.com
mzinanni@kirkland.com
ehayes@kirkland.com

Robert W. Whetzel
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
whetzel@rlf.com

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com

Teresa M. Corbin
Daniel T. Shvodian
David L. Bilsker
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
CorbinT@howrey.com
shvodiand@howrey.com
bilskerd@howrey.com

Michael J. Bettinger
Timothy P. Walker
Preston Gates & Ellis LLP
Suite 1700
55 Second Street
San Francisco, CA 94105
mikeb@prestongates.com
timothyw@prestongates.com

Kurt M. Rogers
Robert J. Gunther, Jr.
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834
robert.gunther@lw.com

E. Robert Yoches
Laura P. Masurovsky
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
bob.yoches@finnegan.com
Laura.masurovsky@finnegan.com

Kevin R. Hamel
Aaron Ettelman
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
khamel@akingump.com
aettelman@akingump.com

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
rickwilliams@velaw.com
aross@velaw.com

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
ewesenberg@orrick.com
ktseng@orrick.com
ryoung@orrick.com

Jeffrey K. Sherwood
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
jsherwood@akingump.com

By:  /s/ Richard L. Horwitz
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

679634