IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-27-SLR |
| v. ) | |
| ) | **Jury Trial Demanded** |
| **DELL, INC.; GATEWAY, INC.;** ) | |
| **HEWLETT-PACKARD COMPANY; ACER INC.;** ) | |
| **ACER AMERICA CORPORATION; TATUNG COMPANY;** ) | |
| **TATUNG COMPANY OF AMERICA, INC.;** ) | |
| **COMPAL ELECTRONICS, INC.; JEAN CO., LTD.;** ) | |
| **MAG TECHNOLOGY COMPANY, LTD.;** ) | |
| **MAG TECHNOLOGY USA, INC.;** ) | |
| **PROVIEW INTERNATIONAL HOLDINGS, LTD.;** ) | |
| **PROVIEW TECHNOLOGY, INC.; and** ) | |
| **PROVIEW ELECTRONICS COMPANY, LTD.,** ) | |
| ) | |
| Defendants. ) | |

**STIPULATED DISMISSAL**

WHEREAS, plaintiff, Guardian Industries Corp., alleged that defendants Tatung Company and Tatung Company of America, Inc. have infringed United States Patents Nos. 5,570,214, 5,694,187, 6,226,065 and 6,229,588;

WHEREAS, Tatung Company and Tatung Company of America, Inc. have provided a Written Confirmation that they do not have unlicensed LCD module suppliers;

WHEREAS, Tatung Company and Tatung Company of America, Inc. have provided a Written Confirmation that they do not sell any LCD products that incorporate unlicensed LCD modules containing Fuji Wide View Film; and

WHEREAS, plaintiff Guardian Industries Corp. and defendants Tatung Company and Tatung Company of America, Inc., as indicated by the signature of counsel appearing below, have agreed to the dismissal of Tatung Company and Tatung Company of America, Inc. from this action pursuant to Federal Rule of Civil Procedure 41 and subject to the terms of this Order,

NOW, THEREFORE, it is ordered as follows:

1. In view of the representations made by Tatung Company and Tatung Company of America, Inc. in the Written Confirmation, the claims by Guardian Industries Corp. against Tatung Company and Tatung Company of America, Inc. are hereby dismissed without prejudice with respect to Tatung Company and Tatung Company of America, Inc.

2. Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of this action against Tatung Company and Tatung Company of America, Inc.

**STIPULATED AND AGREED**

| | |
|---|---|
| _/s/ Richard K. Herrmann_ | _/s/ Matthew W. King_ |
| Richard K. Herrmann #405 | Robert W. Whetzel #2288 |
| MORRIS JAMES HITCHENS & WILLIAMS | Matthew W. King #4566 |
| 222 Delaware Avenue, 10th Floor | RICHARDS, LAYTON & FINGER P.A. |
| Wilmington, Delaware 19801 | One Rodney Square, 920 North King Street |
| (302) 888-6800 | Wilmington, Delaware 19801 |
| rherrmann@morrisjames.com | (302) 651-7700 |
| | whetzel@rlf.com |
| Bryan S. Hales | king@rlf.com |
| Craig D. Leavell | |
| Meredith Zinanni | Daniel T. Shvodian |
| Eric Hayes | HOWREY LLP |
| KIRKLAND & ELLIS LLP | 1950 University Avenue, 4th Floor |
| 200 East Randolph Drive | East Palo Alto, California 94303 |
| Chicago, Illinois 60601 | (650) 798-3500 |
| (312) 861-2000 | |
| | *Counsel for Tatung Company and Tatung Company of America, Inc.* |
| *Counsel for Guardian Industries Corp.* | |

SO ORDERED this _____ day of _____, 2006.

_____
Judge Sue L. Robinson

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 14th day of September, 2006, I electronically filed the foregoing document, **STIPULATED DISMISSAL OF THE TATUNG DEFENDANTS**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz, Esq. | William Marsden, Esq. |
| David E. Moore, Esq. | Sean P. Hayes, Esq. |
| Potter Anderson & Corroon | Fish & Richardson |
| Hercules Plaza, 6th Floor | 919 N. Market Street, Suite 1100 |
| 1313 N. Market Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | |

   Additionally, I hereby certify that on the 14th day of September, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Roderick B. Williams, Esq. | Kevin R. Hamel, Esq. |
| Avelyn M. Ross, Esq. | Aaron Ettelman, Esq. |
| Vinson & Elkins | Akin Gump Strauss Hauer & Feld |
| 2801 Via Fortuna, Suite 100 | One Commerce Square |
| Austin, TX 78746-7568 | 2005 Market Street, Suite 2200 |
| rickwilliams@velaw.com | Philadelphia, PA 19103 |
| aross@velaw.com | khamel@akingump.com |
| | aettelman@akingump.com |
| Jeffrey K. Sherwood, Esq. | |
| Akin Gump Strauss Hauer & Feld | Robert J. Gunther, Jr., Esq. |
| 1333 New Hampshire Avenie, NW | Kurt M. Rogers |
| Washington, DC 20036 | Latham & Watkins |
| jsherwood@akingump.com | 885 Third Avenue |
| | New York, NY 10022 |
| Eric Wesenberg, Esq. | robert.gunther@lw.com |
| Kai Tseng, Esq. | kurt.rogers@lw.com |
| Orrick Herrington & Sutcliffe | |
| 1000 Marsh Road | |
| Menlo Park, CA 94025 | |
| ewesenberg@orrick.com | |
| ktseng@orrick.com | |

              _/s/ Richard K. Herrmann_
              Richard K. Herrmann (I.D. No. 405)
              MORRIS, JAMES, HITCHENS & WILLIAMS
              222 Delaware Avenue, 10th Floor
              Wilmington, Delaware 19801
              302.888.6800
              rherrmann@morrisjames.com
              *Counsel for Plaintiff Guardian Industries Corp.*