IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DELL, INC., ET AL.,<br><br>　　　　Defendants. | C.A. No. 05-27-SLR |

## NOTICE OF RELATED ACTION

Pursuant to Local Rule 3.1(b), Defendant Hewlett-Packard Company ("HP") hereby notifies the Court of a related action. On December 8, 2006, Guardian Industries Corp. ("Guardian") filed a complaint in this district against InnoLux Display Corp. ("InnoLux"), C.A. No. 06-748, attached as Exhibit A. *Guardian v. InnoLux* has been assigned to Judge Joseph J. Farnan, Jr. HP is filing this notice because the cover sheet filed with the *Guardian v. InnoLux* complaint did not disclose this related action.

In *Guardian v. InnoLux*, Guardian alleges infringement of the same patents asserted in this suit (*see* Local Rule 3.1(b)(3)). Both cases allege infringement of U.S. Patent Nos. 5,570,214, 5,694,187, 6,226,065, and 6,229,588. The basis for the charge of infringement against HP in this case is the liquid crystal displays ("LCDs") supplied by InnoLux, the only identified HP supplier that has not taken a license to the Guardian patents. Those same InnoLux LCD's are the basis for the charge of infringement in the related case Guardian recently filed.

Dated: January 25, 2007          FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
(302) 778-8401
Email: marsden@fr.com

Attorneys for Defendant
Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2007, I electronically filed with the Clerk of Court Notice of Related Action using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

I hereby certify that on January 25, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Roderick B. Williams, Esq.
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-6568

Eric L. Wesenberg, Esq.
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Kurt M. Rogers, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Jeffrey K. Sherwood, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Meredith Zinanni, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

William J. Marsden, Jr.

80041371.doc