## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GUARDIAN INDUSTRIES CORPORATION,  )
                                   )
           Plaintiff,            )
                                   )
           v.                     )    C.A. No. 05-27-SLR
                                   )
DELL, INC. et al.,                 )
                                   )
           Defendants.          )

### NOTICE OF SERVICE

The undersigned, counsel for Defendants Acer Inc. and Acer America

Corporation, hereby certifies that copies of the Third Supplemental Objections and

Responses to Guardians' First Set of Interrogatories to Acer Inc. and Acer America

Corporation were caused to be served on February 22, 2007, upon the following attorneys

of record at the following addresses as indicated:

### VIA HAND DELIVERY

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

### VIA ELECTRONIC MAIL

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
bhales@kirkland.com
cleavell@kirkland.com
mzinanni@kirkland.com
ehayes@kirkland.com

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
ewesenberg@orrick.com
ktseng@orrick.com
ryoung@orrick.com

Robert J. Gunther, Jr.
Kurt M. Rogers
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834
robert.gunther@lw.com
Kurt.Rogers@lw.com

Jeffrey K. Sherwood
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
jsherwood@akingump.com

Yitai Hu
Akin Gump Strauss Hauer & Feld LLP
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2112
yhu@akingump.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Eric L. Wesenberg
Kai T. Tseng
Rowena Y. Young
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel. No. 650-614-7400
Fax No. 650-614-7401

Dated: February 22, 2007

779278 / 28884

By: /s/ David E. Moore
     Richard L. Horowitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE 19899-0951
     Tel. No. 302-984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendants*
*Acer, Inc. and Acer America Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 22, 2007, the attached

document was hand delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

I hereby certify that on February 22, 2007, I have Electronically Mailed the

document to the following non-registered participants:

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
bhales@kirkland.com
cleavell@kirkland.com
mzinanni@kirkland.com
ehayes@kirkland.com

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
rickwilliams@velaw.com
aross@velaw.com

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
ewesenberg@orrick.com
ktseng@orrick.com
ryoung@orrick.com

Robert J. Gunther, Jr.
Kurt M. Rogers
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834
robert.gunther@lw.com
Kurt.Rogers@lw.com

Jeffrey K. Sherwood
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564
jsherwood@akingump.com

Yitai Hu
Akin Gump Strauss Hauer & Feld LLP
3000 El Camino Real, Suite 400
Palo Alto, CA  94306-2112
yhu@akingump.com

By:    /s/ David E. Moore
       Richard L. Horwitz
       David E. Moore
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       P.O. Box 951
       Wilmington, DE  19899-0951
       (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

679634 / 05-27

2