IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> DELL, INC., ET AL., <br><br> Defendant. | C.A. 05-27-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 26, 2007, a true and correct copy of the following document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**HEWLETT-PACKARD COMPANY'S FIRST SUPPLEMENTAL RESPONSE TO GUARDIAN'S INTERROGATORY NO. 3**

**BY HAND AND EMAIL**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
rherrmann@morrisjames.com

**BY HAND AND EMAIL**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801
rhorwitz@potteranderson.com

**BY HAND AND EMAIL**
Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
king@rlf.com

**BY HAND AND EMAIL**
Robert W. Whetzel
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
whetzel@rlf.com

I hereby certify that on February 26, 2007, the foregoing document was e-mailed to the following non-registered participants:

| | |
|---|---|
| Bryan S. Hales<br>Meredith Zinanni<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>bhales@kirkland.com<br>mzinanni@kirkland.com | Roderick B. Williams, Esq.<br>Avelyn M. Ross, Esq.<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746-6568<br>rickwilliams@velaw.com<br>aross@velaw.com |
| Robert J. Gunther, Jr., Esq.<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022<br>Robert.gunther@lw.com<br>Kurt.rogers@lw.com | Jeffrey K. Sherwood, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036-1564<br>jsherwood@akingump.com |
| Eric L. Wesenberg<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>ewesenberg@orrick.com<br>ktseng@orrick.com<br>ryoung@orrick.com | Laura P. Masurovsky<br>Finnegan Henderson Farabow Garrett & Dunner<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>laura.masurovsky@finnegan.com |

Dated:  February 26, 2007          FISH & RICHARDSON P.C.


By:   */s/ Raymond N. Scott, Jr.*
       William J. Marsden, Jr. (#2247)
       Raymond N. Scott, Jr. (#4949)
       919 N. Market Street, Suite 1100
       P.O. Box 1114
       Wilmington, DE  19899
       (302) 778-8401
       Michael J. McKeon
       Richard A. Sterba
       1425 K Street, N.W., 11th Floor
       Washington, DC  20005-2500
       (202) 783-5070

       Katherine A. Moerke
       3300 Dain Rauscher Plaza
       60 South Sixth Street
       Minneapolis, MN  55402

Attorneys for Defendant
Hewlett-Packard Company

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2007, I served the Notice of Service on the following Delaware counsel by hand and email:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801<br>rherrmann@morrisjames.com<br>. | Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE  19801<br>rhorwitz@potteranderson.com |
| Matthew W. King<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541<br>king@rlf.com | Robert W. Whetzel<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541<br>whetzel@rlf.com |

I hereby certify that on February 26, 2007, the foregoing document was e-mailed to the following non-registered participants:

| | |
|---|---|
| Bryan S. Hales<br>Meredith Zinanni<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>bhales@kirkland.com<br>mzinanni@kirkland.com | Roderick B. Williams, Esq.<br>Avelyn M. Ross, Esq.<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746-6568<br>rickwilliams@velaw.com<br>aross@velaw.com |
| Robert J. Gunther, Jr., Esq.<br>Kurt M. Rogers<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022<br>Robert.gunther@lw.com<br>Kurt.rogers@lw.com | Jeffrey K. Sherwood, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036-1564<br>jsherwood@akingump.com |

| | |
|---|---|
| Eric L. Wesenberg<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>ewesenberg@orrick.com<br>ktseng@orrick.com<br>ryoung@orrick.com | Laura P. Masurovsky<br>Finnegan Henderson Farabow Garrett & Dunner<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>laura.masurovsky@finnegan.com |

*/s/ Raymond N. Scott Jr.*
Raymond N. Scott, Jr.
rscott@fr.com