**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-27-SLR |
| | ) | |
| DELL, INC. et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Compal Electronics, Inc., hereby certifies

that copies of the Third Supplemental Objections and Responses to Guardians' First Set

of Interrogatories to Compal Electronics, Inc. were caused to be served on February 26,

2007, upon the following attorneys of record at the following addresses as indicated:

## VIA HAND DELIVERY

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

## VIA ELECTRONIC MAIL

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
bhales@kirkland.com
cleavell@kirkland.com
mzinanni@kirkland.com
ehayes@kirkland.com

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com

Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
ewesenberg@orrick.com
ktseng@orrick.com
ryoung@orrick.com

Jeffrey K. Sherwood
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564
jsherwood@akingump.com

Robert J. Gunther, Jr.
Kurt M. Rogers
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022-4834
robert.gunther@lw.com
Kurt.Rogers@lw.com

Yitai Hu
Akin Gump Strauss Hauer & Feld LLP
3000 El Camino Real, Suite 400
Palo Alto, CA  94306-2112
yhu@akingump.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Eric L. Wesenberg
Kai T. Tseng
Rowena Y. Young
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel. No.  650-614-7400
Fax No.  650-614-7401

Dated:  February 26, 2007
779940 / 28885

By:  */s/ David E. Moore*
    Richard L. Horowitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19899-0951
    Tel. No. 302-984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Compal Electronics, Inc.*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 26, 2007, the attached

document was hand delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114


I hereby certify that on February 26, 2007, I have Electronically Mailed the

document to the following non-registered participants:

Bryan S. Hales
Craig D. Leavell
Meredith Zinanni
Eric D. Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
bhales@kirkland.com
cleavell@kirkland.com
mzinanni@kirkland.com
ehayes@kirkland.com

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
rickwilliams@velaw.com
aross@velaw.com


Eric L. Wesenberg
Kai Tseng
Rowena Young
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
ewesenberg@orrick.com
ktseng@orrick.com
ryoung@orrick.com

Robert J. Gunther, Jr.
Kurt M. Rogers
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022-4834
robert.gunther@lw.com
Kurt.Rogers@lw.com

Jeffrey K. Sherwood
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564
jsherwood@akingump.com

Yitai Hu
Akin Gump Strauss Hauer & Feld LLP
3000 El Camino Real, Suite 400
Palo Alto, CA  94306-2112
yhu@akingump.com

By:    /s/ David E. Moore
      Richard L. Horwitz
      David E. Moore
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE  19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

679634 / 05-27