**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**DELL, INC.; GATEWAY, INC.;** )<br>**HEWLETT-PACKARD COMPANY;** )<br>**ACER INC.; ACER AMERICA CORPORATION;** )<br>**COMPAL ELECTRONICS, INC.;** )<br>**MAG TECHNOLOGY COMPANY, LTD.;** )<br>**MAG TECHNOLOGY USA, INC.;** )<br>**PROVIEW INTERNATIONAL HOLDINGS, LTD.;** )<br>**PROVIEW TECHNOLOGY, INC.; and** )<br>**PROVIEW ELECTRONICS COMPANY, LTD.,** )<br>)<br>**Defendants.** )<br>) | **C.A. No.: 05-27-SLR**<br><br>**Jury Trial Demanded** |

**STIPULATED DISMISSAL**

WHEREAS, plaintiff, Guardian Industries Corp., alleged that defendants MAG Technology Company, Ltd. and MAG Technology USA, Inc. have infringed United States Patents Nos. 5,570,214, 5,694,187, 6,226,065 and 6,229,588;

WHEREAS, MAG Technology Company, Ltd. and MAG Technology USA, Inc. have provided a Written Confirmation that they do not have unlicensed LCD module suppliers;

WHEREAS, MAG Technology Company, Ltd. and MAG Technology USA, Inc. have provided a Written Confirmation that they do not sell any LCD products that incorporate unlicensed LCD modules containing Fuji Wide View Film; and

WHEREAS, plaintiff Guardian Industries Corp. and defendants MAG Technology Company, Ltd. and MAG Technology USA, Inc., as indicated by the signature of counsel appearing below, have agreed to the dismissal of MAG Technology Company, Ltd. and MAG

Technology USA, Inc. from this action pursuant to Federal Rule of Civil Procedure 41 and subject to the terms of this Order,

NOW, THEREFORE, it is ordered as follows:

1. In view of the representations made by MAG Technology Company, Ltd. and MAG Technology USA, Inc. in the Written Confirmation, the claims by Guardian Industries Corp. against MAG Technology Company, Ltd. and MAG Technology USA, Inc. are hereby dismissed without prejudice with respect to MAG Technology Company, Ltd. and MAG Technology USA, Inc.

2. Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of this action against MAG Technology Company, Ltd. and MAG Technology USA, Inc.

**STIPULATED AND AGREED**

| | |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Richard L. Horwitz* |
| Richard K. Herrmann #405 | Richard L. Horwitz #2246 |
| MORRIS JAMES LLP | POTTER ANDERSON & CORROON LLP |
| 500 Delaware Avenue, Suite 1500 | Hercules Plaza, 6th Floor |
| Wilmington, Delaware 19801 | 1313 N. Market Street |
| (302) 888-6800 | Wilmington, DE 19801 |
| rherrmann@morrisjames.com | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Bryan S. Hales | |
| Craig D. Leavell | William E. Potts, Jr. |
| Meredith Zinanni | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Eric Hayes | 1333 New Hampshire Avenue, N.W. |
| KIRKLAND & ELLIS LLP | Washington, D.C. 20036-1564 |
| 200 East Randolph Drive | (202) 887-4000 |
| Chicago, Illinois 60601 | |
| (312) 861-2000 | *Counsel for MAG Technology Company, Ltd. and MAG Technology USA, Inc.* |
| *Counsel for Guardian Industries Corp.* | |

SO ORDERED this _____ day of _____, 2007.

_____
Judge Sue L. Robinson