IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 05-027-SLR ) |
| DELL INC., et al., | ) ) |
| Defendants. | ) ) |

**O R D E R**

At Wilmington this 5th day of September, 2007, having conferred with counsel on multiple occasions in an attempt to fashion an equitable solution to the above captioned litigation, which litigation was instituted by plaintiff against various defendants accused of selling Liquid Crystal Displays ("LCDs") and/or products relating to LCDs, which products allegedly infringe certain of plaintiff's patents; and under the circumstances presented by the instant litigation;[1]

IT IS ORDERED that:

1. The above captioned litigation is administratively closed for one year, in the interests of preserving judicial resources and the status quo.

2. The court will conduct a telephonic status conference on **September 8, 2008** at **4:30 p.m.**, with plaintiff's counsel initiating the conference call. If, as of September 8,

---

[1]To wit, the defendants have no independent technical information about the LCD products, but do have information relating to the identification of the manufacturers of LCD products (already provided), as well as damages information.

2008:

    a. Plaintiff has commenced patent infringement litigation against all three of the currently identified LCD manufacturers and the instant defendants have not provided relevant damages information, the present case may be administratively reopened.

    b. Plaintiff has not commenced patent infringement litigation against all three of the currently identified LCD manufacturers, the case may be dismissed with prejudice.

_____
United States District Judge