**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **GUARDIAN INDUSTRIES CORP.,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**DELL, INC.; GATEWAY, INC.;** )<br>**HEWLETT-PACKARD COMPANY;** )<br>**ACER INC.; ACER AMERICA CORPORATION;** )<br>**COMPAL ELECTRONICS, INC.;** )<br>**PROVIEW INTERNATIONAL HOLDINGS, LTD.;** )<br>**PROVIEW TECHNOLOGY, INC.; and** )<br>**PROVIEW ELECTRONICS COMPANY, LTD.,** )<br>)<br>**Defendants.** )<br>) | **C.A. No.: 05-27-SLR**<br><br>**Jury Trial Demanded** |

**STIPULATED DISMISSAL**

WHEREAS, plaintiff, Guardian Industries Corp., alleged that defendants Proview International Holdings, Ltd., Proview Technology, Inc., and Proview Electronics Company, Ltd. have infringed United States Patent Nos. 5,570,214, 5,694,187, 6,226,065 and 6,229,588;

WHEREAS, Proview International Holdings, Ltd., Proview Technology, Inc., and Proview Electronics Company, Ltd. have provided a Declaration that they did not purchase any LCD modules manufactured by Innolux Display Corp., Toppoly Optoelectronics Corp. or SVA-NEC; and

WHEREAS, plaintiff Guardian Industries Corp. and defendants Proview International Holdings, Ltd., Proview Technology, Inc., and Proview Electronics Company, Ltd., as indicated by the signature of counsel appearing below, have agreed to the dismissal of Proview International Holdings, Ltd., Proview Technology, Inc., and Proview Electronics Company, Ltd. from this action pursuant to Federal Rule of Civil Procedure 41 and subject to the terms of this Order,

NOW, THEREFORE, it is ordered as follows:

1.  In view of the representations made by Proview International Holdings, Ltd., Proview Technology, Inc., and Proview Electronics Company, Ltd. in the Declaration, the claims by Guardian Industries Corp. against Proview International Holdings, Ltd., Proview Technology, Inc., and Proview Electronics Company, Ltd. are hereby dismissed without prejudice with respect to Proview International Holdings, Ltd., Proview Technology, Inc., and Proview Electronics Company, Ltd.

2.  Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of this action against Proview International Holdings, Ltd., Proview Technology, Inc., and Proview Electronics Company, Ltd.

**STIPULATED AND AGREED**

| | |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Richard L. Horwitz* |
| Richard K. Herrmann #405 | Richard L. Horwitz #2246 |
| MORRIS JAMES LLP | POTTER ANDERSON & CORROON LLP |
| 500 Delaware Avenue, Suite 1500 | Hercules Plaza, 6th Floor |
| Wilmington, Delaware 19801 | 1313 N. Market Street, P.O. Box 951 |
| (302) 888-6800 | Wilmington, DE  19899 |
| rherrmann@morrisjames.com | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | |
| Bryan S. Hales | William E. Potts, Jr. |
| Meredith Zinanni | AKIN GUMP STRAUSS HAUER & FELD LLP |
| KIRKLAND & ELLIS LLP | 1333 New Hampshire Avenue, N.W. |
| 200 East Randolph Drive | Washington, D.C. 20036-1564 |
| Chicago, Illinois 60601 | (202) 887-4000 |
| (312) 861-2000 | |
| | *Counsel for Proview International Holdings, Ltd.,* |
| *Counsel for Guardian Industries Corp.* | *Proview Technology, Inc., and Proview Electronics Company, Ltd.* |

SO ORDERED this _____ day of _____, 2008.

_____
Judge Sue L. Robinson