IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDIAN INDUSTRIES CORP. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-27- SLR |
| | ) | |
| DELL, INC.; GATEWAY, INC.; ACER INC.; ACER AMERICA CORPORATION; AOC INTERNATIONAL; ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD., TPV INTERNATIONAL (USA), INC.; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA a/k/a AU OPTRONICS AMERICA, INC.; BENQ CORPORATION; BENQ AMERICA CORPORATION; CHUNGHWA PICTURE TUBES, LTD. a/k/a CHUNGHWA PICTURE TUBES COMPANY; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; BOE HYDIS TECHNOLOGY COMPANY, LTD.; BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; COMPAL ELECTRONICS, INC.; DELTA ELECTRONICS, INC.; DELTA PRODUCTS CORPORATION; DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY, LTD.; HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; LITE-ON TECHNOLOGY CORPORATION; LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; MAG TECHNOLOGY COMPANY, LTD.; MAG TECHNOLOGY USA, INC.; PROVIEW INTERNATIONAL HOLDINGS, LTD.; PROVIEW TECHNOLOGY, INC.; PROVIEW ELECTRONICS COMPANY, LTD.; and QUANTA DISPLAY, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

PLEASE TAKE NOTICE that, with the consent and approval of defendants Proview International Holdings, Ltd., Proview Technology, Inc. and Proview Electronics Company, Ltd. (collectively, "Proview"), attorney Jeffery K. Sherwood of Akin Gump Strauss Hauer & Feld LLP, Robert S. Strauss Building, 1333 New Hampshire Avenue, NW, Washington, D.C. 20036,

hereby withdraws his appearance as counsel for Proview. All other attorneys involved in the case from Akin Gump Strauss Hauer & Feld and Potter Anderson & Corroon LLP continue to represent Proview.

OF COUNSEL:

John M. Caracappa
William E. Potts, Jr.
AKIN GUMP STRAUSS
HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Tel: (202) 887-4000

Yitai Hu
AKIN GUMP STRAUSS HAUER
 & FELD LLP
580 California Street
Suite 1500
San Francisco, CA 94104

May 6, 2008
863024 / 28886

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Proview International Holdings, Ltd., Proview Technology, Inc. and Proview Electronics Company, Ltd.*