## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP.<br><br>   Plaintiff,<br><br> v.<br><br>DELL, INC.; GATEWAY, INC.; ACER INC.; ACER AMERICA CORPORATION; AOC INTERNATIONAL; ENVISION PERIPHERALS, INC.; TPV TECHNOLOGY, LTD., TPV INTERNATIONAL (USA), INC.; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA a/k/a AU OPTRONICS AMERICA, INC.; BENQ CORPORATION; BENQ AMERICA CORPORATION; CHUNGHWA PICTURE TUBES, LTD. a/k/a CHUNGHWA PICTURE TUBES COMPANY; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; BOE HYDIS TECHNOLOGY COMPANY, LTD.; BOE HYDIS AMERICA INC.; CHI MEI OPTOELECTRONICS; COMPAL ELECTRONICS, INC.; DELTA ELECTRONICS, INC.; DELTA PRODUCTS CORPORATION; DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY, LTD.; HANNSTAR DISPLAY CORPORATION; JEAN CO., LTD.; LITE-ON TECHNOLOGY CORPORATION; LITE-ON, INC. a/k/a LITEON TRADING USA, INC.; MAG TECHNOLOGY COMPANY, LTD.; MAG TECHNOLOGY USA, INC.; PROVIEW INTERNATIONAL HOLDINGS, LTD.; PROVIEW TECHNOLOGY, INC.; PROVIEW ELECTRONICS COMPANY, LTD.; and QUANTA DISPLAY, INC.<br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-27- SLR<br><br> JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF ATTORNEY

   PLEASE TAKE NOTICE that, with the consent and approval of defendants Acer Inc.

and Acer America Corporation (collectively, "Acer"), attorney Rowena Y. Young of Orrick,

Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, hereby withdraws her

appearance as counsel for Acer.  All other attorneys involved in the case from Orrick, Herrington

& Sutcliffe LLP and Potter Anderson & Corroon LLP continue to represent Acer.

                                        POTTER ANDERSON & CORROON LLP


OF COUNSEL:                    By:   /s/ David E. Moore
                                     Richard L. Horwitz (#2246)
Eric L. Wesenberg                    David E. Moore (#3983)
Kai T. Tseng                         Hercules Plaza, 6th Floor
ORRICK, HERRINGTON & SUTCLIFFE LLP   1313 N. Market Street
1000 Marsh Road                      Wilmington, DE  19899
Menlo Park, CA  94025                Tel:  (302) 984-6000
Tel:  650-614-7400                   rhorwitz@potteranderson.com
                                     dmoore@potteranderson.com

May 6, 2008                          *Attorneys for Defendants*
863129 / 28884                       *Acer, Inc. and Acer America Corporation*