IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GUARDIAN INDUSTRIES          )
CORPORATION,                 )
                             )
          Plaintiff,         )
                             )
     v.                      )     Civ. No. 05-027-SLR
                             )
DELL INC., et al.,           )
                             )
          Defendants.        )

**O R D E R**

At Wilmington this 19th day of August, 2008,

IT IS HEREBY ORDERED that the telephonic status conference originally

scheduled for September 8, 2008 is hereby rescheduled to **Wednesday, September**

**17, 2008** at **9:00 a.m.**  Counsel for plaintiffs shall coordinate and initiate this call.

_____
United States District Judge