IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDIAN INDUSTRIES CORPORATION,   ) | |
| ) | |
| Plaintiff,   ) | C.A. No. 05-27-SLR |
| ) | |
| v.   ) | **JURY TRIAL DEMANDED** |
| ) | |
| DELL, INC., et al.,   ) | |
| ) | |
| Defendants.   ) | |

### NOTICE OF CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE of the change of firm and address, effective today, for Kurt M. Rogers, who has been admitted *pro hac vice* to represent Defendant Gateway, Inc. in this matter. All other attorneys involved in the case from Potter Anderson & Corroon LLP continue to represent Defendant.

> Kurt M. Rogers
> Bingham McCutchen LLP
> 399 Park Avenue
> New York, NY  10022-4689
> Tel:  (212) 705-7561
> Fax:  (212) 702-3416
> Kurt.rogers@bingham.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Kurt M. Rogers
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022-4689
Tel:  (212) 705-7561

Dated:  August 26, 2008
879932 / 28922

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Gateway, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 26, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 26, 2008, the attached document was Electronically Mailed to the following persons:

| | |
|---|---|
| Richard K. Herrmann<br>Mary B. Matterer<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>*Attorneys for Plaintiff*<br>*Guardian Industries Corp.* | William J. Marsden, Jr.<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>marsden@fr.com<br>*Attorneys for Defendant*<br>*Hewlett-Packard Company* |
| Bryan S. Hales<br>Craig D. Leavell<br>Meredith Zinanni<br>Eric D. Hayes<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>bhales@kirkland.com<br>cleavell@kirkland.com<br>mzinanni@kirkland.com<br>ehayes@kirkland.com<br>*Attorneys for Plaintiff*<br>*Guardian Industries Corp.* | Michael J. McKeon<br>Richard A. Sterba<br>Fish & Richardson P.C.<br>1425 K Street, N.W., 11th Floor<br>Washington, DC 20005-2500<br>mckeon@fr.com<br>sterba@fr.com<br>*Attorneys for Defendant*<br>*Hewlett-Packard Company* |

Katherine A. Moerke
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
moerke@fr.com
*Attorneys for Defendant*
*Hewlett-Packard Company*

Eric L. Wesenberg
Kai Tseng
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
ewesenberg@orrick.com
ktseng@orrick.com
*Attorneys for Defendants*
*Compal Electronics, Inc., Acer Inc. and*
*Acer America Corporation*

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
rickwilliams@velaw.com
aross@velaw.com
*Attorneys for Defendant*
*Dell Inc.*

Kurt M. Rogers
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
Kurt.rogers@bingham.com
*Attorneys for Defendant*
*Gateway, Inc.*

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

679634 / 05-27

2